UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY PATTESON, et al. | ) |
| | ) Case No. 10-CV-01760-JEB |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| ASTRAZENECA, LP, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFFS' EXPERT DISCLOSURE STATEMENT

The Plaintiffs, pursuant to the scheduling order in this case, come now to provide their expert disclosure statement. In accordance with Fed. R. Civ. P. 26(a)(2)(B), copies of the witnesses' written reports are attached hereto along with the information required under Fed. R. Civ. P. 26(a)(2)(B)(i)-(iv).

The Plaintiffs have retained the following witnesses for the purpose of providing expert testimony in this case:

1. Basil Jackson, MD
W142 N7967 Thorndell Drive
Menomonee Falls, WI 53051
Subject Matter: Liability, Standard of Care

Pursuant to Fed. R. Civ. P 26(a)(2)(B)(i)-(vi), the following information provided by Dr. Jackson is enclosed herein as Exhibit 1: his written report, curriculum vitae, a list of cases in which he has testified at trial in the past four years, and a statement of the compensation that he has received for work performed on this case. Plaintiffs incorporate the content of Exhibit 1 by reference, as if it were set forth in full herein. Furthermore, Plaintiffs reserve the right to offer Dr. Jackson's expert testimony (i) on any and all matters related to the opinions set forth in Exhibit 1; and (ii) to rebut the opinions offered

by expert witnesses identified by the Defendants.

2. Neil Blumberg, MD
   30 East Padonia Rd, Suite 206
   Timonium, MD 21093
   Subject Matter: Liability, Standard of Care

Pursuant to Fed. R. Civ. P 26(a)(2)(B)(i)-(vi), the following information provided by Dr. Blumberg is enclosed herein as Exhibit 2: his written report, curriculum vitae, a list of cases in which he has testified at trial in the past four years, and a statement of the compensation that he has received for work performed on this case. Plaintiffs incorporate the content of Exhibit 2 by reference, as if it were set forth in full herein. Furthermore, Plaintiffs reserve the right to offer Dr. Blumberg's expert testimony (i) on any and all matters related to the opinions set forth in Exhibit 2; and (ii) to rebut the opinions offered by expert witnesses identified by the Defendants.

3. Valerie V. Parisi, RN, CRRN, CLCP
   109 Windsong Dr
   Doylestown, PA 18901
   Subject Matter: Damages

Pursuant to Fed. R. Civ. P 26(a)(2)(B)(i)-(vi), the following information provided by Ms. Parisi is enclosed herein as Exhibit 3: her written report, curriculum vitae, a list of cases in which she has testified at trial in the past four years, and a statement of the compensation that she has received for work performed on this case. Plaintiffs incorporate the content of Exhibit 3 by reference, as if it were set forth in full herein. Furthermore, Plaintiffs reserve the right to offer Ms. Parisi's expert testimony (i) on any and all matters related to the opinions set forth in Exhibit 3; and (ii) to rebut the opinions offered by expert witnesses identified by the Defendants.

4. Richard Lurito, Ph.D.
   1491 Chain Bridge Rd, Suite 300
   McLean, VA 22101
   Subject Matter: Damages

Pursuant to Fed. R. Civ. P 26(a)(2)(B)(i)-(vi), the following information provided by Dr. Lurito is enclosed herein as Exhibit 3: his written report, curriculum vitae, a list of cases in which he has testified at trial in the past four years, and a statement of the compensation that he has received for work performed on this case. Plaintiffs incorporate the content of Exhibit 4 by reference, as if it were set forth in full herein. Furthermore, Plaintiffs reserve the right to offer Dr. Jackson's expert testimony (i) on any and all matters related to the opinions set forth in Exhibit 4; and (ii) to rebut the opinions offered by expert witnesses identified by the Defendants.

\* \* \* \* \* \* \* \* \* \* \*

In addition to the above designations, the following individuals are fact witnesses who have been or continue to be the treating physicians for Plaintiff Kay Patteson, and who may also be asked to offer opinions as to Ms. Patteson's medical history and examinations, diagnosis, cause of illness, nature of illness, reasonableness and need for treatment, proximate cause, permanency, disability and related issues. They are expected to rely on their examinations and treatment of Plaintiff, diagnostic test results, as well as their review of medical records and their experience in the field. Their medical records and reports, which have been supplied to defense counsel, are incorporated herein by reference.

5. Michael E. Cohen, MD
   24 Onville Rd, Suite 205
   Stafford, VA 22556

6. Steven Lo, MD
   Associate Professor of Neurology
   Georgetown University Hospital
   3800 Reservoir Rd, NW, 7 PHC
   Washington, DC 20007

7. Sudeshna Bose, MD
   University Physicians
   1501 N. Campbell Ave
   Tucson, AZ 86724-5023

Inasmuch as Plaintiff continues to be under medical care in connection with injuries alleged to be caused by the events giving rise to this litigation, we reserve the right to call other treating medical providers.


Dated: August 8, 2012


Respectfully Submitted,

_____
Kenneth M. Trombly, #199547
1050 17th Street, NW Ste. 1250
Washington DC 20036
Email: kmt@schultztrombly.com
Phone: (202) 887-5000


_____
John P. Leader
3567 East Sunrise Drive, Suite 133
Tucson, AZ 85718
Email: john@leaderlawaz.com
Phone: (520) 575-9040

*Timothy Aiken*
Timothy Aiken
Aiken & Scoptur, SC
2600 North Mayfair Road Ste. 1030
Milwaukee, WI 53226-1308.
tim@aikenandscoptur.com
Phone: (414) 326-4979

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via the Court's electronic filing system on this 8th day of August, 2012, upon the following counsel of record:

Gregory S. McKee
Wharton, Levin, Ehrmantraut & Klein, PA
P.O. Box 551
104 West Street
Annapolis, Maryland 21404
*Attorney for Defendant Maloney*

Kenneth M. Trombly