# EXHIBIT 1

# Basil Jackson

## MD, MA, ThD, PhD, JD, LLM

(x) W142 N7967 Thorndell Drive      ( ) A8000 Sailboat Key Blvd. #305
Menomonee Falls Wisconsin 53051      St. Pete Beach  Florida 33707
**Please reply to marked address**
**Telephone: 262 751 8565**

October. 11. 11.

Timothy J Aiken
Aitken and Scoptur, S. C.
2600 N. Mayfair Rd.
Suite 1030
Milwaukee.
WI 53226

Re: Patteson v. Maloney, M.D.

Dear Mr. Aiken:

I have now completed my review of the psychiatric and other medical records in the case of the care and treatment of Ms. Patteson by Dr. John Malony and others involved in her diagnosis and treatment. You have requested my opinion in this matter and have asked me to render an opinion, to a reasonable degree of medical and psychiatric probability, whether Dr. Malony's care and treatment deviated from the standard of care.

I have aware of the standard of care and the applicable standards for informed consent and causation for this type of particular case.

As part of my examination of the issues in this case I have reviewed the following materials, provided by your office.

1

1. Records of Dr. Malony.
2. Records from Georgetown University Hospital.
3. Records from Potomac Hospital.
4. Deposition of Dr. Malony.
5. Records of Safeway Pharmacy.
6. Records of CVS Pharmacy.
7. Records of Dr. Amy Friedenthal.
8. Records of Dr. Jeff Jacobsen.
9. Records of Dr. Lo.
10. Records of Dr. Louis Levitt.
11. Records of Sudesha Bose.
13. Records of Dr. Sargent.

The medical records of Dr. Maloney reveal that she took this medication, prescribed by Dr. Malony, from the 6.22.2006 to 8.30. 2007. It is a little unusual that seroquel was chosen to treat insomnia when the primary presenting symptom was depression.. This is unusual because a variety of other much safer hypnotics are available to deal with insomnia, which certainly would have been preferable than the use of the anti-psychotic seroquel, in a patient with no evidence of pre-psychotic or psychotic symptomatology. The psychiatric literature clearly has recorded that tardive dyskinesia is a recognized possible side effect of Seroquel.

In my medical and psychiatric opinion and to a reasonable degree of medical and psychiatric certainty Ms. Patteson suffers from severe tardive dyskinesia. She has had extensive neurological consultation and this is the diagnostic conclusion which has been reached and which I believe is supported by the facts and by the various examinations performed.

It is also my medical and psychiatric opinion that her present infirmity of tardive dyskinesia was precipitated and caused by, and is the direct result of continued use of the medication eroquel. The records also indicate that this is also the opinion of the neurologists who have examined her.

In addition, when an antipsychotic of this type is used, normal practice is to maintain a record, very often on a standard template, of all extra-pyramidal symptoms that may develop. This is to give structure to the constant vigilance required in watching for such side effects. As far as I can tell there is no indication in Dr. Malony's medical records that this practice was followed or indeed that he was on constant lookout for the development of these kinds of side effects. The patient should also have been given clear instructions to watch for the development of any clinical developments which might indicate the possibility of early extra-pyramidal symptoms. If this had been done and the medication discontinued at the first sign of any extra-pyramidal symptoms, in my medical opinion and judgment, the development of tardive-dyskinesia may have been prevented and or aborted.

It is also my opinion that Dr. Maloney should have initiated investigations as to other possible causes foir her insomnia and also her locomotor difficulties. Sleep apnoea, for example, is a treatable condition which may well have reduced her insomnia.

My medical and psychiatric judgment is that Dr. Maloney, as the prescribing psychiatrist, was negligent with respect to the care and treatment he provided to Ms. Patteson, and that this tragedy could have been prevented by the use of an effective hypnotic. It is also my opinion that close observation of the clinical status of the patient for developing extra pyramidal symptoms could have prevented or at least reduced the severity of the subsequent neurological sequelae.

If I can be of any further assistance to you in this matter, please feel free to contact me at any time.

Respectfully submitted,

# CURRICULUM VITAE

**Basil Jackson, M.D., Ph.D., Th.D., J.D., LL.M.**
**W142 N7967 Thorndell Drive**
**Menomonee Falls, Wisconsin**

**Formerly Director of Graduate Psychiatric Education**
**Marquette University School of Medicine**
**[Later Medical College of Wisconsin]**
**Milwaukee, Wisconsin.**

**Formerly Medical Director and Founder,**
**Mental Health Department**
**St. Francis Hospital**
**Milwaukee, Wisconsin**

**Formerly, Chief of Psychiatry and Founder,**
**Mental Health Department**
**Lutheran Hospital**
**Milwaukee**
**Wisconsin**

**Co-Founder and Distinguished Professor of Psychiatry**
**Wisconsin School of Professional Psychology, Inc.**
**Milwaukee, Wisconsin**

**Associate Clinical Professor**
**Department of Psychiatry**
**The Medical College of Wisconsin**

**Distinguished Professor Emeritus of Religion and Behavioral Science,**
**Oxford Graduate School;**
**Dayton, Tenn.**

**Colonel, United States Army Reserve (Retired)**

## LICENCE TO PRACTICE MEDICINE AND SURGERY:

**Wisconsin, Illinois, Oklahoma, New Mexico, Colorado, New York, Iowa**

## SPECIALTIES:

Psychiatry — American Board of Psychiatry and Neurology

Child Psychiatry — American Board of Psychiatry & Neurology

Forensic Psychiatry — American Board of Psychiatry and Neurology.

Addictionology — American Society of Addiction Medicine, Inc.

Psychoanalysis — Graduate: Center for Psychoanalytic Study; Chicago.
Graduate: Institute for Psychoanalysis; Chicago.

# EDUCATION:

J.D., Marquette University Law School
Tulane University Human Rights Institute, Hebrew University of Jerusalem
D. Litt. Oxford Graduate School,
Center for Psychoanalytic Studies, Chicago.
Institute for Psychoanalysis. Chicago.
Th.D., California Graduate School of Theology
Ph.D., California Graduate School of Theology
Queen's University Medical School
 Royal College of Surgeons, Edinburgh
Royal College of Physicians, Edinburgh
Royal College of Physicians and Surgeons, Glasgow
University of Dublin, D.P.M. (Psychological Medicine)
Northern Baptist Theological Seminary, M.Th.
Southern Christian University (Biblical Languages-Hebrew and Greek), M.A.  Summa Cum Laude
Empresarial University School of Medicine, D.M.Sc., (Doctor of Medical Science in Psychiatry, for Research on Memory Loss after ECT).

Diplomate, Letchworth Village Graduate Diploma in Mental Retardation
Fellow American College of Physicians
Fellow American College of Child Psychiatrists
State University of New York, M.D.
Member of the Royal College of Psychiatrists, London, U.K.
M.A. (Philosophy);  University of California.
Ph. D. Candidate in Dogmatic Theology;
      Yunibesiti Ya Bokone-Bophirima
      North-West University
      Noordwes-Universiteit
      South Africa.
LL.M ; NWCU School of Law

**HONORARY DEGREES**

| | |
|---|---|
| Richmond College, Toronto, Canada | D. Litt. |
| Trinity College, Florida | D. Hum. |
| Hanyang University, Seoul Korea | D. Sc. |
| Wisconsin School of Professional Psychology | Psy. D. |
| Nashotah Episcopal Theological Seminary | D.C.L. |
| California Graduate School of Theology | Litt. D. |

## EXPERIENCE

2007:  Medical Director and Psychiatric Consultant, Renew Clinics, Milwaukee, Wisconsin.

2000 - 2003:     Vice Chancellor for Advancement, Oxford Graduate School

1999: Senior Editor, "OXFORD SCHOLARS PRESS"

1999: Current Hospital Staff Privileges—Wisconsin: Community Hospital of Menomonee Falls; Rogers Psychiatric Hospital, Oconomowoc.

1993-1994:    Visiting Professor, University of Nicaragua School of Medicine, Managua, Nicaragua, Hospital Military Escuela

1993 1994    Consultant in Forensic Medicine to the Supreme Court of the Republic Of Nicaragua, Chief Justice Orlando Trejos Somarriba

1991 _ 1996    Psychiatric Consultant to Milwaukee County Sheriffs Department

1988 _     Board Member, Medical Review Board, Department of Transportation _

**State of Wisconsin**

**1979 – 1989**   **Chairman of the Board, Wisconsin School of Professional Psychology, Milwaukee**

**1974-1990**   **Clinical Professor of Psychiatry, Department of Health Sciences, University of Wisconsin, Milwaukee**

**Formerly Editor, Senn Medical Journal of Lutheran Hospital of Milwaukee, Inc., Milwaukee, Wisconsin**
**Associate Professor of Psychiatry, Marquette School of Medicine, Milwaukee, Wisconsin**

**Founder and Co-Editor of Transactions, Journal of the Department of Psychiatry, Marquette School of Medicine**

**Chief, Psychiatry Service, Veterans Administration Center, Wood, Wisconsin**

**Founder and Former Chairman, Department of Psychiatry, Good Samaritan Medical Center, Lutheran Hospital Campus, Milwaukee, Wisconsin**

**Formerly Director of Graduate Psychiatric Education, Marquette School of Medicine, Milwaukee, Wisconsin (later known as "The Medical College of Wisconsin")**

**Formerly Psychiatric Consultant to:**

**Family Court of Milwaukee County**
**Children's Court of Milwaukee County**
**Child Psychiatric Clinic, Milwaukee County Hospital**

**Fellow in Child Psychiatric and Instructor in Psychiatry, University of Rochester, Rochester, New York**

**Resident in Adult Psychiatry and Neurology, Mental Health Institutes, Independence, and University of Iowa, Iowa City, Iowa**

**Fellow in Psychiatry, Menninger School of Psychiatry**

**Rotating Internship, Surgical House Officer, Banbridge General Hospital, North Ireland**

## HONORS. AWARDS. APPEARANCES, LECTURES GIVEN AND GRANTS RECEIVED:

**2010:  Winner "for the BizTimes Milwaukee health care Heroes Award," for Volunteer Community Service.**

**2010, June:  Received the Distinguished International Scholar Award, Oxford Graduate School.**

**2010, June:** *Catastrophe, Professional and Personal;* **Presentation at the Congregational Forum, Oxford Graduate School.**

**2010 May 2010,** *Catastrophe: Personal Dimensions,* **Lecture at Psychiatric Grand Rounds, Medical College of Wisconsin.**

**2010 January:  Featured as "Person Who Make a Difference," on NBC National News, with Brian Williams.  In view of medical work in Haiti following the earthquake.**

**2010** *Faith and Fanaticism:  A Forensic Mind Field.*
  *The differentiation of metaphysical psychosis, superstition and disruption of reality Ties and Faith.*
  **American College of Forensic Psychiatry, San Francisco, Califormia.**

**2009.        LA MEDALLA "HONOR AL MERITO DE SANIDAD"**
**PRIMERA CLASE**
**Orden Del Commandante en Jefe del Ejercito de Nicaragua**
**14 de Agosto de 2009**


### Lectures

**1212  Oxford Society of Scholars Forum, Oxford Graduate School, Dayton, Tenn.** *Science and the Myth of Absolutism.*

**1210   American College of Forensic Psychiatry, 28th Annual Symposium.**
  **San Francisco.  "Faith and Fanaticism: Suicide Bombers – A Forensic MinD Field."**

**1209. VI Congreso Medico**
    **Cuerpo Medico Militar (Dr. Rigoberto Sampsom in Memoriam)**
    **30 Aniversario Ejercito de Nicaragua**
    **El Hospital Militar Escuela Dr. Alejandro Davila Bolanos.**
    **11, 12 y 13 de Agosto**

Managua, Nicaragua.

(1). "Medicine - the Art and the technology". (In English).

(2). Cambios en lo Social y Educativo. Como Reconocer el Maltrato de Menores: Indicios de Abuse Fisico y Sexual. (En Espanol)

2009. "The Metaphysical Dimensions of Intuition"; Oxford Society of Scholars meeting at the University of Oxford, England.

2005. Moderated Round Table Panel of the Oxford Society Scholars on 'Disintegration of the Family in American Society,' at Oxford Graduate School, Dayton, Tenn.

2005. "Sacerdotal Pedophilia and Theopsis"; American College of Forensic Psychiatry.

2004 Appointed Distinguished Professor, Oxford Graduate School, Dayton, Tenn.

2004 Clinical Services Award of the Brain Injury Association of Wisconsin.

1970-2002 National Television interviews on a variety of channels and on various subjects.

1999 American College of Forensic Psychiatry — Appointed to Governing Board

1996 U.S. Department of Justice, Federal Bureau of Investigation. Certified in Hostage-Crisis Negotiations, September 16-27

1994 Interviewed on national television in Nicaragua by Assistant Chief Justice of the Supreme Court of Nicaragua on "Faith and Medicine".

1992 Commentator for WTMJ-TV nightly coverage of Dahmer trial

1991 Recognized by Milwaukee Magazine; voted by area physicians, March, 1991, as one of the best of six psychiatrists in the metropolitan area.

1991 Wisconsin Magazine, The Milwaukee Journal, interviewed by Dave Hendrickson for featured article, "Are Sex, Porn Addictive?" January 6, 1991

1985 LeSea Alive, nationally televised talk show "Christians and Emotional Problems"

1985 Christian Broadcasting Network "700 Club," interviewed by Pat Robertson

**1985**    Guest on nationally televised "Breakfast Club" PTL Television Network, three appearances

**1983**    Weekly television program "Faith Alive" Milwaukee, Wisconsin

**1982**    Citizen of the Year Award, presented by The Lawyer's Wives of Greater Milwaukee

**1975**    Who's Who in the United States

**1973**    Executive Committee, Leighton Ford Milwaukee Reachout, Billy Graham Evangelistic Association

**1970**    Chairman, Section on Drug Abuse, International Congress of Social Psychiatric, Zagreb, Yugoslavia

**1970**    Chosen for the American Men of Science

**1969-70**    Weekly Radio Program, "Dear Doctor," on WTOS-FM, discussing the problem of teenage adjustment.

**1980.** Interviewed on national television on South African television on the topic of 'Evil."

**1980.** Lectured at the University of South Africa.

**1995**    Concordia University, Mequon, Wisconsin, "The Origins and Development of Self-Esteem"

**1991-93.**  St. Francis "House Calls" 1-hour weekly radio talk show, WOKY, interviewing physicians and mental health professionals

**1991**    National Spiritual Wellness Networking Conference, Carroll College, Waukesha, Wisconsin; Panel Discussion "Reflections on Spiritual Wellness." Lecture: "Spirituality in Mental Health and Psychiatric Care" June, 1991

**1991**    "Fraud in the Cathedral" presented at American College of Forensic Psychiatry, Newport Beach, California, April, 1991

**1991**    St. Francis Clinical Conference, "Multiple Personality Disorders: Diagnosis, Treatment, Management" March, 1991

**1991**    "Feminine in the Nature of God" presented at Oxford Society of Scholars, Oxford, England, January, 1991

**1990-1991**     Monthly guest appearance on "The Gordon Hinkley" radio show —WTMJ, Milwaukee

**1991-1992**     "Drugs, Depression & Spiritual Recovery" Community Education Presentation Series for DePaul Hospital

**1989**     "The Psychological Basis of Sacramental Theology" Oxford Graduate School, Dayton, Tennessee

**1988**     "Feminine in the Nature of God" Oxford Graduate School, Dayton, Tennessee and Oxford University, England.

**1985**     "The Phenomenology of Emotional Disorders" Institute of Theological Studies, Outreach, Inc. Grand Rapids, Michigan; teaching videotapes and study guide

**1985**     "Faith of a Psychiatrist" Medunsa University, South Africa

**1985**     "Drug Dependency" Duke University, Durham, North Carolina

**1984**     "Sacramental Healing" Tampa, Florida

**1979**     "Adolescence and Its Psychiatric Emergencies" Robert F. Chinnock Pediatric Lectureship, Loma Linda University School of Medicine, Annual Post-Graduate Convention, Loma Linda, California

**1975**     "Drugs, Adolescents, and the Family" Continental Congress on the Family, St. Louis, Missouri

**1975**     "Response to a Paper on Demonology by W. Elwyn Davies" Symposium on Demonology, University of Notre Dame, Indiana

**1974**     Griffith Thomas Memorial Lectures, Dallas Theological Seminary, Dallas, Texas

Series of four lectures:

1. **"Relationships Between Psychiatry, Psychology and Religion"**

2. **"Maturity in the Pastor and Parishioner"**

3. **"Psychology, Symbolism and Exegesis"**

4. **"The Spiritual Dimensions of Drug Abuse"**

1973. "Abortion or Murder and Suicide and the Right to Die" Lutheran Laymen's League, Milwaukee, Wisconsin

1973 "The Psychology and Theology of Hope" Lutheran Volunteers Conference, Milwaukee, Wisconsin

1972 "Psychological Aspects of Theology" Bible Schule, Seeheim, Germany

1971 "The Missionary, His Theology and Cultural Shock" GEM Conference, Leysin, Switzerland

1970 "Doctor-Patient Relationship" Convention of the Wisconsin Optometric Association, April 1970

1970 "Psychological Challenges of Youth" International Christian Camp Directors Association, Annual Seminar, Orlando, Florida

1970 "Education and Transcendence" Wisconsin State Teachers Convention (Lutheran) Milwaukee, Wisconsin

1970 "Observations, Official and Unofficial, on the Use of Marijuana Among G.I.'s in Vietnam as Compared with Other Groups: A Pilot Study" American Psychiatric Association Annual Meeting, Hawaii

1970 "Drugs and Social Change: The Whys of Drug Abuse" Seventh Public Health Forum of Mount Sinai Hospital, Performing Arts Center, Milwaukee, Wisconsin

1969 Greenlaugh Lecturer, Nashota House Episcopal Theological Seminary, Nashota, Wisconsin

1969 "Education, Christianity and the Human Quandry" Convocation Address, Concordia College, Milwaukee, Wisconsin

1969 "Problems in Child Psychotherapy" Monash University, Melbourne, Australia

1969 "Religion and Pastoral Counseling" Counseling Center, Singapore

1969 "Relationships Between Psychiatry and Religion" Oakley Hospital, Auckland, New Zealand

1969 "Principles of Child Psychotherapy" University of Singapore

**1969** "Principles of Psychiatric Consultation" University of Singapore

**1969** "Psychiatric Consultation in General Medicine" University of Singapore

**1969** "The Revised Diagnostic and Statistical Manual (DSM-II) of the American Psychiatric Association: A Critique" Second International Congress of Social Psychiatry, London (with R. McCall, Ph.D.)

**1969** "A Discussion of 'Accidental Poisoning' and the Hyperactive Child Syndrome: A Psychiatric Follow-up Study of Accidentally Poisoned Children" Annual Meeting of the American Psychiatric Association

**1968** "An Experimental Test of Teaching Medical Students to Accept Others Through a Course in Clinical Interviewing" (with L. Bernstein, Ph.D., and R. Headlee, M.D.,) Seventh Annual Conference on Research in Medical Education, Houston, Texas, November, 1968

**1968** "Maturity: Psychic and Pneumatic" Annual Convention of the Christian Association of Psychological Studies, Chicago, Illinois

**1968** "Change in 'Acceptance of Others' as a Function of a Course in the Doctor-Patient Relationship" (with L. Bernstein, Ph.D. and R. Headlee, M.D., read at the 1968 Annual Meeting in Houston of the American Association for Medical Education)

**1967** "Concepts of Conscience" Annual Symposium of the Milwaukee Psychiatric Hospital and Marquette School of Medicine, Department of Psychiatry

**1967** "Clinical Child Psychiatry" University of Antiochia, Columbia, South America

**1967** "Psychiatry and Religious Experience" University of Antiochia, Columbia, South America

**1967** "The Reversibility of Learning Deficits Caused by Early Environmental Restrictions" (with L. Bernstein, Ph.D.), Pan American Congress of Psychology, New Mexico

**1967** "Psychiatry, Existentialism and Religion" University of Rome

**1967** "Christianity, Education and the Human Condition" Roberts Wesleyan College, Convocation Address

**1966** "Observations sur la phase terminale de la psychotherapie chez les infants", Hospital de la Salpetriere, Paris, France

1966    "Enuresis: Etiology and Treatment: The Value of Imipramine." Symposium on
         Enuresis and Encopresis,
         Dixon State School, Dixon, Illinois

1964   "Evaluation and Management of Headaches" General Practitioner Training
         Seminar, Sisters of Charity Hospital, Buffalo, New York

1964   "Principles of Psychiatric Consultation" General Practitioner Training Seminar,
         Sisters of Charity Hospital, Buffalo, New York

1960   "Religion, Psychiatry and the Geriatric Patient" Annual Convention of Pastors,
         Osawatomie Hospital

1960   "Psychiatry and the Pastoral Ministry" Wartburg Theological Seminary

1960   "Psychology and Religion" John Brown University


## MATERIALS PUBLISHED: PAPERS, COLUMNS, REFLECTIONS.

2010    "Heaven from Hell- Experiences in post-earthquake Haiti;" The Christian Courier;
Vol. 33., No. 2, February 2010.

 2010   "The Counseling Crisis," The Christian Couier; Vol. 33., No. 1, January 2010.

2008   TRANSACTIONS; Oxford Society of Scholars; Spring 2008.  Volume 1; Competency
         to Stand Trial.

2000    "Faith of a Psychiatrist" The Linacre Quarterly, Official Journal of the Catholic
         Medical Association, May 2000, Vol. 67, No. 2

1998   "A Vision Actualized" CCM Connections, Buena Vista, Colorado, Spring, 1998

1996   "The Adolescent's Struggle" The Irish American Post, August/September, 1996,
         Milwaukee, Wisconsin

1991   Forward to "Handbook to Happiness and You" by Charles R. Solomon, Ed.D.,
         Exchanged Life Foundation, Publisher

1991   "Second Opinion: Column <u>The Christian Courrier,</u> Milwaukee, Wisconsin, 1991

1990   "Postulated Harmony of the Resurrection Narratives" <u>Fundierte Theologisehe Abhandlugen</u>, Verlag und Schriftenmission der Ev. Gesellschaft, Wuppertal

1986   "The 'Demons' of Misdiagnosis," Ministries, Volume 4, Number 2; <u>Strang Communications Company</u>, Altanionte Springs, Florida

1986   "Exploring Ephesians" "Ask the Doctor" <u>Your Christian Connection,</u> Green Bay, Wisconsin, 1986-1987

1986   "Getting It Together" <u>The Living Church</u>, Milwaukee, Wisconsin, Volume 192, Number  9

1985   "The Phenomenology of Emotional Disorders" Institute of Theological Studies, Outreach, Inc. Grand Rapids, Michigan; teaching videotapes and study guide

1985-6 "The Truth About South Africa" <u>The Christian Courier</u>, in four-part series, Milwaukee, Wisconsin, Volume 10, Number 12; Volume 11, Numbers 1, 2, 3

1981   "Effectiveness of Electromyograph Biofeedback Training with an Acute Schizophrenic Population" <u>Journal of Psychiatric Evaluation</u>, (co-authored with Alfred J. Nigl, Ph.D., and George Murphy, B.S.)

1981   "A Behavior Management Program to Increase Social Responses in Psychotic Geriatric Patients" <u>Journal of the American Geriatrics Society</u>, (co-authored with Alfred J. Nigl, Ph.D.)

1980   "EMG Biofeedback as an Adjunctive Treatment of Maladaptive Sexual Attitudes and Behaviors: A Case Study" <u>Behavioral Engineering</u>, (co-authored with Alfred J. Nigl, Ph.D.), Volume 3, Number 2

1979   "EMG Biofeedback as an Adjunct to Standard Psychiatric Treatment" <u>Journal of Clinical Psychiatry</u>, (co-authored with Alfred 1. Nigl, Ph.D.), Volume 40, Number 10, pp. 433-436

1978   "The Effects of Unilateral and Bilateral ECT on Verbal and Visual Spatial Memory" <u>Journal of Clinical Psychology</u>, Brandon, Vermont, Volume 34, Number 1, pp. 4-13

1975   "Reflections on the Demonic: A Psychiatric Perspective" Demon Possession,  (Ed.)

John Warwick Montgomery; Minneapolis, Minnesota: <u>Bethany Fellowship, Inc.,</u> pp. 256-267

1975 "Non-psychotic Personality Disturbances: a Re-evaluation and Reclassification" (co-authored with Raymond McCall, Ph.D.), <u>Mental Health and Society</u> Volume 2, pp. 66-92

1975 "Psychology, Psychiatry and the Pastor: The Spiritual Dimensions of Drug Abuse" <u>Bibliotheca Sacra</u>, Dallas Theological Seminary

1975 "Psychology, Psychiatry and the Pastor: Psychology, Symbolism, and Exegesis" ~ <u>Bibliotheca Sacra</u>, Dallas Theological Seminary

1975 "Psychology, Psychiatry and the Pastor: Maturity in the Pastor and Parishioner" <u>Bibliotheca Sacra</u>, Dallas Theological Seminary

1975 "Psychology, Psychiatry and the Pastor: Relationships Between Psychiatry, Psychology and Religion", <u>Bibliotheca Sacra</u>, Dallas Theological Seminary

1975 "Psyche in Theology and Psychology" <u>Journal of Psychology and Theology</u>, Volume 3, Number 1

1973 "Referral for Psychiatric Consultation in a General Hospital" <u>Senn Journal</u>, Volume 3, Number 1

1972 "Teenage Drug Abuse in Middle Class Milwaukee" <u>Wisconsin Medical Journal</u>, Volume 71

1971 "History of Psychiatry in Wisconsin" <u>Senn Journal</u>, (co-authored with P. Lucas, M.D.)

1970 "Psychiatry in Wisconsin: Glimpses of History" <u>Transactions</u>, Volume 2, Number 2 (co-authored with P. Lucas, M.D.)

1970 "Another Abusable Amphetamine" (co-authored with A. Reed, M.D.,) Journal of the <u>American Medical Association</u>, Volume 211, Number 5

1970 "Illness and Emotion: A Phenomenological Analysis of the Psychophysiological Disorders" (co-authored with R. McCall); <u>Transactions</u>, Spring, 1970

1970 "Changes in Acceptance of Others" (co-authored with L. Bernstein, Ph.D., and R. Headlee, M.D.), <u>British Journal of Medical Education</u>, 4: pp. 65-66

**1970** "The Revised Diagnostic and Statistical Manual (DSM-II) of the American Psychiatric Association: A Critique" <u>The American Journal of Psychiatry</u>, Volume 127: 1

**1970** "Observations Official and Unofficial on the Use of Marijuana Among G.I.'s in Vietnam as Compared with Other Groups: A Pilot Study"; <u>Proceedings of the Annual Meeting of the American Psychiatric Association</u> (co-authored with A. McCall)

**1970** "<u>Clinically Speaking</u>" Column on Psychiatry and Religion, <u>Moody Monthly</u>,

1.  Should a Christian ever seek psychiatric help?
2.  Should a Christian be free from emotional problems or can the presence of such be equated with a spiritual disturbance?
3.  All your anxiety
4.  Concept of guilt
5.  Faith with Assurance
6.  The psychology of prayer
7.  Why do kids take drugs?
8.  Evidences of Christian maturity

**1969** "The Revised Diagnostic and Statistical Manual (DSM-II) of the American Psychiatric Association: A Critique" <u>International Journal of Psychiatry</u>, June, 1969

**1969** "Reflections on Psychiatry and Religion" <u>Marquette Medical Review</u>, Volume 35, No. 1, pp. 4-8

**1969** "Psychiatry and Religion: Friend or Foe?" <u>Proceedings of the Christian Association for Psychological Studies</u>, July, 1969

**1969** "Catnip and the Alteration of Consciousness" (co-authored with A. Reed, M.D.), <u>Journal of the American Medical Association</u>, Volume 207, Number 7

**1969** "Termination of Psychotherapy in Children" <u>Transactions</u>, Volume 1, Number 1, pp. 1-6

**1969** "The Reversibility of Learning Defects Caused by Early Environmental Restriction" (co-authored with L. Bernstein, Ph.D., B. Cullen Burris), <u>Memorias Del XI Congresso Interamericano</u>; On 'La Contribution de las Ciencias Psicologicas Y Del Comportamiento Al Desarrollo Social Y Economico

De Los Pueblos', Fall, 1969

1968    "Change in 'Acceptance of Others' as a Function of a Course in the Doctor-Patient Relationship" (co-authored with L. Bernstein, Ph.D. and R. Headlee, M.D.), <u>Journal of Medical Education</u>, 1968, Volume 43:1093 (abstract)

1968    "Observations sur la phase terminale de la psychotherapie ches les enfants" <u>Revue de Neuropsychiatrie Infantile et d'hygiene mentale de l'enfance</u>" Paris Mai-Juin.

1968    "Psychology, Psychiatry and the Christian: Another Perspective" a reply to "Psychology, Psychiatry and the Christian" by William McDonald; <u>Health and Food</u>, October, 1968

1968    "Maturity, Psychic and Pneumatic"; <u>Proceedings of the Christian Association of Psychological Studies,</u> July, 1968

1968    "The Effect of the Relevancy of an Observation Stimulus on the Second Learning Concept Identification" (co-authored with S. Simon, Ph.D.); <u>Psychonomic Science</u>, Volume 8, Number 12

1968    "The Effect of the Relevant Versus Irrelevant Observation Stimulus on Concept Identification Learning" (co-authored with S. Simon, Ph.D.); <u>Journal Experimental Psychology,</u> Volume 76, Number 1, pp. 125-128

1964    "Personnel Practices in AAPCC Clinics" (co-authored with clinic staff) published by the <u>Psychiatric Clinic, Buffalo,</u> New York, June 1964

1964    "Evaluation and Management of Headaches" <u>Journal of Sisters of Charity Hospital,</u> Buffalo, New York, December, 1964

1964    "Referral for Psychiatric Consultation and Treatment" <u>Journal of the Sisters of Charity Hospital,</u> Buffalo, New York, December, 1964

1962    "Psychiatry and the Missionary," <u>The Fields</u>, August, 1962

1961    "Exploring Social Services Discharge Plans for Mental Patients" (co-authored with M. Brandon, T. B. Miovich, P.M. Morgan, M.Eaton, J. L. How, M. Reiter) published by <u>Osawatomie State Hospital.</u>

1961    "An Exegesis of Hebrews 1(1-3)" <u>Harvester</u>, May, 1961

1961    "Mellaril in the Treatment of the Geriatric Patient" <u>American Journal of</u>

<u>Psychiatry,</u> December, 1961

1961   "The Team Concept in a Social Service Research Project" (co-authored with M. Brandon; <u>Social Work</u>, Volume 42, Number 2

1960   "The Prophet Superior (Hebrews 1)"; <u>The Harvester</u>, London, England, February, 1960

1960   "Religion, Psychiatry and the Geriatric Patient;" Mental Health, Volume 2, pp. 13-15

## <u>POETRY</u> <u>PUBLISHED</u>:

1998   Beneath the Winter Sky
       The Poetry Guild, New York
1980   New Voices in American Poetry
       Vantage Press, New York
1979   New Voices in American Poetry
       Vantage Press, New York

## <u>BOOKS</u> <u>PUBLISHED</u>:

*<u>Memory Loss in ECT</u> The effect of Unilateral Electro-Convulsive Therapy on Verbal and Visual-Spatial Memory*; Milwaukee, Wisconsin, JPC Publications, 1981

*The First Book of Wisdom of Basil Jackson*; Oxford Scholars Press; 2005.

*The Second Book of Wit and Wisdom of Basil Jackson;* Oxford Scholars Press; 2007.

*Paul's Letter to the Galations: Easy Reading, A Paraphrastic and Extended Translation, 2010, Powerscourt Press, Menomonee Falls, Wisconsin.*

*The Psychological Vocabulary of the Greek and Hebrew Bible;* In Press.

*Grammatical Analysis of the Hebrew Text of Ruth;* Manuscript completed.

## <u>INTERESTS</u>:

Languages: Fluent in Spanish, French; knowledgeable in several other languages; teacher of classical languages.

Licensed IFR pilot, Bibliophile, and Signomentist.

# Forensic Cases  (2008-2012)

## Court Testimony

Curry Case;  NGI;  Juneau County; Attorney Michael  Jackelen.

Boczkiewicz Case;  Family Law; Milwaukee County; Attorney Jim Gatzke

Fuller Case;  Shawano County;  Family Law; Attorney Veternick.

## Depositions

Harris Case; Death of prisoner in Milwaukee County Jail; Attorney McGarver (Gimbel, Reilly and Guerin).

Lake Case; Hospital negligence (Death while hospitalized; Attorney McCluskey (St. Louis);

Marion  Case; Attorney McCluskey (St. Louis);

Bach Case;  Termination of Employment; Waukesha County; Attorney Paul Bucher.

# Basil Jackson

## MD, MA, ThD, PhD, JD, LLM

( X )  W142 N7967  Thorndell Drive         (   )  A8000 Sailboat Key Blvd. #305
Menomonee Falls  Wisconsin 53051                St. Pete Beach   Florida  33707
**Please reply to marked address**
**Telephone: 262 751 8565**

Timothy J Aiken                                        11.25.11
Aitken and Scoptur, S.  C.
2600 N. Mayfair Rd.
Suite 1030
Milwaukee.
WI 53226

Re:  Patteson v. Maloney, M.D.

Account:     $1000  (Review and Report Preparation)

# EXHIBIT 2

**Neil Blumberg, M.D., P.A.**

Distinguished Fellow, American Psychiatric Association
Diplomate, American Board of Psychiatry and Neurology
Diplomate, American Board of Forensic Psychiatry

Suite 206 – Padonia Centre
30 East Padonia Road
Timonium, Maryland 21093

Telephone: 410-561-1156
Fax: 410-683-0332
email: neilblumbergmd@aol.com

February 28, 2011

Timothy J. Aiken, Esquire
Aiken & Scoptur, S.C.
2600 North Mayfair Road
Suite 1030
Milwaukee, WI 53226-1308

> Re:  Kay Patteson v. John Maloney, M.D.
> Case No. 2010 CA 6768B

Dear Mr. Aiken:

Pursuant to your request, I have completed my review of records pertaining to the care and treatment of Kay Patteson by John Maloney, M.D. and other health care providers. You have asked me to render an opinion to a reasonable degree of medical probability whether Doctor Maloney's care and treatment of Ms. Patteson deviated from the standard of care.

I have been informed of the standard of care for this case, and for my report and testimony. I have also been informed of the applicable standards for informed consent and causation.

In order to address the above issue I reviewed the following materials:

1. Records of John Maloney, M.D.;
2. Records from Georgetown University Hospital;
3. Records from Potomac Hospital;
4. Records of Michael Cohen, M.D.;
5. Records of Amy Friedenthal, M.D.;
6. Records of Donald Sargent, M.D.;
7. Records of Doctor Lo, Movement Disorders Clinic, Georgetown University Hospital;
8. Records of Jeff Jacobson, M.D.;
9. Records of Louis Levitt, M.D.;
10. Records of Sudeshna Bose, M.D.;
11. Records from CVS Pharmacy; and,
12. Records from Safeway Pharmacy.


## I.  A COMPLETE STATEMENT OF ALL OPINIONS AND BASES AND REASONS FOR THEM:

1. It is my opinion that: When Doctor Maloney prescribed Seroquel for the patient on June 22, 2006, he fell below the applicable standard of care because Seroquel should never have

To: Timothy J. Aiken, Esquire
Aiken & Scoptur, S.C.
Re: Kay Patteson v. John Maloney, M.D.
Case No. 2010 CA 6768B

been used to treat sleep disturbances in a patient who was merely depressed—and was not suffering from Bipolar Disorder, Schizophrenia or another psychotic disorder. Although in a certain class of patients, some doctors may prescribe this drug, Seroquel, it should not be employed as a sleep management tool in a patient who does not otherwise need the drug to treat her mental health condition.

2. It is my opinion that: A psychiatrist following the applicable standard of care for a patient similar to Ms. Patteson would not prescribe Seroquel for insomnia or sleeplessness, and that Doctor Maloney prescribing it to her fell below the applicable standard of care.

3. It is my opinion that: The drug, Seroquel, is not, and has never been, authorized by the FDA to be employed as a sleep disorder medication. Nor has it ever been appropriate as an off-label use for this purpose unless the patient is also suffering from Bipolar Disorder, Schizophrenia or another psychotic disorder. Before it is prescribed for sleep disorders, the patient must be told of the serious risks of the drug and the limited benefits for her. I do not believe that a well-informed patient presenting with Ms. Patteson's symptoms would accept the use of this drug in this situation, given its serious risks and its relative benefits. Especially in light of the fact that there are numerous less dangerous drugs with equal or greater benefit that should be first used in sleep disorder patients, this use of the medication falls below the applicable standard of care.

4. It is my opinion that: Doctor Maloney should have advised the patient to watch for the development of symptoms, especially those consistent with early onset Tardive Dyskinesia (TD). The type of symptoms the patient should have been advised of include common side effects such as dry mouth, fatigue, constipation, sore throat, weight gain and nasal congestion. The patient should have also been informed of the less frequent but more serious side effects including liver problems, elevated blood glucose, Neuroleptic Malignant Syndrome and Tardive Dyskinesia.

5. It is my opinion that: In fact, when a more appropriate drug was prescribed to the patient on August 3, 2007, it worked as expected and is an example of a drug that should have been first recommended to the patient and used by her. Besides those used, there are other equally appropriate and effective drugs with much less serious and dangerous side effects than Seroquel that should have been recommended and used by Ms. Patteson.

6. It is my opinion that: Doctor Maloney also violated the standard of care during his early treatment of the patient in that he did an inadequate investigation as to why she was having a sleep disorder in the first place. If Doctor Maloney had appropriately investigated her sleep disorder issues, he would have probably discovered that the underlying foundation of her problem was that she suffered from sleep apnea, which is a well-recognized cause of sleep dysfunction/disorders. If Doctor Maloney had so investigated, as was done in August, 2007, he would have discovered the underlying cause of her sleep dysfunction/disorder and would have known that a drug with the well-recognized risks of Seroquel was surely not an appropriate drug to employ or recommend in this situation.

To: Timothy J. Aiken, Esquire
Aiken & Scoptur, S.C.
Re: Kay Patteson v. John Maloney, M.D.
Case No. 2010 CA 6768B

7.    It is my opinion that: The risks of Seroquel, as stated, are serious and well-known. These risks include TD and other serious harms. The risk of developing TD was well-known to the medical community in 2006. The risks of Seroquel are the same as other drugs in its class. These drugs should not be employed as sleep disorder medications if there is not an independent need for their use. There was no independent need here with this patient.

8.    It is my opinion that: Had Seroquel not been recommended and/or employed with Ms. Patteson, she would never have developed TD.

9.    It is my opinion that: If a physician is going to recommend Seroquel, and the patient accepts its use after being appropriately informed, then the doctor is under a duty under the standard of care to watch for the development of side effects, especially serious side effects such as the early signs of TD that can cause a permanent and irreversible movement disorder

10.    It is my opinion that: When the Ms. Patteson presented to Doctor Maloney on April 13, 2007, she was limping. Doctor Maloney did not record any known or suspected cause of this new symptom. It was incumbent under the standard of care for Doctor Maloney to investigate the cause. One potential cause was early onset TD caused by Seroquel and, to a reasonable degree of medical probability, it is my opinion that this was the cause in this instance. At the very least, Doctor Maloney should have immediately begun tapering the drug. He also should have had a new informed consent discussion with Ms. Patteson wherein he advised her of the new risks and advised her to watch for the further development of symptoms. He should have recommended that she immediately taper the use of the drug with an eye towards totally ceasing its use in the very near future. To a reasonable degree of medical probability, if this had been done, Ms. Patteson's risk for developing TD would have been significantly reduced.

11.    It is my opinion that: Also, on this April 13, 2007 visit, Doctor Maloney should have investigated and/or referred Ms. Patteson for an investigation as to what precisely was causing her to develop the new symptom of limping. To a reasonable degree of medical probability, the cause in this instance was Seroquel toxicity, and it is probable that such an investigation/referral would have led the medical providers to conclude that Seroquel should have been tapered with an eye toward its total cessation. Had this been done, Ms. Patteson's risk for developing TD would have been significantly reduced.

12.    It is my opinion that: Doctor Maloney should have seen Ms. Patteson soon after the April 13, 2007 visit in order to monitor her new symptoms and the possible development of TD or other serious side effects of Seroquel. It was a violation of the standard of care to fail to do so. If Doctor Maloney had done so, and if he had reduced and discontinued Seroquel, Ms. Patteson's risk for developing TD would have been significantly reduced.

To:   Timothy J. Aiken, Esquire
      Aiken & Scoptur, S.C.
Re:   Kay Patteson v. John Maloney, M.D.
      Case No. 2010 CA 6768B

13.   It is my opinion that: When Ms. Patteson presented to Doctor Maloney on June 5, 2007, she was having difficulty walking. Doctor Maloney did not record any known or suspected cause of this new symptom. It was incumbent under the standard of care for Doctor Maloney to investigate the cause. One potential cause was early onset TD caused by Seroquel and, to a reasonable degree of medical probability, it is my opinion that this was the cause in this instance. At the very least, Doctor Maloney should have immediately begun tapering the drug. He also should have had a new informed consent discussion with Ms. Patteson wherein he advised her of the new risks and advised her to watch for the further development of symptoms. He should have recommended that she immediately taper and discontinue the use of the drug. If Doctor Maloney had done so, her risk for developing significant consequences from her Seroquel administration would have been reduced. That is, the symptoms she might have been reversible with prompt tapering and cessation.

14.   It is my opinion that: Also, on this June 5, 2007 visit, Doctor Maloney should have investigated and/or referred Ms. Patteson for an investigation as to what precisely was causing her to develop the new symptom of limping. I believe the cause in this instance was Seroquel toxicity. I believe such an investigation/referral would have led the medical providers to conclude that Seroquel should have been tapered with an eye towards its total cessation. If Doctor Maloney had done so, to a reasonable degree of medical probability, Ms. Patteson's risk for developing significant consequences from her Seroquel administration would have been reduced. That is, the symptoms she had might have been reversible with prompt tapering and cessation.

15.   It is my opinion that: Doctor Maloney should have seen Ms. Patteson soon after the June 5, 2007 visit in order to monitor her new symptoms and the possible development of TD or other serious side effects of Seroquel. It was a violation of the standard of care to fail to do so. If Doctor Maloney had done so, to a reasonable degree of medical probability, it is my opinion that her risk for developing significant consequences from her Seroquel administration would have been reduced. That is, the symptoms she had might have been reversible with prompt tapering and cessation.

16.   It is my opinion that: Doctor Maloney should have tapered Seroquel towards complete cessation of the drug well before August 3, 2007. It was a violation of the standard of care to fail to do so. If Doctor Maloney had done so, it is most probable that Ms. Patteson's risk for developing significant consequences from her Seroquel administration would have been reduced. That is, the symptoms she had might have been reversible with prompt tapering and cessation.

17.   It is my opinion that: Seroquel toxicity was the cause and a substantial factor in the development of her TD and her symptoms from April through the present, and that this is a permanent condition.

18.   I hold all of the above opinions to a reasonable degree of medical probability.

To: Timothy J. Aiken, Esquire
Aiken & Scoptur, S.C.
Re: Kay Patteson v. John Maloney, M.D.
Case No. 2010 CA 6768B

## II.     QUALIFICATIONS AND PUBLICATIONS:

Please refer to the enclosed Curriculum Vitae.

## III.    DEPOSITIONS OF TRIALS I HAVE TESTIFIED IN, IN THE LAST 4 YEARS:

Please refer to the enclosed case lists.

## IV.     COMPENSATION TO BE PAID:

$500.00 per hour for any time spent on this matter.

Respectfully submitted,

*Neil Blumberg, MD*

Neil Blumberg, M.D., D.F.A.P.A.

NB:esp

Enclosures:    Curriculum Vitae
Case List – 2007-2010

# CURRICULUM VITAE
### November, 2010

**NAME:**     Neil Howard Blumberg, M. D.

**OFFICE:**     30 East Padonia Road - Suite 206
Timonium, Maryland 21093
Telephone: (410) 561-1156
Fax: (410) 683-0332
e-mail: neilblumbergmd@aol.com

**LICENSURE:**     State of Maryland (D22343) – 1978-present
Commonwealth of Pennsylvania (MD-069574-L) – 1999-present
Commonwealth of Virginia (0101222870) – 1999-present
State of Georgia (48599) – 2000-2003
State of Florida (ME81518) – 2000-present

**CERTIFICATION:**     Diplomate, The National Board of Medical Examiners
(180948) - 1978

Diplomate, The American Board of Psychiatry and
Neurology (24698) - 1983

Diplomate, The American Board of Forensic Psychiatry
(184) - 1986

Secret Clearance, United States Department of Justice
October, 2010 - Present

**TEACHING APPOINTMENT:**     University of Maryland School of Medicine, Institute of Psychiatry
and Human Behavior - Baltimore, Maryland

Clinical Associate Professor in Psychiatry

Forensic Psychiatry Faculty – Coordinator of Civil Practice

Duties include Clinical Supervision of Fellows,
Residents and Medical Students and Lecturing to
Fellows, Residents and Medical Students

## PROFESSIONAL WORK EXPERIENCE:

February, 2009 – Present     Chief of Forensic Services – Spring Grove Hospital Center – Catonsville,
Maryland

Duties Include:
- Overseeing, Supervising and Monitoring All Forensic Services Provided by
Spring Grove Hospital Center, Including:
  - Inpatient and Outpatient Pretrial Evaluations for Competency and
Criminal Responsibility
  - Care and Treatment of Not Criminally Responsible and
Incompetent to Stand Trial Patients
  - Restorability and Dangerousness of Incompetent to Stand Trial
Patients

**PROFESSIONAL WORK EXPERIENCE (Continued):**

- Civil Commitment – Dangerous to Self and/or Others
- Discharge and Aftercare Planning for Incompetent to Stand Trial and Not Criminally Responsible Patients
- Forensic Review Board
- Interface with Judges, States Attorneys, Defense Attorneys and Community Forensic Aftercare Program
- Reports to the Court
- Mental Health Court
- Testimony in Court and Administrative Hearings
- In-Service Training on Forensic Issues

January, 2000 – January, 2003     Forensic Psychiatric Consultant to Circuit and District Courts of Baltimore County, Office of Forensic Services, Department of Health and Mental Hygiene, State of Maryland

Duties Included:

- Pretrial Screening Services for Competency and Criminal Responsibility to the Circuit and District Courts of Baltimore County
- Presentence Services to the District Court of Baltimore County

July, 1996 - July, 1997     Psychiatric Consultant - Medical Office of Circuit Court for Baltimore City

January, 1996 - July, 1999     Director of Forensic Evaluation - Spring Grove Hospital Center - Catonsville, Maryland

Duties Included:

- Supervision of All Inpatient/Outpatient Evaluations of Competency to Stand Trial and Criminal Responsibility
- Consult on All Proposed NCR Conditional Releases
- Consult on Civilly Committed Patients
- In-Service Training on Forensic Issues
- Clinical Case Consultations

July, 1981 - Present     Private Practice of General and Forensic Psychiatry, Including:

General Psychiatry

- Adult Outpatient Individual Psychotherapy
- Psychotropic Medicine Management
- Outpatient Consultation

**PROFESSIONAL WORK EXPERIENCE (Continued):**

### Forensic Psychiatry - Criminal Issues

- Competency to Stand Trial
- Criminal Responsibility/Insanity
- Intoxication
- Mens Rea
- Diminished Capacity
- Pre-Sentence Evaluations
- Capital Sentencing
- Waiver of Miranda
- Voluntariness of Confessions
- Competency to be a Witness
- Dangerousness
- Battered Spouse/Woman Syndrome
- Juvenile Transfer of Jurisdiction

### Forensic Psychiatry - Civil Issues

- Personal Injury
- Workers' Compensation
- Malpractice
- Competency/Guardianship
- Sexual Harassment
- Age, Race and Sex Discrimination
- Parental Fitness
- Disability
- Fitness for Duty
- Civil Commitment
- Psychiatric Autopsy
- Immigration
- Attorney Misconduct

September, 1983 - June, 1984 Director of Forensic Evaluation - Clifton T. Perkins Hospital Center - Jessup, Maryland

July, 1981 - September, 1983 Staff Psychiatrist - Clifton T. Perkins Hospital Center - Jessup, Maryland

Retained as an Expert in General and Forensic Psychiatry by the following offices:
Criminal Defense Agencies:

Maryland Office of the Public Defender
Public Defender Service for the District of Columbia
Public Defender Service for Alexandria, Virginia
Office of the Federal Public Defender, Baltimore, Maryland; Washington, District of Columbia; Wilmington, Delaware; District of New Jersey and Eastern District of Virginia
NAACP Legal Defense Fund
Office of the Public Defender, Camden and Essex Counties, New Jersey;
Office of the Public Defender, Cumberland, Dauphin, Huntingdon, Lancaster, Snyder, Tioga, Union and York Counties, Pennsylvania
Office of the Public Defender, DeKalb County, Georgia
Office of the Public Defender, Fairfax County, Virginia
Defender Association of Philadelphia, Federal Court Division, Capital Habeas Corpus Unit
Center for Legal Education, Advocacy and Defense Assistance (L.E.A.D.A.)
Center for Death Penalty Litigation, Inc., Durham, North Carolina
New Hampshire Office of the Public Defender
State of Florida, Office of the Public Defender, 15th Judicial Circuit, Palm Beach County
Connecticut Office of the Public Defender

<u>CURRICULUM VITAE</u> (Continued)
Neil Blumberg, M. D.

<u>Criminal Prosecution Agencies</u>:

Office of the States Attorney for Baltimore County, Carroll, Montgomery, Prince George's and Worcester Counties, Maryland

Office of the United States Attorney for the District of Columbia (U.S. District Court and Superior Court of the District of Columbia)

Office of the United States Attorney for the District of Maryland

Office of the Attorney General for the State of New Jersey

Office of the Prosecutor for Burlington and Camden Counties, New Jersey

Office of the Prosecutor for Baltimore City, Maryland

Office of the District Attorney for Bedford, Cumberland, Dauphin, Huntingdon, Indiana, Lancaster, Mifflin and Northumberland Counties, Pennsylvania

<u>Civil Agencies</u>:

Office of Law, Prince George's County, Maryland

Office of Law, Anne Arundel County, Maryland

Office of County Attorney for Baltimore County and Carroll County, Maryland

Department of Social Services, Carroll and Harford Counties, Maryland

Office of Personnel, Howard County, Maryland

Baltimore County Public Schools

Subsequent Injury Fund

Office of Bar Counsel, Washington, D.C.

Attorney Grievance Commission of Maryland

Department of Law, City of Baltimore

Maryland Commission on Judicial Disabilities

United States Department of Justice, Office of the United States Attorney, District of Columbia

Maryland Board of Physicians (formerly Board of Physician Quality Assurance)

Offices of the Attorney General for Maryland

Legal Aid of New Jersey

<u>Courts' Witness</u>:

United States District Courts for District of Maryland, Northern District, Baltimore, Maryland and Southern District, Greenbelt, Maryland

United States District Court for Eastern District of Virginia

Superior Court of the District of Columbia

Circuit Courts for Baltimore County, Carroll, Harford and Prince George's Counties, Maryland

District Courts for Baltimore County and Howard County, Maryland

Courts of Common Pleas for Cumberland, Mifflin and York Counties, Pennsylvania

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.


Qualified as an Expert in General and Forensic Psychiatry in:
    All Circuit Courts of Maryland
    Superior Court of the District of Columbia
    Superior Court of Dekalb County, Georgia
    United States District Court for Wilmington, Delaware
    United States District Court for District of Columbia
    United States District Court for Northern District Illinois, Eastern Division
    United States District Courts for Baltimore and Greenbelt, Maryland
    United States District Court for Western District, North Carolina
    United States District Courts for Middle District and Eastern District of Pennsylvania
    United States District Court for Eastern District of Virginia
    Pennsylvania Court of Common Pleas for Berks County
    Pennsylvania Court of Common Pleas for Clearfield County
    Pennsylvania Court of Common Pleas for Franklin County
    Pennsylvania Court of Common Pleas for Fulton County
    Pennsylvania Court of Common Pleas for Lackawanna County
    Pennsylvania Court of Common Pleas for Lancaster County
    Pennsylvania Court of Common Pleas for Lebanon County
    Pennsylvania Court of Common Pleas for Lehigh County
    Pennsylvania Court of Common Pleas for Luzerne County
    Pennsylvania Court of Common Pleas for Mifflin County
    Pennsylvania Court of Common Pleas for Northumberland County
    Pennsylvania Court of Common Pleas for Philadelphia County
    Pennsylvania Court of Common Pleas for Snyder County
    Pennsylvania Court of Common Pleas for Tioga County
    Pennsylvania Court of Common Pleas for Union County
    Pennsylvania Court of Common Pleas for Westmoreland County
    Pennsylvania Court of Common Pleas for York County
    Superior Court of Burlington County, New Jersey
    Superior Court of Camden County, New Jersey
    Superior Court of Cumberland County, New Jersey
    Circuit Court of Alexandria, Virginia
    Circuit Court of Arlington County, Virginia
    Circuit Court of Fairfax County, Virginia
    Circuit Court of Chesapeake, Virginia
    Circuit Court of Kanawha County, West Virginia
    Naval and Marine Corps Trial Judiciary – Mid-Atlantic Circuit

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.


## ACADEMIC HISTORY:

| | |
|---|---|
| 1965 -<br>June, 1969 | Columbia High School - Maplewood, New Jersey<br>Graduated |
| September, 1969 -<br>May, 1973 | Emory University - Atlanta, Georgia<br>Bachelor of Arts<br>    Highest Honors in Psychology<br>    Member, Phi Beta Kappa |
| September, 1973 -<br>May, 1977 | George Washington University Medical School - Washington, D.C.<br>Doctor of Medicine |
| 1975 | Summer Research Fellowship from George Washington University Medical School to work at the National Institutes of Mental Health under Doctors Frederick Goodwin and Philip Gold |
| July, 1977 -<br>July, 1980 | Sheppard and Enoch Pratt Hospital - Towson, Maryland<br>Psychiatry Residency |
| July, 1980 -<br>July, 1981 | University of Maryland Hospital, University of Maryland School of Medicine, Institute of Psychiatry and Human Behavior - Baltimore, Maryland<br>Fellow in Forensic Psychiatry |
| July, 1981 -<br>July, 1991 | University of Maryland School of Medicine, Institute of Psychiatry and Human Behavior - Baltimore, Maryland<br>Clinical Instructor in Psychiatry |
| July 1991 – June, 2010 | University of Maryland School of Medicine, Institute of Psychiatry and Human Behavior - Baltimore, Maryland<br>Clinical Assistant Professor in Psychiatry |
| July 2010 – Present | University of Maryland School of Medicine, Institute of Psychiatry and Human Behavior - Baltimore, Maryland<br>Clinical Associate Professor in Psychiatry |


## ACADEMIC, COMMUNITY, PROFESSIONAL ACTIVITIES:

Member, Admissions Committee - October, 1992 - July, 1999
    University of Maryland School of Medicine
FORENSIC REPORTS
    Member, Editorial Board, 1987-1992
HOSPITAL AND COMMUNITY PSYCHIATRY
    Reviewer, 1993-2000
Physician Volunteer, Disaster Mental Health Volunteer Corps, Maryland Department of Health
    and Mental Hygiene, January 21, 2005-present

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

## PROFESSIONAL MEMBERSHIPS:

Baltimore County Medical Association - 1979-1998

Medical and Chirurgical Faculty of the State of Maryland - 1979-1998

American Psychiatric Association - 1978-Present
>Distinguished Fellow, 2009
>Fellow, January, 2003
>Member, Peer Review Committee - 1983-1987

Maryland Psychiatric Society - 1978-Present
>Member, Legislation Committee - 1981-1982
>Member, Disaster Psychiatry Committee – 2003-Present
>Member, Forensic Psychiatry Committee – 2009-Present

The American Academy of Psychiatry and The Law - 1980-Present
>Member, Criminal Behavior Committee - 1987-1989
>Member, Public Information Committee - 1987-1989

The American Academy of Forensic Sciences – March, 2008-Present
>Associate Member

## PUBLICATIONS:

Blumberg, N. and Nowicki, S.,
>The Role of Locus of Control of Reinforcement in Interpersonal Attraction, <u>Journal of Research in Personality</u>, 9:48-56, 1975.

Blumberg, N.,
>Arson Update: A Review of the Literature on Firesetting, <u>Bulletin of The American Academy of Psychiatry and The Law</u>, 9(4):255-265, 1981.

Blumberg, N.,
>Book Review, "Issues in Forensic Psychiatry: Insanity Defense, Hospitalization of Adults, Model Civil Commitment Law, Sentencing Process, Child Custody Consultation". The American Psychiatry Association, Washington, D.C., APA Press, 1984. 257 pp. <u>Bulletin of The American Academy of Psychiatry and The Law</u>, 16(4):381, 1988.

Blumberg, N.,
>Book Chapter, "The Role of the Psychiatrist Expert: How To Work With Lawyers". Chapter in Simon, R. (ed.): <u>Review of Clinical Psychiatry and the Law</u>, Vol. 2, American Psychiatric Press, Inc., Washington, D.C., 1991.

Blumberg, N.,
>Letter to the Editor, "The Battered Woman Syndrome", <u>The American Journal of Psychiatry</u>. 149(5):714-715, 1992.

Blumberg, N.,
>Book Review, <u>Adult Children of Divorce</u> by Edward W. Beal, M.D. and Gloria Hochman, Academic Psychiatry, 16:111, 1992.

Blumberg, N.,
>Book Review, "Essential Papers on Posttraumatic Stress Disorder". <u>The Journal of the American Academy of Psychiatry and Law</u>, 28(3):376, 2000.

## PROGRAM PARTICIPATIONS:

Trial Advocacy Program, Maryland Institute for Continuing Professional Education of Lawyers, Inc.
　　Lectures (1985 – 2003)
　　　　"Expert Witness"

Pretrial Forensic Evaluation Training Program, Mental Hygiene Administration, Office of Forensic Services and University of Maryland:
　　Lectures (1998 – 2003)
　　　　"Expert Testimony"

University of Maryland Forensic Fellowship Program:
　　Lectures (1989 – Present)
　　　　"Battered Woman Syndrome"
　　　　"Civil Competency and Guardianship"
　　　　"Competency to Plead Guilty"
　　　　"Competency to Waive Appeals in Death Penalty Litigation"
　　　　"Death Penalty"
　　　　"Expert Testimony"
　　　　"Federal Presentence Psychiatric Evaluations"
　　　　"The Forensic Psychiatric Evaluation in Capital Sentencing Cases"
　　　　"The Forensic Psychiatric Evaluation in Civil Litigation"
　　　　"The Forensic Psychiatric Evaluation in Personal Injury Cases"
　　　　"The Forensic Psychiatric Evaluation in Psychiatric Disability"
　　　　"Guns and Ammo"
　　　　"Introduction to the Private Practice of Forensic Psychiatry"
　　　　"Parental Fitness"
　　　　"The Psychiatric Autopsy"
　　　　"Psychiatric Evaluation in Disbarment Cases"
　　　　"Psychiatric Malpractice"
　　　　"Psychiatric Mitigation in Capital Cases"
　　　　"Sexual Harassment, Discrimination and Other E.E.O.C. Complaints"
　　　　"Specific Intent and Other *Mens Rea* Defenses"
　　　　"Transfer of Jurisdiction"
　　　　"True and False Confessions"

**PROGRAM PARTICIPATIONS**: (Continued)
"The Uses of Psychological Testing in the Forensic Psychiatric Evaluation"
"Violence Risk Assessment"
"Workers' Compensation Evaluations"

University of Baltimore School of Law, Law and Psychiatry Course for The Honorable George Lipman:
Lectures (2002 – Present)
"Introduction to Forensic Psychiatry"

**PRESENTATIONS**:
Grand Rounds, Institute of Psychiatry and Human Behavior, University of Maryland School of Medicine, "Workmen's Compensation", April 24, 1981.

Lecture, Towson State Mental Health Center, "The Clinical Prediction of Violence", December 9, 1981.

Lecture, Clifton T. Perkins Hospital Center, "Arson Update", February 22, 1982.

Lecture, Towson State Counseling Center, "The Clinical Prediction of Violence", May 13, 1982.

Lecture, Franklin Square Hospital, "The Clinical Prediction of Violence", May 27, 1982.

Lecture, Clifton T. Perkins Hospital Center, "The Neurological Basis of Antisocial Behavior", November 1, 1983.

Discussant, Maryland Office of the Public Defender, "Psychiatric Evaluation in Death Penalty Cases", May 19, 1983.

Lecture, Mid-Winter Meeting of the Maryland State Bar Association, Acapulco, Mexico, "Psychiatric Trauma Cases in the Courtroom", February 4, 1984.

Lecture, Springfield Hospital Center, "The Psychiatric Evaluation of Not Guilty by Reason of Insanity Patients for Dorsey Hearings", February 23, 1984.

Symposium, University of Maryland School of Medicine, "Personal Injury Litigation: A Mock Trial". Expert Psychiatric Witness for the Plaintiff, May 18, 1984.

Lecture, Office of the United States Attorney for the District of Columbia, "Competency to Stand Trial", July 11, 1984.

Lecture, Office of the United States Attorney for the District of Columbia, "Evaluation of Criminal Responsibility", October 24, 1984.

Lecture, Conference "Culture Ethnicity and Mental Health Within the Jail Setting", Sponsored by the Black Mental Health Alliance, "Assessment of Mental Illness in the Jail Setting", May 23, 1985.

Workshop, Women's Bar Association, Montgomery County Chapter, "Expert Witnesses", February 12, 1987.

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, The American University School of Justice, "The Psychodynamics of Criminal Behavior", March 25, 1987.

Lecture, Office of the Public Defender for Montgomery County, "Post-traumatic Stress Disorder in Victims of Rape", April 24, 1987.

Lecture, Office of the States Attorney for Montgomery County, "Post-traumatic Stress Disorder in Victims of Rape", May 20, 1987.

Lecture, 1987 Litigation Seminar sponsored by Law Office of O'Malley, Miles and Harrell, "Post-traumatic Stress Disorder in Civil Litigation", June 5, 1987.

Discussant, Maryland Association of County Civil Attorneys, Summer Symposium, "The Use and Abuse of Expert Witnesses", August 21, 1987.

Lecture, Conference, Medical and Legal Issues in Psychiatry and Psychology, Spring Grove Hospital Center, "Psychiatric Evaluation of Criminal Defendants: Competency and Criminal Responsibility", November 6, 1987.

Lecture, Georgetown University Law Center, "Forensic Psychiatry", November 10, 1987.

Lecture, Maryland Association of Private Practicing Psychiatrists, "Providing Psychiatric Testimony", December 3, 1987.

Lecture, Brown-Bag Luncheon for the D.C. Bar Association, "Psychiatric Evaluation in Capital Cases", December 7, 1988.

Lecture, The American University, "Insanity Defense", March 29, 1989.

Lecture, Department of Social Services, Harford County, Maryland, "Psychiatric Interview and Diagnosis of Personality Disorders", September 26, 1989.

Lecture, Law Offices of Semmes, Bowen and Semmes, "Working with Psychiatrists", October 12, 1989.

Lecture, University of Maryland Baltimore County (UMBC), "Psychiatric Malpractice", May 14, 1990.

Lecture, Grand Rounds, Spring Grove Hospital Center, "The Psychiatric Assessment of Competency and Criminal Responsibility", October 18, 1990.

Mock Trial - "Not Guilty by Reason of Insanity", Eighth Annual Conference of Organization of Forensic Social Work, May 1, 1991.

Panel Discussant, "Psychiatric Evidence in Criminal Cases: The New (and not-new) Syndromes", 16th Annual Judicial Conference of the District of Columbia, June 14, 1991.

Lecture, "Safety in Forensic Psychiatry", Task Force on Clinician Safety, American Psychiatric Association, Fall Component Meetings, Washington, D.C., September 11, 1991.

Lecture, "Arson Update", Clifton T. Perkins Hospital Center, March 2, 1993.

Case Presentation, "Anabolic Steroids and the Insanity Defense", Medical Office for the Circuit Court for Baltimore City, March 18, 1993.

Lecture, "Mental Status Examinations and Police Reports", Metropolitan Police Department, Criminal Investigation Division Seminar, Washington, May 4, 1993.

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "Psychiatric Malpractice", University of Maryland, Baltimore County, Catonsville, Maryland, May 11, 1993.

Lecture, "Assessment of the Suicidal Patient", University of Maryland Emergency Medicine Grand Rounds, April 20, 1994.

Guest Participant, "Direct and Cross -- Fact and Expert Witness", The William B. Bryant American Inn of Courts, Washington, D.C., January 10, 1995.

Lecture, "Risk Assessment in Violent Patients", Baltimore County Bureau of Mental Health, National Center for Human Development, Sheppard and Enoch Pratt Hospital, November 29, 1995.

Lecture, "Risk Assessment in Violent Patients", Baltimore County Bureau of Mental Health, National Center for Human Development, Sheppard and Enoch Pratt Hospital, March 7, 1996.

Grand Rounds, "Surviving Civil Commitment and Dorsey Hearings", Spring Grove Hospital Center, April 18, 1996.

Lecture, "The Non-Insanity Defense", Maryland Criminal Defense Attorney Association, Baltimore, Maryland, October 2, 1996.

Lecture, "The Assessment of Competency to Stand Trial and Criminal Responsibility", In-Service Training, Spring Grove Hospital Center, January 22, 1997.

Lecture, "Forensic Psychiatry", Criminal Justice Clinic, Georgetown University School of Law, Washington, D.C., October 13, 1997.

Lecture, "Consulting with a Forensic Psychiatrist", Office of Public Defender for Montgomery County, March 25, 1998.

Lecture, "Competency to Stand Trial", April Social Work Seminar, Spring Grove Hospital Center, April 2, 1998.

Lecture, "The Assessment of Criminal Responsibility", June Social Work Seminar, Spring Grove Hospital Center, June 18, 1998.

Lecture, "Incest, Multiple Murder, The Death Penalty and Competency to Stand Trial", Grand Rounds, Forensic Case Presentations, Spring Grove Hospital Center, October 22, 1998.

In-Service Training, "Outpatient Evaluation of Competency to Stand Trial and Criminal Responsibility, Spring Grove Hospital Center, November 9, 1998.

Lecture, "The Forensic Psychiatric Evaluation of Violence and Aggression", John Jay College of Criminal Justice, New York, New York, December 8, 1999.

Lecture, "Update on Forensic Psychiatry - Posttraumatic Mental Disorders", Maryland Self-Insurers' and Employers' Compensation Association, December 9, 1999.

Lecture, "The Forensic Assessment of Complex Capital Defendants", Conference: New Assessment and Treatment for Criminal Defendants Diagnosed with Personality Disorders, Broward County Public Defender's Office and the Florida Public Defender Association, Fort Lauderdale, Florida, September 13, 2000.

**PRESENTATIONS:** (Continued)

Panel Discussion, "Misdiagnosis in Forensic Settings", Conference: New Assessment and Treatment for Criminal Defendants Diagnosed with Personality Disorders, Broward County Public Defender's Office and the Florida Public Defender Association, Fort Lauderdale, Florida, September 13, 2000.

Case Presentation and Discussion, Conference: New Assessment and Treatment for Criminal Defendants Diagnosed with Personality Disorders, Broward County Public Defender's Office and the Florida Public Defender Association, Fort Lauderdale, Florida, September 13, 2000.

Forensic Case Presentation, "Multiple Murder, Rape, Major Mental Illness, Neurological Impairment, Insanity and the Death Penalty", Spring Grove Hospital Center, March 29, 2001.

Lecture, "Forensic Psychiatry and Its Uses in Criminal Cases: An Update", Maryland Criminal Defense Attorneys Association, Baltimore, Maryland, June 12, 2001.

Lecture, "The Forensic Psychiatric Evaluation of Posttraumatic Stress Disorder", M. Hayes and Associates, Timonium, Maryland, December 5, 2001.

Lecture, "Psychiatry and the Expert Witness" Medical Malpractice Course for Professor Barry Steelman, University of Baltimore, School of Law, February 18, 2002.

Lecture, "Competency Issues in Capital Cases", Conference: Defending a Capital Case in Virginia XIV, Mental Issues in Capital Cases, Virginia Capital Case Clearing House and Washington and Lee University School of Law, Lexington, Virginia, April 5, 2002.

Lecture, "The NCR Plea From Start to Finish", Baltimore County Bar Association, Criminal Law Committee, Towson, Maryland, November 20, 2002

Lecture, "Psychiatry and the Expert Witness" Medical Malpractice Course for Professor Barry Steelman, University of Baltimore, School of Law, February 26, 2003

Lecture, "Mitigation: Investigation, Coordination, Organization and Presentation", Eleventh Annual Capital Defense Workshop, Virginia Bar Association, Richmond, Virginia, November 7, 2003

Lecture, "The Forensic Psychiatric Evaluation in Personal Injury Cases", Defense Litigation Seminar, 2004, Greenbelt, Maryland, April 1, 2004

Panel/Lecture, "Mental Health Issues and the Death Penalty", Symposium 2004: The Death Penalty in the United States: Exploring Modern Implications, University of Maryland School of Law, April 14, 2004

Lecture, "Maryland's Insanity Defense: An Analysis of Maryland v. Francis Zito", The Eighth Annual Symposium on Mental Health Disability and the Law, Department of Health and Mental Hygiene, Mental Hygiene Administration and Office of Forensic Services, Reisterstown, Maryland, September 10, 2004

Lecture, "How to Work With Experts", Office of the Public Defender, Experts Training Case Study, Trenton, New Jersey, October 20, 2004

Lecture, "Misconduct, Mental Impairment and Mitigation", Annual Meeting of the Organization of Bar Investigators, Washington, D.C., October 6, 2006

CURRICULUM VITAE (Continued)
Neil Blumberg, M. D.

**PRESENTATIONS:** (Continued)

Lecture, "Forensic Psychiatric Evaluation of Competency to Stand Trial and Criminal Responsibility", Conference on Mental Health Issues, The Judicial Institute of Maryland, Annapolis, Maryland, March 12, 2009

Lecture, Grand Rounds, Spring Grove Hospital Center, "Providing Psychiatric Testimony in Court", May 14, 2009

Panel Discussant, "Working With the Mentally Ill Client", Conference: Representing the Mentally Ill, Maryland Office of the Public Defender, Baltimore, Maryland, January 15, 2010

Consultant/Participant, "Confessions of the D.C. Sniper with William Shatner: An Aftermath Special", Arts and Entertainment (A&E) Channel, 10:00 p.m., July 19, 2010

Consultant/Participant, "Aftermath with William Shatner," Season 1, Episode 2, Biography (BIO) Channel, 10:00 p.m., August 9, 2010.

## 2012 - Civil Cases

| CASE | JURISDICTION | RETAINED BY | ATTORNEY | TESTIMONY |
|---|---|---|---|---|
| Quantia Wheeler v. Donald Miller | Baltimore City, Maryland | Defense | Thomas Ryan | Deposition |
| Kelley v. Bethea | Montgomery County, Maryland | Defense | James Bonifant | Deposition |
| Carr v. Welch | Calvert County, Maryland | Defense | Timothy Maloney | Deposition |
| | | | | |
| | | | | |
| | | | | |

## 2012 - Criminal Cases

| | | | | |
|---|---|---|---|---|
| Commonwealth v. Wilfredo Ramos | Philadelphia | Defense | William Martin | Court |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## 2011 - Civil Cases

| CASE | JURISDICTION | RETAINED BY | ATTORNEY | TESTIMONY |
|---|---|---|---|---|
| Wilson Galvan v. Larchmont Farms | Federal – New Jersey | Plaintiff | Keith Talbot | Court |
| Melissa Dent v. Montgomery County | Federal - Maryland | Defense | Patricia Kane | Court |
| Jacqueline Greismann v. Nordstrom | Montgomery County, Maryland | Plaintiff | Paul Bekman | Court |
| In Re Kenneth Sabo | District of Columbia | Bar Counsel | Elizabeth Herman | Administrative Hearing |
| Jordan v. Brook Lane | Washington County, Maryland | Defense | James Aist | Deposition |
|  |  |  |  |  |

## 2011 - Criminal Cases

| CASE | JURISDICTION | RETAINED BY | ATTORNEY | TESTIMONY |
|---|---|---|---|---|
| U.S. v. Andrew Warren | Federal – D.C. | Defense | Billy Martin | Court |
| Commonwealth v. Ruben Rodriquez-Maisonet | Lebanon, Pennsylvania | Defense | Elizabeth Judd | Court |
| State v. Anthony Parker | Camden, New Jersey | Defense | Justin Loughry | Court |
| U.S. v. Anderson Dogirama | Federal – Southern District of New York | Defense | Kafahni Nkrumah | Court |
| Commonwealth v. Stephen Treiber | Erie, Pennsylvania | Defense | Maura McNally | Video Deposition |
| Robert Breton v. Warden, State Prison | Rockville, Connecticut | Defense | William Kettlewell | Court |
| Commonwealth v. Wilfredo Ramos | Philadelphia, Pennsylvania | Defense | Billy Martin | Court |
| State v. Timothy Fitz | District Court, Baltimore City | Court | Judge Lipman | Court |
| Commonwealth v. Ronald Weiss | Indiana, Pennsylvania | Defense | Shawn Nolan | Court |
| U.S. v. Michael Blottenberger | Federal, Maryland | Court | Judge Legg | Court |
| U.S. v. Susan Hustead | Federal, Baltimore | Defense | Andrew Radding | Court |
| U.S. v. Joffre Robalino | Federal, Maryland | Court | Judge Grimm | Court |

## 2010 – Civil Cases

| CASE | JURISDICTION | RETAINED BY | ATTORNEY | TESTIMONY |
|------|-------------|-------------|----------|-----------|
| Inge v. Starynski | West Virginia | Defense | Frederick Goundry | Deposition |
| Cohen v. D.C. | Superior Court, District of Columbia | Defense | Robert Hesselbacher | Deposition |
| Burress v. Winters | Federal Court-Baltimore, Maryland | Defense | Frederick Goundry | Court |
| Greissman v. Nordstrom | Montgomery County, Maryland | Plaintiff | Paul Bekman | Deposition |
| Fox v. Northwest Hospital Center | Baltimore County, Maryland | Defense | Dena Terra | Deposition |
| Nance v. Sinai Hospital | Baltimore City, Maryland | Defense | John Penhallegon | Deposition |
| Lionel Carter v. HeloAir | Fairfax County, Virginia | Defense | Morgan Campbell | Deposition |
| Curtis v. Kandel | Baltimore City, Maryland | Plaintiff | David Whitworth | Deposition |

## 2010 – Criminal Cases

| CASE | JURISDICTION | RETAINED BY | ATTORNEY | TESTIMONY |
|------|-------------|-------------|----------|-----------|
| State v. Freddie Edwards | Baltimore City | Defense | Flynn Owens | Court |
| Commonwealth v. Jose Busanet | Berks County, Pennsylvania | Defense | Stuart Lev | Court |
| Commonwealth v. Steven Wolfgang | Northumberland County, Pennsylvania | Prosecution | Anthony Rosini | Court |
| State v. Yohannes Surafel | Prince George's County, Maryland | Defense | Richard Finci | Court |
| Commonwealth v. Leroy Kanagy | Mifflin County, Pennsylvania | Court | Judge Rick Williams | Court |
| Commonwealth v. Wilfredo Ramos | Philadelphia County, Pennsylvania | Defense | Billy Martin | Court |
| State v. Steven Wright | Cumberland County, New Jersey | Defense | Louis Shapiro | Court |
| Commonwealth v. Luke Meketa | Franklin County, Pennsylvania | Defense | Geoffrey McInroy | Court |
| State v. Terris Luckett | Prince George's County, Maryland | Defense | Harry Trainor | Court |
| Commonwealth v. Michael Harrell | Northumberland County, Pennsylvania | Prosecution | Anthony Rosini | Court |
| State v. Anthony Soligny | Carroll County, Maryland | Defense | Edward Ulsch | Court |
| Commonwealth v. William Brown | Indiana County, Pennsylvania | Prosecution | Michael Handler | Court |

## 2009 - Civil Cases

| CASE | JURISDICTION | RETAINED BY | ATTORNEY | TESTIMONY |
|------|--------------|-------------|----------|-----------|
| Joseph Robinson v. Montgomery County | Federal - Maryland | Defense | Patricia Kane | Deposition |
| In Re Keith Smith | District of Columbia | District of Columbia Bar Counsel | Joseph Bowman | Administrative Hearing |
| Charita Beverly-Lewis v. Psychiatric Institute of Washington | District of Columbia | Plaintiff | Patrick Regan | Deposition |
| In Re Charles Hunt | Baltimore County Circuit Court | Court Expert | The Honorable Kathleen Cox | Court |
| Masters v. Hendler | Baltimore County Circuit Court | Plaintiff | Dale Adkins | Deposition |

## 2009 - Criminal Cases

| Erika Sifrit v. State of Maryland | Frederick County, Maryland | Defense | Robert Biddle | Court |
|------|--------------|-------------|----------|-----------|
| Commonwealth v. Corey Stine | York County, Pennsylvania | Defense | Barbara Krier | Court |
| Commonwealth v. Carolyn King | Lebanon County, Pennsylvania | Defense | Thomas Schmidt | Court |
| U.S. v. Christopher Blauvelt | Federal – Baltimore | Defense | Jason Silverstein | Court |
| Commonwealth v. Tedor Davido | Lancaster, Pennsylvania | Defense | James Morano | Court |
| United States v. Eugene Petasky | Federal - Baltimore | Court Expert | The Honorable William D. Quarles | Court |
| Commonwealth v. Michael Bardo | Luzerne County, Pennsylvania | Defense | James Morano | Court |
| State v. Brittany Barkley | Wicomico County, Maryland | Defense | Michael Richardson | Court |

## 2008 - Civil Cases

| CASE | JURISDICTION | RETAINED BY | ATTORNEY | TESTIMONY |
|---|---|---|---|---|
| In Re Wayne Rohde | District of Columbia | District of Columbia Bar Counsel | Joseph Bowman | Administrative Hearing |
| Elia Watkins v. State of Maryland | Baltimore County | Plaintiff | I. William Chase | Court |
| AHCA v. Gregory Lamb | Superior Court - District of Columbia | Plaintiff | Steven Kiersh | Deposition |
| Lelia Spindler v James Miller and State of Maryland | Baltimore City | Plaintiff | David Hoskins | Deposition |
| Lelia Spindler v. James Miller and State of Maryland | Baltimore City | Plaintiff | David Hoskins | Court |
| In Re Andrew Kline | District of Columbia | District of Columbia Bar Counsel | Clay Smith | Administrative Hearing |
| Ronald Riley v. Delaware River Bridge Authority | Federal - Delaware | Defense | Adria B. Martinelli | Court |
| | | | | |
| | | | | |

## 2008 - Criminal Cases

| | | | | |
|---|---|---|---|---|
| State v. Peter Urbanowicz | Queen Anne's County, Maryland | Defense | Harris Murphy | Court |
| State v. Jasen Weigman | Carroll County, Maryland | Defense | Judson Larrimore | Court |
| State v. Kevin Johns | Harford County, Maryland | Defense | Harry Trainor & Carol McCabe | Court |
| State v. Nicholas Browning | Baltimore County, Maryland | Defense | Joshua Treem & William Brennan | Court |
| Commonwealth v. David Chmiel | Lackawanna County, Pennsylvania | Defense | James Moreno | Court |
| State v. Clyde Chew | Calvert County, Maryland | Defense | Leslie Peek | Court |
| John Fishback v. State | Baltimore City, Maryland | Defense | Daniel Ginsburg | Court |
| U.S. v. Christopher Blauvelt | Federal - Baltimore | Defense | Roland Walker | Court |
| State v. Michael Adams | Montgomery County, Maryland | Defense | Robert Bonsib | Court |
| | | | | |

# Neil Blumberg, M.D., P.A.

## 2007 - Civil Cases

| CASE | JURISDICTION | RETAINED BY | TESTIMONY |
|---|---|---|---|
| Betty Gene Ali v. Mid-Atlantic Settlement Services | Federal - District of Columbia | Defense | Deposition |
| Sean Ryan v. State of Maryland | Montgomery County, Maryland | Plaintiff | Court |
| Augusto Zambrana v. D&G Brice Contractors | Prince George's County, Maryland | Defense | Court |
| Snyder v. Phelps and Westboro Baptist Church | Federal – Baltimore | Defense | Court |
| In Re Theodore Silva | District of Columbia | District of Columbia Bar Counsel | Administrative Hearing |
| | | | |
| | | | |

## 2007 - Criminal Cases

| | | | |
|---|---|---|---|
| Commonwealth v. Mark Spotz | Pennsylvania | Defense | Court |
| Commonwealth v. Brentt Sherwood | Pennsylvania | Prosecution | Court |
| State v. James Logan | Prince George's County, Maryland | Defense | Court |
| State v. Omar Hunte | Montgomery County, Maryland | Defense | Court |
| Commonwealth v. Noel Gomez | Pennsylvania | Defense | Court |
| State v. Peter Urbanowicz | Queen Anne's County, Maryland | Defense | Court |
| Commonwealth v. Mark Spotz | Pennsylvania | Defense | Court |
| State v. Joshua McGuire | Harford County, Maryland | Defense | Court |
| Commonwealth v. Meghan Lippiatt | Pennsylvania | Defense | Court |
| Commonwealth v. Richard Curran | Pennsylvania | Prosecution | Court |

# EXHIBIT 3

VALPAR CONSULTANTS, INC.

# Life Care Plan

## For Kay Patteson

**Valerie V. Parisi RN CRRN CLCP**
**7/12/12**

**109 Windsong Drive**
**Doylestown, PA 18901**

**215-230-0141**
**215-230-9913 FAX**
vvparisi@valpar.com

July 20, 2012

Mr. Timothy J. Aiken

Aiken and Scoptur, S.C.

Personal Injury Attorneys

2600 North Mayfair Road

Suite 1030

Milwaukee, WI 53226

RE: Kay Patteson

DOB: 11/16/54

DOI: 2006/2007

**LIFE CARE PLAN**

**INTRODUCTION:**

Kay Patteson is a 56 year old female who was prescribed Seroquel for insomnia between 2006 and 2007 who developed tardive dyskinesia. She now requires medication for this condition which has caused Parkinsonism or Parkinson's disease like syndrome in addition to tardive dyskinesia symptoms. She has disabling and distressing abnormal movement of her whole body which has progressed and has affected her ability to perform daily activities. Prior to the development of tardive dyskinesia, Ms. Patteson was independent in all activities of daily living and was working full time as a legal secretary. She is now dependent on others for household and personal care assistance. She requires multiple medications to control symptoms and to function. Ms. Patteson was referred for a telephonic rehabilitation nursing assessment and life care plan. The purpose of this report was to discuss the extent to which medical and disability status related to Ms. Patteson's neurological conditions affect this individual's future medical, rehabilitation, independent living and activities of daily living.

A life care plan is a comprehensive report and dynamic document based upon published standards of practice, comprehensive assessment, data analysis, and research which provides an organized, concise plan for current and future care needs with associated cost for individuals who have experienced catastrophic injury or chronic health care needs. These costs also include replacement schedules and frequency of treatments. This life care plan is a preventive plan intended to minimize complications and maximize functional potential. Services necessary to meet the needs dictated by the onset of neurological conditions are outlined in the appendices section of this report.

This life care plan was prepared by a review of the medical records provided, a telephonic nursing assessment interview on May 6, 2011, information from treating providers as available, clinical practice guidelines, and rehabilitation nursing knowledge and experience. Every effort has been made to assess the current and projected needs of Kay Patteson based on this information.

**RECORDS REVIEWED:**

1. Records of Amy L. Friedenthal, MD

2. Records of Michael Cohen, MD

3. Records of CVS Pharmacy

4. Records of Donald Sargent, MD

5. Records of the Department of Neurology at Georgetown

6. Records of Georgetown Finance

7. Report of Georgetown Hospital Radiology

8. Records of Jeff Jacobson, MD

9. Records of Louis E. Levitt MD

10. Records of Dr. Maloney

11. Records of Peter Bernard, MD

12. Records of Potomac Hospital

13. Records of Quest Diagnostic

14. Records of Safeway Pharmacy

15. Records of Sudeshna Bose MD

16. Records of Zachary Kaye MD

**MEDICAL BACKGROUND:**

The following information was taken directly from the available medical records:

On April 17, 2007, Ms. Patteson was seen by Dr. Levitt for orthopedic evaluation as a 52 year old female with a history of weakness to the lower extremities that had been present for the past two months. Her extremities were not painful. She had no history of trauma and no other

concurrent medical problems such as diabetes or thyroid disease. There was concern for central nervous system disorder. MRI of the lumbar spine was ordered and she was to be seen by a neurologist.

On May 5, 2007, Ms. Patteson was seen by Dr. Bernard in neurological consultation. She had weakness involving the proximal muscles of both feet. This was limb girdle involvement with the lower extremities. She used a cane. She was admitted to Potomac Hospital two weeks ago and was evaluated with nothing specific found except some degenerative joint disease. She was on Lisinopril for hypertension and Motrin. She was married and had three children. She worked long hours in DC. MRI of the lumbar spine and CT of the brain were reviewed. EMG and nerve conduction was ordered. MRI of the brain was recommended to further evaluate the calcification found on CT scan.

On June 26, 2007, Ms. Patteson was seen by Dr. Bernard for neurological follow-up. She had problems with weakness in her lower extremities and in the muscles of her back. She was having trouble walking to the bus stop and trouble walking from the subway when coming home. She was using a cane. She was taking Lisinopril for high blood pressure and Motrin for pain as needed. She was on Cyclobenzaprine and Seroquel which was helping with sleep. Her brain MRI showed no significant abnormality. She had a bone spur on the right side of the right big toe. She has focal weakness involving the left side. She had one son with Asperger disease and another with autism and a daughter with bipolar disease. She was to continue current medications and have EEG. The sleep study did show sleep apnea.

On July 9, 2007, Ms. Patteson was seen by Dr. Levitt for orthopedic evaluation. She had been hospitalized for weakness of the legs. She was seen by a neurologist and had an extensive work up which was negative. MRI of the lumbar spine showed mild degenerative changes. She still had an unusual gait pattern. She was to be treated symptomatically with an aggressive physical therapy program to build strength and endurance.

On July 31, 2007, EEG report of Dr. Bernard was normal.

On August 5, 2007, Ms. Patteson was seen by Dr. Bernard for neurological follow-up. She had constant movement of the arms and legs and difficulty walking. There was concern about alcohol. She was crying, depressed and anxious for years according to her husband. Psychiatric consultation was recommended. She had sleep problems and was started on Rozerem. Ms. Patteson asked if her problems could be due to Seroquel and Dr. Bernard was unsure.

On August 17, 2007, Ms. Patteson was seen by Dr. Bernard for neurological follow-up for muscles in her back and in the left buttocks. She had weakness involving the proximal muscles of both feet. She had constant movements of the arms and legs. She had a great deal of anxiety and nervousness. She had no actual pain and no paralysis. She had difficulty walking and was using a cane. She had a great deal of anxiety and possible generalized anxiety disorder with lots

4

of hand movements and constantly touching her face. She was to avoid alcohol. She was referred to Dr. Belikes for psychiatric consultation.

On August 31, 2007, Ms. Patteson was seen by Dr. Bernard for neurological follow-up. She had problems with muscle spasm in her low back and on the left side in the left hip area and in the low back. The muscle spasm caused her to walk with a cane. She was admitted to Potomac Hospital a few months ago. A full work up was essentially negative. She had mild small vessel disease and calcification of the tentorium but no significant abnormalities. She underwent physical therapy at Potomac Hospital and was found to have problems with the left side which improved with therapy. Her anxiety and nervousness were noted. She was placed on Rozerem for sleep. She was on CPAP for sleep apnea. She was given a trigger point injection for the lower back.

On September 19, 2007, Ms. Patteson was seen by Dr. Bernard for neurological follow-up. She had pain in the left pelvic area. She had muscle spasm which caused her to walk with a cane. This interfered with quality of life and working as she was afraid of walking from the parking lot to the bus stop. She had physical therapy at Potomac Hospital. Her anxiety and nervousness was noted and treated. MRI of the pelvis was ordered. Benztropine was discontinued as there was no difference in subtle movements which appeared to have the quality of tardive dyskinesia.

On September 25, 2007, Ms. Patteson was seen by Dr. Bernard for neurological follow-up. She was seen in the ER for constant movements in the pelvic area on the left side. She had pain in the lateral left side of the leg, hamstring area, left hip and towards the pelvic area. She had difficulty walking due to muscle spasm. The left leg was giving out on her. She was not able to focus due to constant pain. Dr. Bernard felt she may have a movement disorder. She was on lorazepam and Rozerem because she could not sleep. She had difficulty walking. She was given trigger point injections.

On October 16, 2007, Ms. Patteson was seen by Dr. Bernard for neurological follow-up. She had almost constant movements and severe pain in the lumbar area and left hip. She was seen in the ER for constant movements of the pelvis on the left side. She had difficulty walking because of muscle spasm. She was using a cane. She had difficulty walking to the subway and bus stop to get to her job in a DC law firm. She was having difficulty focusing on things. She was given trigger points and nerve blocks involving the left sciatic area.

On December 5, 2007, Ms. Patteson was seen by Dr. Jacobs for a neurosurgical consultation. She was a 53 year old female who developed progressive weakness of both legs, more so on the left than the right. She started walking with a stiff gait and started using a cane for assistance. She has been followed by a neurologist and testing including MRI of the brain and lumbar spine and EMG were performed. Her past medical history was positive for high blood pressure, asthma, arthritis, and anxiety and she has had three C sections. There was no structural pathology in the

brain or lumbar spine would account for this degree of dysfunction and further recommendations were to be made following review of films.

On December 29, 2007, Ms. Patteson was seen in neurological consultation by Dr. Bernard while an inpatient at Potomac Hospital. She had extreme anxiety and back pain. She had constant movements that she could not control. When her anxiety increased, her movements increased. She was restless. She was brought to the ER by her husband. She had constant movements which she had before. She was worried about losing her job. She was unable to sit still and was constantly moving. She was to be evaluated by the psychiatric nurses for inpatient unit stay and intense psychotherapy. She has had MR, CT scan, lumbar puncture, and all other evaluations. She has been tried on medications. She was worked up for Wilson's disease and other movement disorders. She had high anxiety and Valium was recommended. She was to take Klonopin for anxiety and Seroquel was to be prescribed to calm her down. Blood work was ordered.

Ms. Patteson presented to Dr. Cohen for a neurology evaluation on January 28, 2008 for evaluation and treatment of involuntary movements in the lower extremities with occasional weakness and gait disturbance. She was a 53 year old female with involuntary movements since March 2007. This was initially like muscle spasms but this was now more like continual movement when she was at rest. She was hospitalized twice because "my quality of life was such that I asked my husband to kill me". This bothered her most at night and kept her awake. She was put on Requip ten days ago by her psychiatrist that helped significantly but made her drowsy. She had a history of anemia. She was on Klonopin which helped. Hand movements were noted and had been present for several weeks. She was on Seroquel for about a year until one year ago. She saw Dr. Bernard who did EMG/NCS, evoked potentials, sleep study, EEG, 24 hour EEG, sleep study, and autonomic testing. Her father had died at age 62 and his mother was alive at age 77 and neither had neurological problems. She had one sister who was bipolar and had fibromyalgia. She had three children, one with severe autism and one with Aspergers. Her past medical history was significant for hypertension, asthma, C sections x 3, and hospitalizations for depression and muscle spasms. She was married and worked as a legal secretary.

The assessment was hyperkinetic movement disorder with chorea, akathisia, and athetosis and one thinks about Huntingdon's chorea, tardive dyskinesia, or Wilson's disease initially. This was not RLS. She was to have her MRI reviewed as well as studies by Dr. Bernard. She was to stop Requip and increase Klonopin.

On February 4, 2008, Ms. Patteson was seen by Dr. Cohen for neurological follow-up. The Klonopin was helping with sleep and her movements were less prominent off of the Dopamine agonist. She was on Seroquel 100-150 mg at bedtime for a year or so. The most likely diagnosis was tardive dyskinesia. Tetrabenazine was the most effective treatment and was just FDA approved. She was to have further work up and was placed on Keppra 250 mg twice per day.

On February 13, 2008, Ms. Patteson was seen by Dr. Cohen for neurological follow-up. She was missing work due to fatigue from attacks of twitching which will go on for two days at a time. The assessment was probable tardive dyskinesia and she was referred to movement disorders clinic and started on Tetrabenazine.

On March 19, 2008, Ms. Patteson was evaluated by Dr. Lo at the movement disorders clinic at Georgetown. She was a 53 year old with complaints of involuntary movements of her trunk and lower extremities. She took Seroquel for one year for insomnia. After her movements began, the Seroquel was tapered down and discontinued. However, the movements persisted. The abnormal movements involve the extremities and trunk and there were slow rocking movements of the trunk and extremities and foot movements consist of dorsiflexion on both sides which was greater on the right side than the left. She appeared restless but reported the movements as involuntary. The movements could be suppressed for seconds but then she feels tense. The movements were worsening over the past year and were worse with stress. She first saw a neurologist, Dr. Bernard, who tried Klonopin and thought her movements were psychogenic. She was seen by Dr. Cohen who prescribed tetrabenazine.

MRI of the lumbar spine in 2008 showed a bone spur but she did not have enough degeneration to account for the difficulty walking. She had EMG ordered by Dr. Bernard. She had a sleep study on March 26, 2007 which showed sleep apnea. MRI of the brain showed calcification of the blood vessels with no other significant findings. She was doing physical therapy in 2007. She had EEG performed by Dr. Bernard. She was seen by a neurosurgeon, Dr. Jacobson in 2007 for follow-up of the MRI of her spine and pelvis. In 2007, she also saw a neurologist and psychiatrist who felt her problems were of a psychiatric nature. She has been treated for depression since January 2008 until the present by psychiatry. She was married with three children. She was to have a full work up to rule out other causes of her chorea such as Huntingdon's Disease, Wilson's disease, and neurocanthocytosis. She was to continue with Klonopin and Keppra. TBZ (tetrabenazine) could be tried but there are side effects of Parkinson's and severe depression. Depakote may also be of benefit.

On April 7, 2008, Ms. Patteson was seen by Dr. Cohen for neurological follow-up. She was seen by Dr. Lo at Georgetown at the movement disorder clinic. He agreed that she had a hyperkinetic movement disorder and recommended to continue Clonazepam and Keppra and that Tetrabenazine could be tried. She was to have further work up.

On May 16, 2008, Ms. Patteson was seen by Dr. Cohen for neurological follow-up. She was up to Tetrabenazine 25 mg tablets ½ five times daily but was having difficulty standing due to the tremor in her legs so she cut to three half tablets daily. She had probable tardive dyskinesia and was back on Zoloft for depression.

On May 28, 2008, Ms. Patteson was seen by Dr. Lo at the movement disorders clinic at Georgetown. She was a 53 year old female with a history of truncal choreiform movements that have improved since starting tetrabenazine but the movements were still present. She has developed medication induced Parkinsonism. Her posture has been more stooped with decreased facial expression and she appeared to have TBZ (tetrabenazine) induced akathisia. Her most likely diagnosis was tardive dyskinesia. TBZ dosage was decreased to lessen Parkinsonism and she was to try klonopin. Physical therapy was recommended.

On July 16, 2008, Ms. Patteson was seen by Dr. Cohen for neurological follow-up. She was having problems with chorea and could not go lower on her tetrabenazine dosage. Her Parkinsonian symptoms had not remitted and her walking was poor with akathisia. Her medications were to be adjusted.

On September 10, 2008, Ms. Patteson was seen by Dr. Lo in the movement disorders clinic at Georgetown. She was a 53 year old woman with a history of tardive choreic dyskinesia primarily of the trunk and lower extremities since the spring of 2007. She was previously on Seroquel. An attempt was made to decrease the tetrabenazine however this resulted in worsening of her hyperkinetic movements and this was subsequently increased. Since her last visit, she started using a walker. Prior to that she was using a cane. The walker was used primarily because of her posture and she found it difficult to walk without it. Her posture had continued to worsen and had increased significantly since May 2008. She developed a cramping of her calves, primarily at night. She also noted deterioration in her speech and found her voice to be more hypophonic. The akathisia had continued but had not worsened significantly. These occurred several times per day. She also developed an intermittent right upper extremity tremor. She had a progressive increase in bradykinesia and rigidity over the last several weeks. She noticed that she started drooling one week ago primarily with eating. Medication options for tardive dyskinesia were discussed including Amantadine, Depakote, and Clozaril which would require weekly blood counts. Deep brain stimulation was to be considered. Myobloc injections for sialorrhea were to be considered. She was to be referred for physical therapy for gait training and balance training. She was to keep her tetrabenazine dose the same.

On November 12, 2008, Ms. Patteson was seen by Dr. Lo in the movement disorders clinic at Georgetown for her symptoms of tardive dyskinesia and subsequent medication induced Parkinsonism. She was a 53 year old woman with a history or tardive choreic movements, primarily of the trunk and lower extremity since the spring of 2007. Her last visit was in September 2008 and Amantadine was added and slowly titrated up to 100 mg four times per day to be taken with tetrabenazine. Since the addition of Amantadine there has been significant improvement in her choreic movements and this also helped her Parkinsonian symptoms. The drooling continued to be a problem. Her hypophonia had not changed. The akathisia had decreased and now only occurred twice per week. The tremor in the right upper extremity also decreased in frequency and now only occurred a couple times per week. There was no change in

8

the bradykinesia and rigidity that she was experiencing and there was no change in her position or her gait. Since the additional of Amantadine, she developed a dry mouth and sleep maintenance continued to be a problem. She continued to ambulate with a walker. She was not receiving physical therapy. The Klonopin was helping her fall asleep and she continued to have difficulty with sleep maintenance and was waking up 4-6 times per night. She would like to proceed with Myobloc injections for sialorrhea. She did note her mood was more flat than it used to be. Constipation continued to be a problem.

She was to have the tetrabenazine decreased and was to continue Amantadine. She was to have Myobloc injections. She was referred for physical therapy.

On January 13, 2009, Ms. Patteson was seen by Dr. Amjad in the Botox Clinic with tardive chorea secondary to exposure to Seroquel that was refractory to discontinuation of Seroquel. She did respond to tetrabenazine but subsequently developed a profound Parkinsonism state particularly affecting her gait. Amantadine was subsequently added that alleviated the Parkinsonian symptoms to a mild degree and she did try to decrease the TBZ (tetrabenazine) down as the Amantadine was titrated up however any decrease of TBZ below 75 mg per day resulted in re-emergence of the chorea. More recently she developed sialorrhea, possibly related to drug induced Parkinsonism. She was to have a set of Myobloc injections to be repeated every three months.

On February 18, 2009, Ms. Patteson was seen by Dr. Lo at the movement disorders clinic at Georgetown. She had tardive dyskinesia and subsequent medication induced Parkinsonism. She was a 54 year old woman with a history of tardive choreiform movements primarily of the trunk and lower extremities since spring of 2007. She was treated with Seroquel for insomnia and when the medication was discontinued, these movements appeared. Her choreic movements were finally controlled with tetrabenazine but this induced a profound Parkinsonian state primarily affecting her ability to ambulate. Any attempt to decrease tetrabenazine below 75 mg per day resulted in reemergence of the hyperkinetic movements. Amantadine was prescribed to help with breakthrough choreic movements and Parkinsonian state. Since her last visit, physical therapy has helped her gait to a moderate degree. She had Myobloc injections in January 2009 for drooling. She also had dry mouth due to the Amantadine. Constipation was well controlled with Colace. She continued to have sleep difficulties and only slept two hours at a time. Clozaril was to be considered. A trial of Sinemet was to be tried for Parkinsonism. Deep brain stimulation may be of benefit.

On July 15, 2009, Ms. Patteson was seen by Dr. Lo at the movement disorders clinic at Georgetown. She had a history of tardive dyskinesia syndrome and subsequent medication induced Parkinsonism. A trial of Sinemet was to be considered or Clozaril for the tardive syndrome. She was on Sinemet for two to three weeks. Her choreic movements had gotten significantly worse than her previous evaluations and movements improved when the patient was

reclined or laying down and were worst in the seated position and can also occur with standing. Her walking had worsened significantly. She was continuing her Amantadine and Tetrabenazine. She was using a walker to walk. She had difficulty sitting in her chair with the degree of truncal movements and when she walked she had much more pronounced repetitive truncal flexion. Her Parkinsonism had improved and her face was brighter and her voice looked better. Clozaril was recommended as a balance has to be maintained between chorea control by tetrabenazine and drug induced Parkinsonism though it was felt this would be difficult if not impossible to achieve. She was to have regular blood draws to monitor for agranulocytosis. If medications fail, deep brain stimulation was to be considered.

On November 11, 2009, Ms. Patteson was seen by Dr. Lo at the movement disorders clinic at Georgetown. She was a 54 year old woman with a history of tardive dyskinesia syndrome and subsequent medication induced Parkinsonism. She was on Clozaril which was prescribed by Dr. Cohen and was taking 300 mg twice per day. She had overall increased choreiform movements which were why her gait had declined. She was moving to Tucson, Arizona where her mother lives and asked for a referral to a movement disorder specialist. She was to continue Amantadine 100 mg four times per day, Tetrabenazine 25 mg three times per day, Cloraril 300 mg twice per day and to consider deep brain stimulation in the future.

On March 29, 2010, Ms. Patteson was seen by Dr. Bose for movement disorder clinic evaluation. She was a 55 year old woman with a 1-2 year history of dyskinesia. The problem started insidiously and was described as abnormal movements involving her whole body after exposure to Seroquel. There was progression of symptoms which were affecting her daily activities. Tetrabenazine was helping but she had axial dyskinesia which was exhausting her. She developed akathisia and was on Klonopin for it. She was taking Amantadine for drug induced Parkinsonism and noted worsening shakiness off of medications.

The impression was a 55 year old woman with intractable dyskinesia. The abnormal movements were mainly of her body, diaphragm, and oromandibular region. By history, tetrabenazine had helped significantly but she continued to have abnormal movements. Dr. Bose was in agreement that she likely had tardive dyskinesia induced by Seroquel. She had severe akathisia and difficulty sitting still without Klonopin. She was to continue the medication. She was to take Amantadine twice per day due to difficulty sleeping and Benztropine if Parkinson's tremors become a problem. This will also help her drooling. She was fairly high risk given her abnormal movements as well as drug induced Parkinsonism. She denied any evidence of depression. She was to continue all medications and try Benztropine 1 mg twice daily. She was to have lab work for potential serious side effects of medications.

On July 7, 2010, Ms. Patteson was seen by Dr. Bose for movement disorder clinic evaluation. She was to continue all medications. She had concerns for depression and was to see psychiatrist. Her lab work was reviewed and disability due to tardive dyskinesia was discussed.

**CURRENT STATUS:**

The following information was obtained during a nursing assessment telephonic interview on May 6, 2011:

- Ms. Patteson was born on 11/16/54. She currently lives in Tucson, Arizona. Her husband is Gary Patteson who remains in the Washington DC area. The couple has three children who are in their 20's. One lives on a group home due to severe autism. One child lives in Mississippi and one lives with Mr. Patteson in DC.

- Ms. Patteson now lives with her mother and sister in Tucson in Arizona.

- Ms. Patteson has a Bachelors degree in Information Technology and was working as a legal secretary while in DC. She is now on disability due to tardive dyskinesia.

- Ms. Patteson is seen by Dr. Bose at the movement disorders clinic every three months for medical management including medication prescription and lab work to monitor medications. She is also followed by a primary care physician for hypertension.

- Ms. Patteson is on the following medications for tardive dyskinesia:

    1. Amantadine HCL 100 mg twice per day

    2. Benztropine Mesylate 1 mg twice per day

    3. Clonazepam 2 mg three times per day

    4. Xenazine 25 mg four times per day

    5. Trazodone for depression and sleep.

    6. Docusate as stool softener

- She is also on medications for hypertension

- Ms. Patteson uses a walker or cane and wheelchair while in the community. She had no other durable medical equipment at this time.

- Ms. Patteson reported that she was 5 feet 5 inches tall and weighs 180 pounds.

- Ms. Patteson reports that she does not smoke or drink alcohol. She does not take illegal drugs.

- Ms. Patteson has involuntary movements of her left pelvis and left leg as well as the rest of her body including her mouth and tongue which is distressing to her. Medications help

but do not stop the movements. She does have neck rigidity and gait dysfunction due to Parkinsonism. She also had drooling which was distressing to her.

- She has difficulty with lifting. She had shakiness with her grip by report. She can only walk short distances without her cane and uses a wheelchair in the community. Bending, twisting, kneeling, stooping and squatting are all difficult to do and are limited.

- She is currently living in a one story ranch home which is owned by her mother and does not have to climb stairs at home.

- Ms. Patteson reports no recent falls. She does report easy fatigue with activities. She is independent with dressing, grooming, bathing, and toileting however these activities take more time.

- She is dependent on her mother who is in her 70's for most housework, driving, and laundry as well as shopping and errands.

- Ms. Patteson reports no vision issues. She does report that her hearing in her right ear is not as good as it once was. Her swallowing is good with no difficulties. She was noted to have slow speech which was weaker in quality and hesitant but she was able to provide nursing assessment information. She reports her concentration is not as it was and she has short term memory issues which she did not have previously.

- Ms. Patteson reports that her appetite is normal. Her sleep pattern continues to be disturbed and she is on sleep medication.

- Ms. Patteson reports that a typical day consists of getting up to read, watch TV, sit outside, or go to the store with her mother and sister during which one of them has to push her wheelchair as she needs it. She is considering power mobility such as a scooter but hates to give up on walking.

- Ms. Patteson reports that she has depression which she had before but it is worse now due to her disability status. She has concerns about her future and becoming more frail and needing assistance as she ages.

## CASE CONSIDERATIONS REGARDING FUTURE CARE NEEDS:

Kay Patteson is a 56 year old female who was prescribed Seroquel for insomnia between 2006 and 2007 who developed tardive dyskinesia. She now requires medication for this condition which has caused Parkinsonism or Parkinson's disease like syndrome in addition to tardive dyskinesia symptoms. She has disabling and distressing abnormal movement of her whole body which has progressed and has affected her ability to perform daily activities. Prior to the development of tardive dyskinesia, Ms. Patteson was independent in all activities of daily living

and was working full time as a legal secretary. She is now dependent on others for household and personal care assistance. She requires multiple medications to control symptoms and to function. Ms. Patteson was referred for a telephonic rehabilitation nursing assessment and life care plan.

The following recommendations are made based on telephonic nursing assessment, current treatment plan of Dr. Bose, clinical practice guidelines and rehabilitation nursing knowledge and experience.

**Projected Therapeutic Modalities:** Ms. Patteson has required intermittent physical therapy related to gait dysfunction and movement disorder. It is likely that she will continue to require physical therapy as age combines with disability. An annual allocation of five sessions per year is given as an annualized average and actual therapy prescriptions may well exceed these allocations. This allocation can also be used for maintenance supervised exercise programs as recommended by her physician. Ms. Patteson did have a history of depression prior to the onset of tardive dyskinesia, however, this has worsened since the onset of this distressing disorder and an allocation is given for counseling sessions to be used as needed. The notes of Dr. Bose indicate the need for psychological referral. Three lifetime occurrences of nursing case management is included in this life care plan to coordinate care and services as needed, particularly at times of transition with aging.

**Future Medical Care/Medications/Diagnostic Testing/Surgical Care:** Ms. Patteson is seen by the movement disorders clinic and Dr. Bose four times per year. Dr. Bose orders lab work related to medications to monitor for side effects. Ms. Patteson's current medication regimen is included in this life care plan. Xenazine (tetrabenazine) at this time is purchased through a Canadian pharmacy due to availability issues and costs reflect Canadian pricing for generic medication. Ms. Patteson may require deep brain stimulation therapy according to the records of Dr. Lo, her prior movement disorder specialist at Georgetown Medical Center in Washington, DC. The cost of this procedure including device costs, surgeon's fees, hospital charges, post procedure MRI as recommended, and post procedure programming are included for information purposes. Should this procedure be successful, the device would need to be replaced every five years. Ms. Patteson may also require hospital days related to complications of the disease process such as falls, swallowing difficulties, or respiratory issues and those costs could add significantly to these allocations.

**Medical Equipment/Mobility:** Ms. Patteson requires durable medical equipment for safety and mobility. A power scooter is recommended to replace her manual wheelchair to improve community access and lessen dependence on family members who presently need to push her wheelchair.

**Home Care:** Ms. Patteson is presently in a one floor ranch home and is assisted by family members with all household activities including meals, shopping and errands, housework,

13

transportation, and assistance as needed with personal care for her safety. It is anticipated that the need for personal care will increase with age. For this reason, an allocation of 4-8 hours per day of homemaker assistance is allocated in this life care plan. An alternative would be a move to an assisted living community where those services would also be provided. Should Ms. Patteson's condition deteriorate further than anticipated as noted in the potential complications section of the appendices, she may well require around the clock home care assistance.

These options are presented in an effort to ensure that Ms. Patteson's current and projected needs are met based on what is known at the time of this report both from assessment data and the current literature. Should further information become available which further clarifies these needs, this report may be supplemented. The attached appendices list services and costs specifically related to the decreased functional level and medical needs resulting from Ms. Patteson's neurological conditions. For information purposes only, a cost summary page in today's dollars details costs. Kay Patteson is 56 years old and a normal life expectancy for a 56 year old female is 27 (27.2) years remaining according to the National Center for Vital Statistics Life Tables, 2006 published in 2010. All opinions have been stated with a reasonable degree of professional certainty. Should further information be obtained this report may be supplemented.

Sincerely,

Valerie V. Parisi RN CRRN CLCP

Certified Life Care Planner

**COST SUMMARY Assistance at Home**

| Item | Annual Cost | Years | Lifetime Cost |
|---|---|---|---|
| Physical Therapy | $750.00 | 27 | $20,250.00 |
| Psychological Counseling | $16,000.00 | 1 | $16,000.00 |
| Case Management | $5,400.00 | 1 | $5,400.00 |
| Neurologist | $360.00 | 27 | $9,720.00 |
| Medications | $4,669.68 | 27 | $126,081.36 |
| Diagnostic Testing | $400.00 | 27 | $10,800.00 |
| Medical Equipment | $117.00 | 27 | $3,159.00 |
| Mobility | $1,151.43 | 27 | $31,088.61 |
| Home Care | $43,800.00 | 27 | $1,182,600.00 |
| **Total** | | | $1,405,098.97 |


**COST SUMMARY ASSISTED LIVING**

| Item | Annual Cost | Years | Lifetime Cost |
|---|---|---|---|
| Physical Therapy | $750.00 | 27 | $20,250.00 |
| Psychological Counseling | $16,000.00 | 1 | $16,000.00 |
| Case Management | $5,400.00 | 1 | $5,400.00 |
| Neurologist | $360.00 | 27 | $9,720.00 |
| Medications | $4,669.68 | 27 | $126,081.36 |
| Diagnostic Testing | $400.00 | 27 | $10,800.00 |
| Medical Equipment | $35.00 | 27 | $945.00 |
| Mobility | $1,151.43 | 27 | $31,088.61 |
| Home Care | $35,688.00 | 27 | $963,576.00 |
| **Total** | | | $1,183,860.97 |


| | Annual Cost | Years | Lifetime Cost |
|---|---|---|---|
| **Cost of Deep Brain Stimulation One Time** | $74,454.00 | 1 | $74,454.00 |
| **Cost of Deep Brain Stimulation Lifetime** | $64,454.00 | 5 | $322,270.00 |

## PROJECTED THERAPEUTIC MODALITIES

| THERAPY | PURPOSE | YEAR INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Physical Therapy | Periodic therapy related to gait dysfunction and musculoskeletal issues related to tardive dyskinesia | 2011/LE | Allow 4-6 sessions per year as annualized average<br><br>This allocation could also be used for maintenance exercise programs to maintain strength and function | $150.00 | $750.00 | Based on disability status |
| Psychological Counseling | Adjustment to disability | 2011/LE | Allow 100 sessions to be used as needed | $160.00<br>$16,000.00<br>total | NA | Based on disability status |
| Case Management | Coordination of care needs and serve as resource person | 2011/LE | Allow up to three lifetime occurrences<br><br>20 hours each occurrence | $90.00/hour<br>$5400.00<br>total | NA | Based on disability status |

Source- Physician's Fee Reference 2011 for Tucson area and University Medical Center

**KAY PATTESON**

**LIFE CARE PLAN**

**DOB: 11/16/54**

## FUTURE MEDICAL CARE ROUTINE

| TYPE | PURPOSE | YEAR INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST | RECOMMENDED BY |
|------|---------|--------------------------|-----------|-----------|-------------|----------------|
| Neurologist | Treatment of tardive dyskinesia | 2011/LE | Every three months | $90.00 | $360.00 | Current schedule Dr. Bose |

Source- Physician's Fee Reference 2011 for Tucson area and University Medical Center

**KAY PATTESON**

**LIFE CARE PLAN**

**DOB: 11/16/54**

## MEDICATIONS

| ITEM | PURPOSE | USAGE | BASE COST | ANNUAL COST |
|------|---------|-------|-----------|-------------|
| Amantadine | For parkinsonism | 100 mg twice per day | $43.17/month | $518.04 |
| Trazodone | For depression/sleep | 50 mg daily | $11.99/month | $143.88 |
| Benztropine | For parkinsonism | 1 mg twice per day | $15.99/month | $191.88 |
| Klonopin | For tardive dyskinesia | 2 mg three times per day | $23.99/month | $287.88 |
| Xenazine | For tardive dyskinesia | 25 mg four times per day | $288.00/month | $3456.00 |
| Docusate | Stool softener | Daily | $6.00/month | $72.00 |
| **Total** | | | | $4669.68 |

NOTE: Exact medication and dosage may change throughout lifetime.

Source: drugstore.com

Canadapharmacy.com

KAY PATTESON

**LIFE CARE PLAN**

**DOB: 11/16/54**

..

## LAB/DIAGNOSTICS

| TYPE | PURPOSE | YEAR INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST | RECOMMENDED BY |
|------|---------|---------------------------|-----------|-----------|-------------|----------------|
| Blood work related to medications – blood count, liver studies | Monitor side effects | 2011/LE | Yearly allocation | $400.00 yearly | $400.00 | Current schedule Dr. Bose |

Outpatient charges University Medical Center

## MEDICAL EQUIPMENT/ADAPTIVE AIDS

| ITEM | PURPOSE | YEAR INITIATED/ SUSPENDED | REPLACEMENT | BASE COST | ANNUAL COST | RECOMMENDED BY |
|------|---------|---------------------------|-------------|-----------|-------------|----------------|
| Cane | Ambulation aid | 2011/LE | Every five years | $25.00 | $5.00 | Current use |
| Rollator Walker | Ambulation Aid | 2011/LE | Every five years | $150.00 | $30.00 | Current use |
| Bath Bench | Bathroom safety | 2011/LE | Every five years | $60.00 | $12.00 | Based on nursing assessment |
| Hand Held Shower Head | Bathroom safety | 2011/LE | Every five years | $30.00 | $60.00 | Based on nursing assessment |
| Grab Bars | Bathroom safety | 2011/LE | Every ten years | $100.00 with installation | $10.00 | Based on nursing assessment |
| **Total** | | | | | $117.00 | |
| **Total Assisted Living Option** | | | | | $35.00 | |

Source- allegromedical.com, amazon.com, and target.com

KAY PATTESON

LIFE CARE PLAN

DOB: 11/16/54

**:**

## WHEELCHAIR/MOBILITY

| ITEM | PURPOSE | YEAR INITIATED/ SUSPENDED | REPLACEMENT | BASE COST | ANNUAL COST | RECOMMENDED BY |
|------|---------|---------------------------|-------------|-----------|-------------|----------------|
| Power Wheelchair/Scooter | Mobility | 2011/LE | Every five years | $3500.00 | $700.00 | Current use |
| Maintenance including tires and batteries | Anticipated maintenance | 2011/LE | Yearly except purchase year | $350.00 | $280.00 | Current use |
| Lift for Transport of Scooter | For use with car | 2011/LE | Every seven years | $1200.00 | $171.43 | Anticipated use |
| **Total** | | | | | $1151.43 | |

Source- spinlife.com, allegromedical.com, googleproducts.com

KAY PATTESON

**LIFE CARE PLAN**

**DOB: 11/16/54**

:

## HOME CARE

| SERVICE | PURPOSE | AGE INITIATED/ SUSPENDED | FREQUENCY/ SCHEDULING | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---------|---------|--------------------------|----------------------|-----------|-------------|----------------|
| Homemaker Assistance | Personal care assistance/homemaker assistance | 2011/LE | Allow 4-8 hours per day | $20.00/hour | $43,800.00 | Based on nursing assessment |

Source- Met Life Survey of Long Term Care Costs Arizona, 2010

**KAY PATTESON**

:

**LIFE CARE PLAN**

**DOB: 11/16/54**

## ASSISTED LIVING ALTERNATIVE

| FACILITY | PURPOSE | AGE INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Assisted Living Option | As alternative to care at home- includes room and board, personal care assistance, transportation, some durable medical equipment | 2011/LE | Monthly | $2974.00/month | $35,688.00 | Based on nursing assessment |

Source- Met Life Survey of Long Term Care Costs Arizona, 2010

## SURGICAL INTEVENTION/AGGRESSIVE TREATMENT PLAN

| SURGERY/ TREATMENT | PURPOSE | AGE INITIATED/ SUSPENDED | FREQUENCY | BASE COST | TOTAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Ms. Patteson may require deep brain stimulation or hospital days related to complications such as falls, swallowing difficulties, depression, and other complications. | | | | | | |

| SURGERY/ TREATMENT | PURPOSE | AGE INITIATED/ SUSPENDED | FREQUENCY | BASE COST | TOTAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| **For Information Purposes** <br> Deep Brain Stimulation Therapy | Stimulator to reduce need for medications and improve symptoms | To be determined | Every five years if successfully implanted | $8,000.00 for device <br> $12,248.00 Surgeon's Fees <br> $3000.00 Estimated Anesthesia Fees <br> $49,046.00 for four day hospital stay <br> $2000.00 for postoperative MRI <br> $160.00 postoperative programming visit | $74,454.00 | Dr. Lo had stated that Ms. Patteson may be a candidate for deep brain stimulation. <br><br> If successful and effective, the costs would be repeated every five years for device replacement |

Source- Medtronics.com, Physicians Fee Reference 2011 for Tucson area, and University Medical Center charges

KAY PATTESON

LIFE CARE PLAN

DOB: 11/16/54

:

## POTENTIAL COMPLICATIONS

| |
|---|
| • Falls due to gait dysfunction |
| • Increasing sleep disturbance |
| • Increasing depression |
| • Swallowing/respiratory difficulties |
| • Constipation |
| • Tremors, ridigity, slowness of movement, postural instability, difficulty walking and talking due to parkinsonism which could require additional personal care assistance. |

NOTE: For Information Only. Frequency of occurrences cannot be predicted. The care projected in the life care plan should prevent or minimize complications.

Source- emedicine.com. brainandspinalcord.org. ninds.nih.gov, mayoclinic.com,

KAY PATTESON

LIFE CARE PLAN

DOB: 11/16/54

APPENDIX: 11

..

# CURRICULUM VITAE

## VALERIE V. PARISI RN CRRN CLCP

**OFFICE ADDRESS:**      109 Windsong Drive
Doylestown, PA 18901
215-230-0141

**DATE OF BIRTH:**      October 9, 1957

**PLACE OF BIRTH:**      Philadelphia, Pennsylvania

**EDUCATION:**

1980      Thomas Jefferson University School of Nursing

## POST GRADUATE TRAINING:

1997-2000      Certificate Program- University of Florida
Life Care Planning

2004      Certificate Program- University of Florida
Geriatric Care Management

2011      Certificate Program- PPAI
Professional Patient Advocate

## WORK EXPERIENCE:

September 1996- present      Rehabilitation Nurse Consultant- ValPar Consultants, Inc.

- Expertise in managing the medical aspects of disability including neonatal/pediatric brain injury, traumatic brain injury, spinal cord injury, burns, amputations, multiple trauma, and orthopedic injury
- Life care plans for cases of catastrophic injury
- Expertise in determining the appropriate home care and facility based options for catastrophic injury and long term care.
- Care management services for families/trust companies/financial planners

- Telephonic and on site pediatric care management

- Comprehensive case manager for cases of Worker's Compensation and auto injury cases.
- Coordination medical care with insurance carriers and providers for maximal medical benefit.
- Ongoing evaluation of treatment for appropriateness and cost to prevent or shorten further disability
- Providing cost projections to estimate needed reserves in cases of work related and auto injury
- Approved vendor for the US Department of Justice, Federal Vaccine Program
- Medicare Set Aside Allocations
- Continuing Education Services for Nurses, Case Managers, and Families/Patients
- Services provided as a subcontractor to the following rehabilitation companies: Rehabilitation Planning (1997-present), Susquehanna Rehabilitation (1999-present) Life Care Associates (2000-present), The Assist Group (2007-2008)

1984-1998     Home Health Care Nurse Case Manager- Visiting Nurse Association of Greater Philadelphia
- Field nurse and case manager for adult med/surg, geriatric, and pediatric clients
- Supervised home health aides and LPN's in giving care to homebound patients
- Knowledgeable of HCFA, JCAHO, and Managed Care regulations concerning skilled nursing care in the home.
- From 1990-1992 participated exclusively in the High Risk Infant Program
- Served on peer record review committee

1983-1984     Pediatric ICU Nurse- Hahnemann University Hospital

- Developed polices and procedures
- Acted as preceptor for new staff

1981-1983     Pediatric/Adolescent Floor- Thomas Jefferson University Hospital

- Charge nurse on night shift

1980-1981            Transitional Nursery- Hospital of the University of
                     Pennsylvania

- Primary care of sick neonates.


## LICENSURE:

Pennsylvania          RN – 239802-L


## BOARD CERTIFICATIONS:

8/98
Renewal 8/13          CRRN (Certified Rehabilitation Registered Nurse)
                      Certifying Body- Association of Rehabilitation Nurses

6/00                  CCM (Certified Case Manager)

10/02
Renewal 12/13         CLCP (Certified Life Care Planner
                      Certifying Body- Commission on Health Care Certification

## SOCIETY MEMBERSHIPS

Association of Rehabilitation Nurses
American Association of Legal Nurse Consultants
International Academy of Life Care Planners
International Association of Rehabilitation Professionals in the Private Sector
American Association of Nurse Life Care Planners
Case Management Society of America
Professional Patient Advocate Institute

## PUBLICATIONS:

Reviewer for Mosby Nursing Text *Sure Fire Documentation*
Contributor for *Nursing Malpractice- Second Edition- Home Health Care Chapter-*
Publication Date 10/00, Second Edition, 11/05
*Spinal Cord Injury: From Emergency Care to Home.,* Perspectives Vol 2 No. 4
Contributor for *Principles and Practices of Legal Nurse Consulting- Second Edition-*
*Medical Case Management Chapter, 2004*
Contributor for AALNC One Line Course, 2006- http://www.aalnc.org

Contributor for *Principles and Practices of Legal Nurse Consulting- Third Edition- Medical Case Management Chapter,* publication date 2010

**PRESENTATIONS:**

Pediatric Home Care Case Study- Board of Trustees Meeting- Visiting Nurse Association of Greater Philadelphia, 1987

Liability Issues in Managed Care- Independence Blue Cross, 1997

Liability Issues in the Age of Managed Care- Bucks County Bar Association, 1997

The Internet for Legal Nurse Consultants- New Jersey Chapter of the American Association of Legal Nurse Consultants

Basic and Advanced Life Care Planning Issues- Panel Presentation- American Association of Legal Nurse Consultants Pre- Conference presented April 2000 Topics: The Life Care Plan as a Case Management Tool, Interview Techniques, and Research. This has also been taped to use as an educational program for members.

IARP Grand Rounds, The Role of the Life Care Planner in Long Term Planning in a Worker's Compensation Case Study- New Jersey Chapter of IARP, November 2000

Documentation Issues and Charting for the Future- Presented in Philadelphia, 2001 and 2002

HIPAA Issues for Case Managers- Association of Occupational Health Nurses, 2002

Roundtable- Widener Legal Education Institute, December 2003 and March 2004

Participating as Mentor to legal nurse consulting students with an interest in Life Care Planning- Widener Education Institute- 2004-present

Roundtable- Widener Legal Education Institute, April 2005

Life Care Planning and the Elderly Client, American Association of Legal Nurse Consultants National Conference, March 2006

University of Delaware Legal Nurse Consulting Program, Mock Trial, July, 2006

Legal Issues in Home Health Care, presented at Bayada Nurses White Shoes Meeting, September 2006

Life Care Planning and End of Life Issues, American Association of Legal Nurse Consultants National Conference, April 2008

Neuropsychological Evaluation, Continuing Education Institute, Procura Management, September 2009

Meet and Greet Panel, International Symposium on Life Care Planning, September 2009

Connections for Life After Brain Injury, Moss Rehabilitation, November 2009

Neuropsychological Evaluation, Continuing Education Institute, Procura Management, April 2010

Medical Cost Projections/Life Care Planning, Continuing Education Institute, Procura Management, May 2010

Cost Containment and Creative Billing Practices, Continuing Education Institute, The Hartford Insurance National Webinar, July 2010

Anatomy and Physiology for Attorneys, NBI, Philadelphia, March 31, 2011


**CONTINUING EDUCATION:**

1996 Medical-Legal Consulting Institute- Certificate Program
1997 AALNC National Conference
1997 Life Care Planning: Principles and Methodology
1997 CCM Preparation Course
1998 AALNC National Conference
1998 The McKenzie Method of Physical Therapy
1998 Disability Evaluation and Malingering- Inservice for Case Managers
1998 MCMC Case Management Conference
1998 MCMC Post Conference- Life Care Planning: Resources, Research, and Applications.
1999 Mild Traumatic Brain Injury
1999 Ergonomics in the Workplace
1999 Life Care Planning: Putting it All Together
1999 Forensic Rehabilitation
1999 Life Care Planning for Multiple Disabilities-1999 Life Care Planning for Traumatic Brain Injury and Pediatric Brain Damage.
2000 AALNC National Conference
2000 Life Care Planning for Spinal Cord Injury
2000 Fifth Annual Life Care Planning Conference
2001 AALNC National Conference
2002 Mosby Advanced Case Management Seminar
2002 NJ Brain Injury Association Annual Conference

2002 Seventh Annual Life Care Planning Conference
2003 Medicare Set Aside Trust Program
2003 International Conference for Life Care Planning
2004 CMSA National Conference
2004 Overview of Geriatric Care Management
2005 Legal and Ethical Issues in Geriatric Care Management
2005 Medical and Health Considerations in Geriatric Care Management
2005 Life Care Planning Considerations for the Technology Dependent Client
2005 International Conference for Life Care Planning
2006 AALNC National Conference
2006 Life Care Planning Summit
2007 International Symposium on Life Care Planning
2008 AALNC National Conference
2008 CMSA National Conference
2008 International Symposium on Life Care Planning
2009 AALNC National Conference
2009 International Symposium on Life Care Planning
2010 International Symposium on Life Care Planning
2011 Professional Patient Advocacy Institute Training
2011 International Symposium on Life Care Planning
2011 American Association of Nurse Life Care Planners Conference
2012 IALCP Summit

## FACULTY APPOINTMENTS

2005/2006
2006/2007
2007/2008- University of Delaware Legal Nurse Consulting Program- Instruction in Life Care Planning Portion of Core Curriculum

2005/Present Widener University- Mentorship Program Legal Nurse Consulting

2009/Present Continuing Education Institute, Presenter, Various Topics to Nurses, Case Managers and Adjusters
2011 ISLCP Symposium Education Committee

I have provided expert testimony in the following cases in the past four years.

1. Barbara Glasow, plaintiff, trial testimony, Allentown, PA 1/8/08
2. Brian Kowalski, plaintiff, trial testimony, Freehold, NJ, 2/25/08
3. Lisa Young, plaintiff, trial testimony via video deposition, Philadelphia, PA 2/27/08
4. Carmen Vega, plaintiff, deposition, Reissman, Rosenberg, and Pfund, Morris Plains NJ, 4/2/08
5. Andrew Choi, plaintiff, deposition, Porizio and Bromberg, Morristown, NJ 4/16/08
6. Isaiah Harris, plaintiff, trial testimony, Federal Court Philadelphia, 5/14/08
7. Charles Kranz, plaintiff, deposition, Britcher, Leone and Roth, Glen Rock, NJ 6/10/08
8. Michael DiIorio, plaintiff, deposition Blume Goldfadden, Chatham, NJ7/2/08
9. Lois Libien, plaintiff, deposition, Britcher, Leone and Roth, Glen Rock, NJ 7/17/08
10. Charlene Black, plaintiff, deposition, Lundy Law, Cherry Hill, Nj 8/5/08
11. Kevin Elvin, plaintiff, deposition, Blume Goldfadden Chatham NJ, 10/17/08
12. Jeffrey Parsons, plaintiff, trial testimony, Philadelphia, PA 11/19/08
13. Zemoria Brandon, plaintiff, trial testimony, Philadelphia, 11/25/08
14. Marcia Westfall, plaintiff, trial testimony, Allentown, PA 1/7/09
15. Ruth Manger, plaintiff, deposition, Britcher and Leone, Glen Rock, NJ 2/17/09
16. Lamar Chance, plaintiff, deposition, Larry Leifer and Associates, Office of Life Care Associates, Fairfield, NJ 3/26/09
17. Joanne Hamilton, plaintiff, trial, Camden, NJ 3/27/09
18. Janyla Buckhalter, plaintiff, deposition, Chicago, Il case, attorney Cirigani and Warner- deposition took place at Esquire Reporting in Philadelphia, 4/7/09
19. Justin Vallecillo, plaintiff, trial, 6/09 Passaic County, NJ
20. Huong Lapp, plaintiff, trial, Philadelphia, PA, 7/15/09
21. Allison Dalstrom, plaintiff, trial, Bergen County, 7/21/09 and 7/22/09
22. Emily Horn, plaintiff, deposition, Britcher, Leone, and Roth, Glen Rock, NJ 7/27/09
23. Kenneth Matlock, plaintiff, trial testimony, Hunterdon County, 10/27/09 and 10/28/09
24. Lyam Kilker, plaintiff, trial testimony, Philadelphia, PA 11/09
25. Donna Madrack, plaintiff, deposition testimony, Cooper Levinson, Cherry Hill, NJ 11/21/09
26. Dalia Hammad, plaintiff, deposition testimony, Lombardi and Lombardi, Edison, NJ12/15/09
27. Christina Vochecowicz, deposition testimony, Dughi and Hewitt, Cranford, NJ 12/17/09
28. Christina Zawatzke, deposition testimony, Sheboygan, WI case, attorney Cirigani and Warner- deposition took place at Esquire Reporting in Philadelphia, 1/15/10
29. Miranda Mirabal, trial, Philadelphia, 4/22/10
30. Jose Ordonez, deposition testimony, Francis Dorrity, Jersey City, New Jersey, 4/10
31. Anna Tolentino, deposition testimony, Feldman and Pinto, Philadelphia, PA, 5/26/10

32. Elia Dosti, trial testimony, Brooklyn, NY, 6/8/10
33. Nachman Sonenzon, deposition testimony, Attorney Britcher, Leone, and Roth, deposition took place Marshall Denehy, Cherry Hill, New Jersey, 6/16/10
34. Maritza Santiago, trial testimony, Reading, Pa, 7/5/10
35. Karen Vazquez, deposition testimony, Attorney Simonson and Hess, deposition took place Life Care Associates, Fairfield, NJ, 8/24/10
36. Janet Henebema, trial testimony, Atlantic City, 9/28/10
37. Carson Polacik, deposition testimony, Archer and Greiner, Princeton, NJ 9/29/10
38. Avi Mayer, trial testimony, Toms River, NJ , 10/22/10
39. William O'Donnell, trial testimony, Philadelphia, PA, 11/30/10
40. Christine Zawatzke, trial testimony, Sheboygan, Wisconsin, 12/8/10
41. Moira Shaughnessey, plaintiff, trial testimony, Philadelphia, PA, 3/9/11
42. Shane Negast, plaintiff, deposition testimony, Britcher, Leone and Roth, Glen Rock, NJ 3/23/11
43. Bhupinder Heer, plaintiff, trial testimony, Bronx, NY, 5/27/11
44. Paul Phillips, plaintiff, trial testimony, Philadelphia, 6/21/11
45. Anthony Rocco, plaintiff, trial testimony, Staten Island, 7/28/11 and 8/1/11
46. Evelyn D'Angelo, plaintiff, deposition, Law Office of August Solis, 8/4/11
47. Patrick Montejano, plaintiff deposition, Law Firm Harris, Powers, and Cunningham, Phoenix, AZ, deposition in Philadelphia, 11/16/11
48. Francisca Mendez, plaintiff deposition, Britcher, Leone, and Roth, 12/14/11
49. Jillian Martin, plaintiff deposition, Cerussi and Gunn, 2/14/12
50. Jose Ordonez, defense trial testimony, Manhattan, 2/29/12
51. Muhammed Matthews, plaintiff trial testimony, Media, PA 4/5/12
52. Deandre Robinson, defense testimony, New Brunswick, PA, 4/18/12
53. Nadir Smith, plaintiff deposition, Cerussi and Gunn, Shreewsbury, NJ, 4/26/12
54. Trevor Clemons, plaintiff, deposition, Raynes and McCarthy, 6/6/12
55. Francisca Mendez, plaintiff, trial, trial, Patterson, NJ, 6/11/12
56. Anwar Patterson, plaintiff, deposition, Javerbaum and Wurgaft, 6/21/12

# FEE SCHEDULE

## VALERIE V. PARISI RN CRRN CLCP
## VALPAR CONSULTANTS, INC.
## 109 WINDSONG DRIVE
## DOYLESTOWN, PA 18901

### TAX ID# 23-2886009

$150.00 for preparation of life care plan/bill review plus expenses for travel, mileage, and phone calls

$3000.00 retainer due at time the records are sent for life care plans. If time exceeds 20 hours the remainder will be billed at the time the report is issued and is due upon receipt

Deposition and Court Appearance Time Must Be Pre-Paid and the hourly rate is $150.00/hour. Arrangements for pre-payment will be made on an individual case basis based on estimation of time required. Payment for pre trial or deposition appearances is due within 7 days of the appearance.

If air travel required- Additional $1500.00 required to cover airfare, additional travel time, hotel, car rental.

Signature

_____

Date

_____

# EXHIBIT 4



**RL** INC.
Financial and Economic Consulting

Richard J. Lurito, Ph.D.
*President*

July 31, 2012

Kenneth M. Trombly, Esq.
Schultz & Trombly, P.L.L.C
1050 17th Street N.W.
Suite 1250
Washington, D.C. 20036

Re: Kay N. Patteson Case

Dear Mr. Trombly:

The purpose of this report is to set out the economic loss suffered by Ms. Kay N. Patteson due to the allegedly wrongful injuries she has sustained. These injuries, I am advised, have rendered her unemployable. According to information provided to me, it is reasonable to expect that Ms. Patteson was unable to work beyond the end of May, 2009. At that point in time she was 54.54 years old, having been born on November 16, 1954. According to the 2007 <u>Life Tables</u>, published by the U.S. Department of Health and Human Services, a white female, age 54, has 29.2 years of remaining life expectancy. I am asked to assume that, absent injury, Ms. Patteson would have worked until age 65 or 70, or 10.46 or 15.46 years beyond May, 2009.

Ms. Patteson was employed as a legal secretary by the law firm of Kirkpatrick & Lockhart Preston. She had worked there at least since 2005. Over the three calendar years prior to May, 2009 Ms. Patteson earned $66,529 on average. This is taken to be her earning capacity absent injury. As far as pay advance is concerned, U.S. Department of Labor data indicate that over the 1983-2011 period, the median weekly earnings of secretaries increased by 3.47% a year.[1] Over the same time period, inflation in our economy advanced at 2.95% a year. If inflation proceeds at 3% a year in the future, and this is the current expectation, then Ms. Patteson's pay would likely have risen by 3.5% a year in the future. Based on the foregoing, Column 2 of Tables 1 and 2 shows that absent injury Ms. Patteson had the capacity to earn $823,647 or $1,334,994 in total dollars over the 10.46 or 15.46 years of working life she had remaining at the end of May, 2009.

Given these projected earnings streams in total dollars (Tables 1 and 2, Column 2), we must now determine their economic value today. As indicated, Tables 1 and 2, Column 2, show a total of

---

[1] U.S. Department of Labor, <u>Handbook of Labor Statistics</u>, Bulletin 2340, August, 1989, p. 170 and U.S. Department of Labor, "Employment and Earnings", January, 2012, p. 6.

1491 Chain Bridge Road, Suite 300
McLean, VA 22101

Telephone: 703/442-4528
Telecopier: 703/893-1674

$823,647 or $1,334,994 in expected future earnings for Ms. Patteson from her 54th year through her anticipated working life. The question then is, "what lump-sum payment today would be equal to these projected earnings?"

The answer depends on (1) how the income stream is spread over time, and (2) what sort of interest the lump-sum could earn if invested. The final answer, called the present value of the future income stream, is obtained by the technique of discounting each year of the future income stream at whatever interest rate is deemed appropriate for investing funds and then summing across all years.

The choice of an appropriate discount rate (interest rate) is to some extent a matter of opinion. One can invest funds in assets yielding various interest rates, and the differences in rates among such assets is usually related to the degree of risk associated with holding them. Over the 2001-2011 period, long-term, taxable U.S. Government bonds have yielded, on the average, 4.05% per year (see Table 3, Column 3). On the other hand, Aaa corporate bonds, being somewhat riskier, have yielded 5.62% per year over this same period (see Column 2). In view of these differences in interest rates, which rate is appropriate?

One way to put the question of interest rate choice is to ask, "what sort of rate can be earned today on the kind of asset a prudent person would choose if he/she were trustee of a sum of money for someone else?" Because there is no universally accepted rate for this purpose, calculations of the present value of Ms. Patteson's future income have been made on the basis of a 2.50% after-tax interest (discount) rate. This constitutes a rate of return which a prudent trustee might aim for. Higher rates would require that higher levels of risk be taken and would seem to go beyond risk levels a prudent trustee might want to accept in current, troubled financial markets.

Tables 1 and 2, Column 2, present the discounted value of Ms. Patteson's future earnings using the 2.50% interest rate indicated for each year until her expected working life is ended. (The footnotes of these tables detail the steps necessary to derive the figures shown.) The present value of Ms. Patteson's earnings is $785,047 had she worked until age 65 and it is $1,189,377 had she worked until age 70. Hence, absent injury, in my opinion, Ms. Patteson had the capacity to earn a gross income of $785,047 or $1,189,377 over her working life in present value terms had she not been injured. However, income taxes need to be considered.

Had Ms. Patteson earned the income shown on Tables 1 and 2, Column 2, she would have paid a portion of it for federal and Virginia income taxes. To determine how much tax she likely would have paid, it is necessary to compute her average yearly income in 2012 dollars. Based on a 3.0% inflation factor, had she not been injured Ms. Patteson would have earned $74,395 or $75,309 per year on average in 2012 dollars over her working life.[1] Had she taken the standard deduction and one exemption, her federal income tax (married, filing separately) would have been $9,299 or $9,436.[2] The Virginia tax is $3,641 or $3,693.[3] Hence, the total tax is $12,940 or $13,129 or 17.4% or 17.4% of her $74,395 or $75,309 average yearly income. These are the tax factors to apply to Ms. Patteson's future income, absent injury.

As seen, the present value of her gross income absent injury is $785,047 or $1,189,377; at a 17.4% tax rate, the tax is $136,598 or $206,952. Hence, Ms. Patteson's net income absent injury is

---

[1] The figures in Tables 1 and 2, Column 2, were deescalated at 3% per year -- our assumed rate of future inflation -- and summed. This is $778,169 and $1,164,277. These sums are then divided by 10.46 or 15.46 years.

[2] $74,395 - $5,800 - $3,700 = $64,895 taxable income; federal tax is $9,299; $75,309 - $5,800 - $3,700 = $65,809 taxable income; tax is $9,436.

[3] $74,395 - $5,800 - $800 = $67,795 taxable income; tax is $720 + 5.75% over $17,000. $75,309 - $5,800 - $800 = $68,709 taxable income; tax is $3,693.

$648,449 or $982,425.[1] Because, as mentioned, Ms. Patteson has been rendered unemployable due to injury, this figure also represents the earnings loss she has suffered as a result thereof.

According to Ms. Valerie V. Parisi, a registered nurse and life care planner, Ms. Patteson requires the following care regimen due to injury, if she is cared for at home for life:

| | Aspect of Need | Duration of Need | Current Cost |
|---|---|---|---|
| 1 | Physical therapy | for life | $ 750 |
| 2 | Psychological counseling | over life | 16,000 |
| 3 | Case management | over life | 5,400 |
| 4 | Neurologist | for life | 360 |
| 5 | Medications | for life | 4,669 |
| 6 | Diagnostics | for life | 400 |
| 7 | Cane | every 5.0 years for life | 25 |
| 8 | Walker | every 5.0 years for life | 150 |
| 9 | Bath bench | every 5.0 years for life | 60 |
| 10 | Handheld shower | every 5.0 years for life | 30 |
| 11 | Grab bars | every 10.0 years for life | 100 |
| 12 | Wheelchair (power) | every 5.0 years for life | 3,500 |
| 13 | Wheelchair maintenance | for life | 350 |
| 14 | Lift for scooter | every 7.0 years for life | 1,200 |
| 15 | Homemaker assistance | for life | 43,800 |

Based on my evaluation of the historical increase in the costs related to the needs indicated above, the present value cost each of these needs, based on the use of a 2.50% after-tax discount rate and the cost escalation factors set out below is as follows, over a current, normal life expectancy for Ms. Patteson of 26.6 more years:

| | Aspect of Need | Annual Cost Escalation Rate | Present Value Cost |
|---|---|---|---|
| 1 | Physical therapy | 3.50% | $ 22,657 |
| 2 | Psychological counseling | - | 16,000 |
| 3 | Case management | - | 5,400 |
| 4 | Neurologist | 3.75% | 11,234 |
| 5 | Medications | 4.25% | 155,564 |
| 6 | Diagnostics | 4.25% | 13,327 |
| 7 | Cane | 3.00% | 160 |
| 8 | Walker | 3.00% | 958 |
| 9 | Bath bench | 3.00% | 383 |
| 10 | Handheld shower | 3.00% | 191 |
| 11 | Grab bars | 3.00% | 315 |
| 12 | Wheelchair (power) | 3.00% | 22,337 |
| 13 | Wheelchair maintenance | 3.50% | 10,570 |
| 14 | Lift for scooter | 3.50% | 5,330 |
| 15 | Homemaker assistance | 4.00% | 1,412,039 |
| | Total | | $1,676,465 |

Nurse Parisi also prepared a life care plan for Ms. Patteson were she placed in an assisted living facility. It is as follows:

---

[1] $785,047 - $136,598; $1,189,377 - $206,952.

| | Aspect of Need | Duration of Need | Current Cost |
|---|---|---|---|
| 1 | Physical therapy | for life | $ 750 |
| 2 | Psychological counseling | over life | 16,000 |
| 3 | Case management | over life | 5,400 |
| 4 | Neurologist | for life | 360 |
| 5 | Medications | for life | 4,669 |
| 6 | Diagnostics | for life | 400 |
| 7 | Medical equipment/adaptive aids | every 5.0 years for life | 35 |
| 8 | Wheelchair (power) | every 5.0 years for life | 3,500 |
| 9 | Wheelchair maintenance | for life | 350 |
| 10 | Lift for scooter | every 7.0 years for life | 1,200 |
| 11 | Assisted living facility | for life | 35,688 |

Again, based on my evaluation of the historical increase in the costs related to the needs indicated above, the present value cost each of these needs, based on the use of a 2.50% after-tax discount rate and the cost escalation factors set out below is as follows, over a current, normal life expectancy for Ms. Patteson of 26.6 more years:

| | Aspect of Need | Annual Cost Escalation Rate | Present Value Cost |
|---|---|---|---|
| 1 | Physical therapy | 3.50% | $ 22,657 |
| 2 | Psychological counseling | - | 16,000 |
| 3 | Case management | - | 5,400 |
| 4 | Neurologist | 3.75% | 11,234 |
| 5 | Medications | 4.25% | 155,564 |
| 6 | Diagnostics | 4.25% | 13,327 |
| 7 | Medical equipment/adaptive aids | 3.00% | 223 |
| 8 | Wheelchair (power) | 3.00% | 22,337 |
| 9 | Wheelchair maintenance | 3.50% | 10,570 |
| 10 | Lift for scooter | 3.50% | 5,330 |
| 11 | Assisted living facility | 5.00% | 1,314,694 |
| | Total | | $1,577,336 |

As seen, Ms. Patteson has suffered at least two types of pecuniary loss as a result of the injuries she sustained. They are as follows:

| | | Pecuniary Loss If Ms. Patteson Had Worked | |
|---|---|---|---|
| | Aspect Of Loss | Until Age 65 | Until Age 70 |
| 1. | Lost Net Income | $ 648,449 | $ 982,425 |
| 2. | Future Care Costs | | |
| | (a) At Home For Life | 1,676,465 | 1,676,465 |
| | (b) Assisted Living Facility For Life | 1,577,336 | 1,577,336 |
| 3. | Total | | |
| | (a) At Home For Life | $ 2,324,914 | $ 2,658,890 |
| | (b) Assisted Living Facility For Life | $ 2,225,785 | $ 2,559,761 |

Hence, in my opinion, a lump-sum payment of at least $2,225,785 to $2,658,890 needs to be made to Ms. Patteson today to compensate her for the pecuniary loss she has suffered. Her loss is at least in this range because it does not include the medical and medical-related costs that she has had to incur to date due to the injuries she sustained.

Very truly yours,

Richard J. Lurito, Ph.D.

TABLE 1

Future Earnings Of Ms. Kay N. Patteson

Over Her Working Life, Absent Injury

And The Present Value Of Those Earnings
(Works Until Age 65)

| Year Of Remaining Work Life Expectancy a/ (1) | Future Earnings, Absent Injury (2) | Present Value Of Future Earnings d/ (3) |
|---|---|---|
| 1 | $ 66,529 b/ | $ 71,644 |
| 2 | 68,858 | 72,343 |
| 3 | 71,268 | 73,049 |
| 4 | 73,762 | 73,762 |
| 5 | 76,344 | 74,482 |
| 6 | 79,016 | 75,208 |
| 7 | 81,781 | 75,942 |
| 8 | 84,643 | 76,683 |
| 9 | 87,606 | 77,431 |
| 10 | 90,672 | 78,186 |
| 11 | 43,169 c/ | 36,317 |
| Total: | $ 823,647 | $ 785,047 |

---

a/ At the time her economic loss began, Ms. Patteson had an expected working life of 10.46 more years.
b/ From 6/1/2009 to 5/31/2010 Ms. Patteson would likely have earned $66,529 (per text). This $66,529 figure is escalated at 3.5% per year into the future.
c/ 46% of $93,846.
d/ The figures in Column 2 discounted at 2.5% per year.

TABLE 2

Future Earnings Of Ms. Kay N. Patteson

Over Her Working Life, Absent Injury

And The Present Value Of Those Earnings
(Works Until Age 70)

| Year Of Remaining Work Life Expectancy a/ (1) | Future Earnings, Absent Injury (2) | Present Value Of Future Earnings d/ (3) |
|---|---|---|
| 1 | $  66,529 b/ | $   71,644 |
| 2 | 68,858 | 72,343 |
| 3 | 71,268 | 73,049 |
| 4 | 73,762 | 73,762 |
| 5 | 76,344 | 74,482 |
| 6 | 79,016 | 75,208 |
| 7 | 81,781 | 75,942 |
| 8 | 84,643 | 76,683 |
| 9 | 87,606 | 77,431 |
| 10 | 90,672 | 78,186 |
| 11 | 93,846 | 78,949 |
| 12 | 97,130 | 79,719 |
| 13 | 100,530 | 80,497 |
| 14 | 104,048 | 81,282 |
| 15 | 107,690 | 82,075 |
| 16 | 51,271 c/ | 38,123 |
| Total: | $ 1,334,994 | $ 1,189,377 |

a/ At the time her economic loss began, Ms. Patteson had an expected working life of 15.46 more years.
b/ From 6/1/2009 to 5/31/2010 Ms. Patteson would likely have earned $66,529 (per text). This $66,529 figure is escalated at 3.5% per year into the future.
c/ 46% of $111,459.
d/ The figures in Column 2 discounted at 2.5% per year.

TABLE 3

Interest Rates

2001 - 2011

| Year (1) | Moody's Aaa Corporate Bonds (Percent Yield) (2) | U.S. Government Bonds Percent Yield) * (3) |
|------|------|------|
| 2001 | 7.08 | 5.02 |
| 2002 | 6.49 | 4.61 |
| 2003 | 5.67 | 4.01 |
| 2004 | 5.63 | 4.27 |
| 2005 | 5.23 | 4.29 |
| 2006 | 5.59 | 4.80 |
| 2007 | 5.56 | 4.63 |
| 2008 | 5.63 | 3.66 |
| 2009 | 5.31 | 3.26 |
| 2010 | 4.94 | 3.22 |
| 2011 | 4.64 | 2.78 |
| Average | 5.62% | 4.05% |

---

* U.S. Treasury securities of 10-year maturities.

SOURCE: Economic Report of the President, 2012. Washington, D.C.: U.S. Government Printing Office, 2012.



## CURRICULUM VITAE

Richard J. Lurito, Ph.D.
President

**Richard J. Lurito, Ph.D.**
1491 Chain Bridge Road, Suite 300
McLean, Virginia  22101
Telephone:  703/442-4528          Telecopier:  703/893-1674
E-mail: rlinc5@verizon.net

**Education**:

University of Illinois, B.A. (Economics), 1958.  Double degree in Languages.
Georgetown University, M.A. (Economics), 1963.
Georgetown University, Ph.D. (Economics), 1969.

**Awards**:

Georgetown University Fellow, 1960-1961.
Relm Foundation Fellow, 1961-1963.
H.B. Earhart Fellow, 1963-1965.
American Enterprise Institute Fellow, 1965-1967.

**Employment**:

Commonwealth Consulting Group, Inc., McLean, Virginia:
 Senior Economist and President, October 1972 to present.
RL, Inc., McLean, Virginia:
 Economist and President, November 1981 to present.
General Services Administration:
 Acting Economic Counselor, February 1972 to October 1972.
 Deputy Economic Counselor, July 1971 to February 1972.
Georgetown University:
 Professorial Lecturer, 1973-1976.
 Assistant Professor, Economics, 1969-1973.
 Statistics Laboratory Instructor, 1960-1962.

**Consulting**:

Stitt & Hemmendinger, Attorneys at Law, 1961-1962.
U.S. - Japan Trade Council, 1961-1962.

Trade Relations Council:

"Economic Impact of the War on Poverty", 1963.

"The Impact of Foreign Trade on Employment in the United States", 1965. (Collaborated with Dr. William McElroy.)

Eugene L. Stewart, Esq., Attorney at Law. Economic Consultant:

January 1964.                    American Aniline Products, Inc., Request of American Aniline Products, Inc. for Reservation of Synthetic Organic Dyes, Pigments and Intermediates from Trade Agreement Negotiations.

February 1964.                   Scientific Glassware Manufacturers, Gray Laboratory Apparatus Section, Scientific Apparatus Makers Association. Brief in support of the Reservation of Scientific Glassware from Trade Agreement Negotiations.

January 1964.                    Man-Made Fiber Producers Association. Statement of Views on Inclusion of Articles of Man-Made Fiber Textiles in the List of Articles for Possible Consideration in Trade Agreement Negotiations.

January 1964.                    Committee on Ammonia Tariffs. Brief in Support of Petition to U.S. Government for the Establishment of a Tariff on Imports of Synthetic Nitrogenous Chemicals of Fertilizer Grade.

March 1964.                      In regard to Negotiations under the Trade Expansion Act of 1962: Before the U.S. Tariff Commission and Trade Information Committee. U.S. Tariff Commission Investigation No. TEA-221(b)-1, Trade Information Docket 63-2, March 1964, Electronic Industries Association, in support of the Views of the U.S. Electronics Industry. (Collaborated with Dr. William McElroy.)

1965.   Fibre-Box Association. Minimum Wage-Hour Amendments, 1965. Hearings before the General Subcommittee on Labor of the Committee of Education and Labor of the House of Representatives, 89th Congress, 1st Session, on H.R. 8259, Part 3, pp. 1465-1568. (Collaborated with Dr. F. William McElroy.)

American Enterprise Institute:

Constructed Information Retrieval System on Antitrust Law and Economics, 1965-1966.
            January 1966. Economic Report of the President:

Hearings before the Joint Economic Committee, 89th Congress, 2nd Session, Par 3. Henry W. Briefs, "The Wage-Price Outlook for 1966: An Appraisal". (Collaborated with Dr. Henry W. Briefs.)

General Services Administration. Economic Consultant, 1970-1971.

Commonwealth Consulting Group, Inc. Public Utility and Human Capital Economist.

## Memberships:

American Economic Association
American Finance Association
American Statistical Association
National Association of Regulatory Utility Commissioners

## Publications:

R.J. Lurito and E.W. Dinkelacker, "The Social Rate of Discount: Theory, Measurement and Implications." Society of Government Economists, Papers, 1972.

"Returns to Scale: Theoretical Aspects, Estimation Model and Simulation Results", 1969. (Ph.D. Dissertation.)

Henry W. Briefs and Joseph L. Tryon, U.S. Economic Growth: Issues and Prospects, Washington, D.C.: Georgetown University Press, 1963. (Author of Chapter 4.)

R.J. Lurito and B.M. Louiselle, "Economic and Financial Implications of Alternative Ratemaking Treatment of Plant Cancellations, Abandonment and Premature Retirements". Changing Patterns In Regulation, Markets and Technology, 1984. MSU Public Utility Papers.

## Major Fields:

Public Utility Economics
Labor Economics
Industrial Organization
Statistics

## Courses Taught:

Labor Economics
Elements of Statistics
Principles of Economics
Intermediate Economic Theory
Industrial Organization and Government Regulation of Business

## Detailed Job Description of Employment Listed Above:

At the present time I am a Senior Economist at Commonwealth Consulting Group, Inc., 1491 Chain Bridge Road, McLean, Virginia. My responsibilities are centered in the following areas:

(1)    performance of economic and financial analyses aimed at determining the fair rate of return for public utilities operating in the telephone, electric, gas distribution, gas pipeline and

water industries;

(2)     performance of economic analyses to determine the proper allocation of costs in such public utilities, which serves as the basis for establishing appropriate rate structures;

(3)     preparation of expert testimony, rebuttal and cross-examination to be presented before state public utility commissions as well as before federal regulatory agencies;

(4)     presentation of expert testimony before state public utility commissions and federal regulatory agencies; in this context, I have testified in over two hundred rate cases in fifteen states and the District of Columbia, as well as in cases before the Federal Energy Regulatory Commission, the Federal Communications Commission, the Canadian National Energy Board, and the U.S. Postal Rate Commission;

As President of RL, Inc. my responsibilities include preparation of expert testimony in legal actions involving economic loss as a result of death, injury or discrimination and the presentation of testimony in such cases; I have testified in some eight hundred such cases and have been qualified as an expert witness in the District of Columbia and in the states of Maryland, Virginia, Nevada, New York, North Carolina, Pennsylvania, West Virginia, Louisiana, Georgia, California, Nebraska, Kentucky, Tennessee, Florida, and North Dakota. The following is a partial list of the law firms and other organization with which I have worked in this capacity:

Cadeaux & Taglieri; Washington, D.C.

Ashcraft & Gerel; Washington, D.C., Maryland and Virginia

Koonz, McKenney, Johnson, DePaolis & Lightfoot; Washington, D.C., Maryland, Virginia and Connecticut

Jack H. Olender & Associates; Washington, D.C.

Aaron M. Levine & Associates; Washington, D.C.

Bruce J. Klores & Associates, Washington, D.C.

Dugan, Babij & Tolley; Timonium, MD

Paulson & Nace, P.C.; Washington, D.C.

Williams & Connolly; Washington, D.C.

Steptoe & Johnson; Washington, D.C.

Charles C. Parsons, P.C.; Washington, D.C.

Stein, Mitchell & Muse; Washington, D.C.

Nash & Associates; Towson, MD

Bou & Bou; Washington, D.C.

Karp, Frosh, Lapidus, et al; Bethesda, MD

William Artz, P.C.; Arlington, VA

Shevlin & Smith, Fairfax, Va.

U.S. Department of Justice

From July 1971 to October 1972, I served as Deputy and then Acting Economic Counselor to the Administrator of the General Services Administration. I also served as Economic Counselor to the Commissioner of Public Buildings Service. I assisted in advising these officials on the interrelationships between GSA operating plans, programs and policies and their impact on the

national economy. I also served as the GSA representative and spokesman on inter-agency and cabinet-level committees concerned with economic policy in the absence of the Administrator. I directed and assisted in the direction of GSA staff work for boards and committees such as the Cabinet Committee on Construction, the Government Regulations and Purchasing Review Board, the Interagency Committee on Construction Prices and Wages, and the Metropolitan Board of Trade's Committee on Downtown Development.

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| ATTORNEY | LAW FIRM | JUDGE | DATE OF TRIAL | CASE |
|---|---|---|---|---|
| Charles Parsons | Charles Parsons & Ass | Judge B. Howell D.C. Fed Ct. | 7/10/2012 | Beatrice Girdler v. USA Civil Action No 1:10-CV-01807 |
| Brian Nash | Nash & Associates | Judge Wm. Nicklas, Cir. Ct. Frederick County | 6/28/2012 | Davison v. Frederick Memorial Health Care Case No. C-11-000312 |
| Alison Kohler | Dugan Babij & Tolley | Judge T. Stansfield Cir Ct Carroll County | 6/8/2012 | Co Pullen v. Marilyn Miller, M.D. C-11-059205 |
| George Tolley, III | Dugan Babij & Tolley | Judge T. Clark Cir Ct. Prince Georges Co. | 6/7/2012 | Tyler Arnett v. Subalatmi Vinayakum Case No. CAL-10-02954 |
| C. Drew Fritch | Cardaro & Peek, LLC | Judge Rupp Cir Ct Montgomery Co., MD | 5/16/2012 | Marcus Kitt v. Thomas Ramirez, M.D. Case No. 345918-V |
| Scott Nevin | Law Office Of Peter T. Nicholl | Judge A. Nance Cir Ct Baltimore City | 4/27/2012 | Amatica Woodland v. HABC Case No. 24-C-09-002708 |
| Thomas Mitchell | Klores Perry Mitchell, PC | Judge Brinkema Fed Ct - Alexandria | 4/25/2012 | Robinson v. Inova Health Care, t/a Inova Mount Vernon Hospital Case No. 1:11 cv 530 |
| Alison Kohler | Dugan, Babij & Tolley | Judge Mittelstaedt P.G. County | 4/23/2012 | Shirley Montague vs. Joel Falik, M.D. et Al CA No. CAL10-38738 |
| Gerald I. Holtz | Law Offices Of Gerald I. Holtz | Judge M. Mott D.C. Sup. Ct. | 3/19/2012 | Jantipa Patnaik v. Rachel Marcus, M.D. CA No. 2101 CA 0007540M |
| Thomas Morrow | McCarthy Winkelman & Morrow | Federal Court Baltimore Judge J. Bredar | 3/6/2012 | Richard Roberts vs. Jeffrey Fillmore, M.D. Civil No. 09-CV-03268RDB |
| James Magner | Leiser, Leiser & Hennessy | Circuit Court for Prince Wm. County, VA. Judge R. Potter | 2/7/2012 | Patricia Harris v. Sanjeer Kohli, M.D. Case No. CL10-3331 |
| Scott Nevin | Law Offices Of Peter T. Nicholl | Judge Hargadon Cir Ct Baltimore City | 1/25/2012 | Tavon Smith et al v. Erma K. Evans, et al Case No 24-C-08-007609 |
| Wayne Mansulla | Ashcraft & Gerel, LLP | Judge Lorraine Nordlund, Cir. Ct Fairfax County | 1/24/2012 | Roark, Case # 2010-5783 |

# LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Paul Wiessenfeld | Law Office Of Paul Wiessenfeld | Judge Harwood Anne Arundel County Cir Ct. | 11/30/2011 | Michael Murdock v. Colonial Electric Co.  Civil No 02-C-10-153688 |
|---|---|---|---|---|
| Matthew A. Nace | Paulson & Nace | Judge N. Combs-Greene D.C. Sup. Ct. | 11/2/2011 | Ronald Perkins v. Lucy Webb Hayes  CA No CA0064116M-2008 |
| George Tolley | Dugan Babij Tolley | Judge Scrivener  Cir. Ct. Montgomery County | 10/20/2011 | Evans v. Norman, M.D.  Case No 337384-V |
| Steven Lubar | Law Offices Of Peter T. Nicholl | Judge P. White  Cir Ct for Baltimore City | 8/30/2011 | Brittany Hazelwood v. City Homes, Inc.  Case No. 24-C-09-003-486LP |
| Gerard Mitchell | Stein Mitchell & Muse | Judge Bernard Cir Ct Montgomery Co. | 7/28/2011 | Xiufeng Wang v. Milestone Construction Services, Inc.  Case No. 330880 |
| Alison Kohler | Dugan Babij & Tolley | Judge Nickerson Fed Ct - Balt | 6/27/2011 | ML a minor by Megan Brown v. Kristan DeHaven, M.D.    CA NoWMN 09-1586 |
| Charles Parsons | Charles C. Parsons & Associates | Judge B. Howell D.C. Fed Ct. | 6/16/2011 | Cora Wandel v. Kevin Dockett, Sr., Trucking  CA 09-1246 |
| Brian Nash | Nash & Associates | Judge A. Handy Cir Ct for Baltimore City | 6/10/2011 | Allen Lewis, et al v. U. of Maryland Medical Center Case No 24-C-10-000757 |
| Mark Kopec | Spector & Kopec | Judge Pearson Prince George's County | 6/7/2011 | Stewart v Netty, M.D.  CAL 10-04461 |
| Lawrence Lapidus | Karp, Frosh, Lapidus, et, al | Judge J. Macaluso D.C. Sup Ct. | 5/17/2011 | Allison Sator v. D.C. Water & Sewer Authority 2009 CA-00999B |
| Alison Kohler | Dugan Babij & Tolley | Judge M. Rankin D.C. Sup Ct. | 5/12/2011 | George Lightfoot vs. Washington Hospital Center  2010 CA-000071M |
| Matthew A. Nace | Paulson & Nace, PLLC | Judge Mason Cir. Ct. for Montgomery County | 4/26/2011 | Reiko Tanaka v. Christopher Magee, M.D.  Case No. 329988-V |
| George Tolley | Dugan Babij & Tolley | Judge Wimberly Cir. Ct. for Knox County, Tennessee | 4/5/2011 | Zona Mayo vs. Donna Shine, M.C. et al No. 2-654-09 |

# LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Name | Firm | Court | Date | Case |
|---|---|---|---|---|
| Allan Siegel | Chaikin Sherman Cammarata Siegel | Judge Durke G. Thompson Cir. Ct. for Montgomery County | 3/31/2011 | Alicia Wright v. Tahereh Koucheki Case No. 327910-V |
| William Artz | William Artz Law Firm | Judge Haddock Cir Ct. for City of Alexandria | 3/23/2011 | Teryl Pomeroy v. Majid Rahmanian-Shahri, M.D. Law No. CL10-001197 |
| Frank Spector | Spector & Kopec | Judge Panos State Court of DeKalb County, GA | 3/17/2011 | Pauline Chacha vs. Stephanie Carmichael, M.D. CA No. 06A60059-4 |
| Thomas Mitchell | Bruce J. Klores & Associates | Judge Dawkins Circuit Court for City of Alexandria | 3/8/2011 | Della Kreiling v. Amstor Group, LLC Case No. CL1000195 3 |
| George Tolley | Dugan Babij Tolley | Judge S. Poovey Sup Ct. Mecklenburg County, N.C. | 2/16/2011 | Geovanna Molina v. Andrew Serkle, M.D. Case No 08CVS20842 |
| John Sellinger | Greenberg & Bederman, P.C. | Judge Iscoe   Sup Ct - D.C. | 2/9/2011 | Janice VanStolk v. Lawrence Klein, M.D. Case No 2009 CA00778SB |
| Andrew Slutkin | Silverman Thompson Slutkin White | Judge Hughes Circuit Court for Carroll Co. MD | 1/19/2011 | Charlene Fitzgerald v. Naveed Shah, MD Claim NoiC-09-54203 |
| Anthony Newman | Newman & McIntosh, LLC | Judge P. Friedman  Fed Ct. D.C. | 1/13/2011 | Felice Iacangelo v. Georgetown University Hospital Civ Act No 1:05CV02086 |
| Randal Getz | Gershon, Willoughby Getz & Smith | Judge Jackson Wicomico County Cir Court | 12/8/2010 | Jonathan Glenn v. Gregory Thompson, M.D. Case No C-091055 |
| Charles Parsons | Charles Parsons & Ass | Judge Herring D.C. Sup Ct. | 10/21/2010 | Antonio Wingo v. Whiting-Turner Contracting Co.       CA No. 2007CA006098B |
| Laurie Amell | Stein Mitchell & Muse | Judge Mason Cir. Ct. Montgomery County | 10/15/2010 | M. Doron v. Joel Schulman, M.D. Case No 295470-V |
| Melissa Rhea | Jack H. Olender & Associates | Judge Bartoff  D.C. Sup. Ct. | 9/27/2010 | Crystal Wheeler v. Georgetown University Hospital CA 2008-CA-008301M |
| Henry Weil | Belli Weil & Grozbean, P.C. | Judge Williams  Anne Arundel County Cir. Ct. | 9/1/2010 | Yvenais Pierre v. Mamie Rogers, M.D. Case No: 02-C-09-142666 |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| Name | Firm | Court | Date | Case |
|---|---|---|---|---|
| William Artz | William E. Artz, P.C. | De Bene Esse Deposition, Fairfax County Circuit Court | 8/24/2010 | Maria Tilvea-Aguilera v. John P. Williams, D.O. At Law No. 09-15202 |
| Lawrence Lapidus | Karp, Frosh, Lapidus, et al | Judge A. Williams Fed Ct-Greenbelt, MD | 8/18/2010 | Mary Goode, et al. v. The United States of America Case No. WNN-08-2266 |
| Barry J. Nace | Paulson & Nace | Judge Irving D.C. Sup Ct. | 6/7/2010 | Vivian Milnes v. Washington Design Center CA 08-0000591 |
| Alan Siegel | Chaikin Sherman Cammarata Siegel | Judge Dwight Jackson, Cir Ct Prince Georges County | 6/3/2010 | Becton vs. Darcars of Hyattsville CAL 09-08611 |
| Catherine Bertram | Regan Zambri & Long | Judge Josey-Herring D.C. Sup. Ct. | 6/1/2010 | Hultman vs. George Washington University, CA 000393 M |
| Jeffrey L. Peek | Cardaro & Peek, LLC | Judge Wm. Quarles Fed Ct- Baltimore | 5/27/2010 | Debra Burress v. Dennis W. Winters, M.D. Civil No. 08-2622 (WDQ) |
| Thomas Mitchell | Bruce J. Klores & Associates | Judge T. Craven Cir. Court for Montgomery County | 5/19/2010 | Justin Shook, et. Al. v. Nationwide Mutual Insurance Co. Case No: 305157-V |
| Patrick Malone | Patrick Malone & Associates | Judge Weatherley P.G. Cir. Court | 4/21/2010 | John Wood et al v. Tzena, et al CAL 09-04587 |
| David S. Greene | David S. Greene, LLC | Judge Robert Greenberg Montgomery County | 1/20/2010 | Brenda Jackson v. Montgomery General Hospital CA No. 292220-V |
| Douglas Sparks | Sparks & Silber, LLP | Judge J. Hedge D.C. Sup Ct. | 11/3/2009 | Geraldine Ballenger v. District of Columbia, Et al. Case No. 06 CA 2531B |
| E. Stanley Murphy | Moody, Strople, Kloeppel | Judge J. Tisdale Cir Ct. Frederick County | 10/20/2009 | James Lerch v. CSX Transportation Case No. C-08-1493 |
| Scott Perry | Bruce J. Klores & Associates | Judge J. Alper Cir Ct Arlington Co. | 10/7/2009 | Irma Matias v. Nicolae Filipescu, M.D. Case No. CL 09000018-00 |
| Gerard Mitchell | Stein, Mitchell & Muse | Judge A. Irving D.C. Sup Ct. | 10/5/2009 | Cameron Bennett-Hattan v. Drs. Liverett, et.al. Case No 2008 CA 007137M |
| Patrick Regan | Regan Zambri & Long | Judge B. Holeman D.C. Sup Ct | 9/30/2009 | Michael Caglioti v. Graham-Field Health Products, Inc. |

# LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | | |
|---|---|---|---|---|
| Daniel S. Kozma | Law Offices of Daniel S. Kozma | Judge L. Brennan, D.C. Sup Ct | 9/22/2009 | Sybil Roberts-Williams v. Howard University CA 009196B 2006 |
| Patrick Regan | Regan, Zambri & Long | Judge M. Hotten Cir. Ct. P.G. County | 7/29/2009 | Konrad Ege, et al v. Eugenia Ayers, M.D. CAL 08-13617 |
| William J. Artz | William J. Artz, P.C. | Judge Brodie Fairfax Co. Cir. Ct. | 7/28/2009 | Martha Clements v. Cardiac, Vasular & Thoracic Ass. CL 2006-001569 |
| Joseph Cammarata | Chaikin, Sherman, Cammarata & Siegel | Judge J. Almand Cir. Ct. Arlington County | 7/22/2009 | Russell Wilson v. Arlington County, VA Case NO. 08-1042 |
| Gerard Mitchell | Stein, Mitchell & Mezines | Judge Combs-Green, Fed Ct. D.C. | 7/13/2009 | Ronald Schmidt v. Sibley Memorial Hospital CA# 2007CA04687M |
| Charles Parsons | Charles C. Parsons & Associates | Judge Ross  D.C. Sup Ct | 6/9/2009 | Keith Hammack v. Ahmad Azamy Case No. 2007CA004340B |
| Christopher Nace | Paulson & Nace | Judge Thomas Motley D.C. Sup Ct | 6/4/2009 | Lisette Attias v. Washington Hospital Center Case No. 2007CA008056M |
| Lisa Smith | Law Offices Of Peter T. Nicholl | Judge S. Berger  Balt. City Cir Ct. | 5/7/2009 | Lakia Roberts, et al v. Altsgood Realty Case No. 24-C-05-001438 |
| Boniface K. Cobbina | Boniface K. Cobbina, P.C. | Judge J. Clark Super Ct. D.C. | 4/21/2009 | Ericka J. Toney v. Safeway, Inc. Civil Action No. 2008 CA 000131B |
| William Artz | William Artz, PC | Judge D. Beck Cir Ct for Sportsylvania County, VA | 4/1/2009 | Warren Cox, P.R. of Estate of Eleanor Browder v. Donna J. Gamache, et. al. at Law No. CL-05-99 |
| Terrell Roberts | Roberts & Wood | Judge W. Nickerson Fed Ct. Baltimore | 3/19/2009 | Charles Noel, et. Al. vs. Artson, et. al No. 06-CV-2069 |
| Patrick Malone | Patrick Malone & Associates | Judge R. Lamberth  Fed Ct.-D.C. | 3/10/2009 | Burton, et al v. United States |
| Lesley Zork | Lesley Zork, LLC | Judge Hedge  D.C. Sup. Ct. | 3/5/2009 | Brenda Smith, et. al v. John Larsen, M.D. No. 2007CA006855M  Case |

LIST OF DR. LURITO'S COURT APPEARANCES OVER THE LAST FOUR YEARS

| | | | | |
|---|---|---|---|---|
| George Tolley | Dugan Babij Tolley | Judge H. Hayden Cir. Ct. for Davidson County, TN | 1/27/2009 | Miranda Luna v. Wm. Sherwood, M.D. et al Docket No. 04C2967 |
| Charles Parsons | Charles C. Parsons & Associates | Judge Bartoff D.C. Sup. Ct. | 1/21/2009 | Andre Davis v. Medstar-Georgetown Medical Center CA No. 2005 CA 009585M |
| Paul Blumenthal | Law Offices of Paul Blumenthal | Judge M. K. Long Cir. Ct. Washington County, MD | 1/15/2009 | Stephen Jordan v. Harry W. Shrader, Jr. Case No. 21-C-08-31508 OT |
| William Artz | William Artz & Associates, PC | Judge Kemler Cir. Ct. City of Alexandria | 1/7/2009 | Gary B. Butler, Jr. v. NV Healthcare Partners, Inc. At Law No. CL0700142 |
| Lawrence Lapidus | Karp Frosh Law Firm | Judge Robinson Fed. Ct - DC | 11/13/2008 | Robert Giron v. David McFadden Case No. 07CV00425 |
| Andrew Slutkin | Silverman Thompson Slutkin White | Judge Quarles Fed. Ct. Baltimore | 10/29/2008 | K. Festerman v. Robert Kester Case No. 1:07-CV 3052-JFM |
| Peter Miller | The Miller Firm | Judge Potter Pr. Wm. Co. Cir. Ct. | 6/18/2008 | Lauseng v. Drs. Farr, Wampler, et al CL06-70340 |
| Harry B. Bailey | Moody, Strople, Kloeppel | Judge Mary Shaw Cir Ct for Jefferson County, KY | 5/14/2008 | Fairchild v. CSX Transportation No. 0S-CI-06642 |
| Steven Pavsner | Joseph Greenwald & Laake | Judge Dexter Thompson Cir Court Cecil County MD | 2/26/2008 | |
| Michael Feldman | Berman Sobin & Gross, LLP | Judge Hedge D.C. Sup. Ct. | 1/24/2008 | Cher Anyanwu v. Howard University Hospital Case No. 04-CA-004754 |
| Jeffrey Peek | Cardaro & Peek, LLC | Judge Scrivener Cir. Ct. Montgomery County | 1/17/2008 | Kathleen Culliton v. Shady Grove Adventist Hospital Case No. 273196-V |
| William Artz | William Artz, PC | Judge McSweeney Fairfax Cir. Ct. | 1/16/2008 | Nancy Smith v. Byungki Kim, M.D. Case No. 2006-4965 |
| Allen H. Sachsel | Sachsel Law Firm | Judge Wisenant Cir. Ct. Pr. Wm. County | 1/8/2008 | Kathleen Koval v. Mary Riggleston At Law No. 30126 |



July 31, 2012

Kenneth M. Trombly. Esq.
Schultz & Trombly, P.L.L.C
1050 17th Street N.W.
Suite 1250
Washington, D.C. 20036

Re: Kay N. Patteson Case

Dear Mr. Trombly:

Under separate cover I sent you a report prepared at your request concerning the pecuniary loss sustained in the above-captioned case.

The fee for the report is $3,075.

The check should be made payable to RL, Inc., referencing Tax I.D. #54-1185588 and sent to the address below along with this invoice so that proper credit can be given.

If you have questions concerning this bill, please do not hesitate to contact me.

Very truly yours,

Richard J. Lurito, Ph.D.

RJL/kl
3504.doc



**RL** INC.

Financial and Economic Consulting

Richard J. Lurito, Ph.D.
President

Below is a fee schedule of services generally rendered by Dr. Lurito in an economic loss case:

**Report:** The average report is $2,000, this is just an estimate as each case is different. The amount is based on the amount of time and work that goes into the report, not necessarily the length of the report.

**Deposition:** Dr. Lurito charges $350 per hour portal-to-portal with a two-hour minimum. After two hours he prorates the fee.

**Testimony:** Dr. Lurito charges a flat fee of $1,800 for trial testimony. In cases where he has to appear on more than one day, he will pro-rate his fee.

Usually when working with new clients, Dr. Lurito will request a retainer fee of $1,500, however you may discuss this matter with him directly.

1491 Chain Bridge Road, Suite 300
McLean, VA 22101

Telephone: 703/442-4528
Telecopier: 703/893-1674