# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY PATTESON ) | |
| ) | Case No. 10-CV-01760-JEB |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| JOHN R. MALONEY, MD ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO PERMIT PLAINTIFF KAY PATTESON TO TESTIFY AT TRIAL BY VIDEOCONFERENCE

Plaintiff Kay Patteson, by and through her undersigned counsel, hereby submits this motion to permit her to appear and provide testimony at trial by videoconference. In support of this motion, Plaintiff relies on the accompanying memorandum of points and authorities.

Respectfully submitted,

/s/Kenneth M. Trombly
Kenneth M. Trombly, 199547
1050 17th Street, NW Ste. 1250
Washington DC 20036
Email: kmt@schultztrombly.com
Phone: (202) 887-5000

/s/John P. Leader
John P. Leader
698 E. Wetmore Rd., Suite 330
Tucson, AZ 85705
Email: john@leaderlawaz.com
Phone: (520) 575-9040

1

/s/Timothy Aiken
Timothy Aiken
Aiken & Scoptur, SC
2600 North Mayfair Road Ste. 1030
Milwaukee, WI 53226-1308.
tim@aikenandscoptur.com
(414) 326-4979
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY PATTESON ) | |
| ) | Case No. 10-CV-01760-JEB |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| JOHN R. MALONEY, MD ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO PERMIT PLAINTIFF KAY PATTESON TO TESTIFY AT TRIAL BY VIDEOCONFERENCE**

Plaintiff Kay Patteson, who lives in Arizona, is in an extremely frail and debilitated medical condition. She has been diagnosed with a neuromuscular movement disorder known as Tardive Dyskinesa. In addition, the medication Plaintiff takes to control her Tardive dyskinesia (Tetrabenazine) produces Parkinsons-like symptoms. The combination of these two processes has severely disabled Plaintiff.

Plaintiff is home-bound and bed-ridden about 80 percent of every day. Her mother has been her sole caregiver at home, and is herself unable to assist Plaintiff as needed to move about physically. Plaintiff's medical condition now prevents her from being able to be upright and attentive for any long period before exhaustion sets in. Traveling to Washington, D.C. to be present in the courtroom would be an extreme hardship both physically and logistically.

Inasmuch as Plaintiff cannot travel to Washington D.C. for trial, at the most recent status conference, Plaintiff's counsel inquired as to whether Plaintiff might be able to testify at trial by videoconference. Given that the Court advised us that there is videoconferencing available in the Courtroom, the parties agreed that they would try to

work this issue out informally.  Because the parties have been unable to do that, Plaintiff files this motion.

The Defendant objects, because, as Plaintiff understands it, defense counsel wishes to be physically present for Plaintiff's cross-examination, so that he can cross-examine Plaintiff with specific documents, and he does not wish to suffer the tactical disadvantage of having to supply them to Plaintiff or her counsel in advance.  Defense counsel instead proposes that Plaintiff should testify in advance of trial by de bene esse videotape deposition.  However, we strongly believe that it is important that Ms. Patteson appear and testify in "real time" before the jury, even if by videoconference.

This is just the kind of scenario where the technology of videoconferencing will facilitate the trial.  The Defendant's concern over effective document cross-examination can be easily solved.  If the Defendant seeks to cross-examine Plaintiff with particular documents, any tactical prejudice can be avoided by defense counsel delivering the documents, in a sealed envelope in advance of trial, to an independent videographer in Arizona, or some other individual agreed to by the parties or designated by the Court.  This envelope would remain sealed until counsel's cross examination begins.

In conclusion, Plaintiff's counsel respectfully requests that the Court permit Plaintiff Kay Patteson to give her trial testimony via videoconference.  The Defendant's concerns about videoconference testimony and document cross-examination can be easily overcome.

Respectfully submitted,


/s/Kenneth M. Trombly
Kenneth M. Trombly, 199547
1050 17th Street, NW Ste. 1250
Washington DC 20036
Email: kmt@schultztrombly.com
Phone: (202) 887-5000


/s/John P. Leader
John P. Leader
698 E. Wetmore Rd., Suite 330
Tucson, AZ 85705
Email: john@leaderlawaz.com
Phone: (520) 575-9040


/s/Timothy Aiken
Timothy Aiken
Aiken & Scoptur, SC
2600 North Mayfair Road Ste. 1030
Milwaukee, WI 53226-1308.
tim@aikenandscoptur.com
(414) 326-4979
*Attorneys for Plaintiff*

Dated: August 7, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2013, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing to the following CM/ECF registrants:

Gregory S. McKee, Esq.
Wharton, Levin, Ehrmantraut & Klein, PA
P.O. Box 551
104 West Street
Annapolis, MD 21404
*Counsel for Defendant Maloney*

Andrew Vernick, Esq.
PO Box 551
104 West Street
Annapolis, MD 21404
*Counsel for Defendant Maloney*

/s/Kenneth M. Trombly

## RULE 12-I CERTIFICATION

Counsel for the parties have discussed the relief that Plaintiff seeks in this motion, and we have not been able to come to an informal agreement. Accordingly, this motion should be treated as contested.

/s/Kenneth M. Trombly

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY PATTESON ) | |
| ) | Case No. 10-CV-01760-JEB |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| JOHN R. MALONEY, MD ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Plaintiff having filed a motion to permit Plaintiff Kay Patteson to testify via live videoconference, and it appearing that there is good cause for the granting of said motion, it is this _____ day of _____, 2013,

ORDERED, that the motion be and is hereby GRANTED; and it is further

ORDERED, that Plaintiff Kay Patteson shall be permitted to testify via live videoconference.

_____
JUDGE JAMES E. BOASBERG

Copies to:
Kenneth M. Trombly
1050 17th Street, NW
Suite 1250
Washington, DC 20036
kmt@schultztrombly.com
 (202) 887-5000
*Attorney for Plaintiff*

Timothy Aiken
Aiken & Scoptur, SC
2600 North Mayfair Road
Milwaukee, WI 53226-1308
tim@aikenandscoptur.com
(414) 326-4979
*Attorney for Plaintiff*

John P. Leader
3567 East Sunrise Drive
Suite 133
Tucson, AZ 85718
john@leaderlawaz.com
 (520) 575-9040
*Attorney for Plaintiffs*

Gregory S. McKee
Wharton, Levin, Ehrmantraut & Klein, PA
P.O. Box 551
104 West Street
Annapolis, Maryland  21404
(410) 263-5900
*Attorney for Defendant Maloney*

Andrew Vernick, Esq.
PO Box 551
104 West Street
Annapolis, MD 21404
*Counsel for Defendant Maloney*