# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY PATTESON<br>and GARY PATTESON<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN R. MALONEY, M.D.,<br><br>    Defendant. | Case: 1:10-CV-01760<br>Judge James E. Boasberg |

## DEFENDANT JOHN R. MALONEY, M.D.'S MOTION IN LIMINE TO EXCLUDE UNDISCLOSED OPINIONS OF PLAINTIFFS' EXPERT WITNESSES

COMES NOW Defendant, John R. Maloney, M.D. ("Defendant"), by and through the undersigned counsel and pursuant to the rules of this Court, hereby files the instant Motion in Limine regarding exclusion of any undisclosed opinions of Plaintiffs' expert witnesses and specifically requests an order prohibiting comment by counsel or introduction of evidence regarding expert opinions not disclosed by the Plaintiff. In support thereof, this Defendant states as follows:

1. This is a medical malpractice action in which the Plaintiff is alleging that the Defendant deviated from the standard of care in his prescription of the medication Seroquel. Plaintiff is also alleging that this prescription this medication caused her to suffer a movement disorder known as tardive dyskinesia.

2. This Defendant wishes to preclude, in limine, any statements by counsel or opinions to be offered by the expert witnesses in this case which has not been properly designated under Federal Rule of Civil Procedure 26(a)(1).

3. This Defendant incorporates and adopts by reference hereto his Memorandum of Points and Authorities attached hereto.

WHEREFORE, for the forgoing reasons, Defendant, John R. Maloney, M.D., respectfully requests that this Honorable Court to grant this Motion in Limine and to enter an order excluding comment and any evidence presented by Plaintiffs' counselor expert of any undisclosed expert opinions.

Respectfully submitted,

*/s/ Gregory S. McKee*
Gregory S. McKee, Esquire (*of counsel*)
 (Bar #470474)
Andrew E. Vernick, Esquire (Bar #367716)
Vernick & Associates, LLC
104 West Street
Annapolis, Maryland 21401
443-333-4044
*Counsel for Defendant, John R. Maloney, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2013, a copy of Defendant's Memorandum of Points and Authorities in Support of Defendant's Motion in Limine To Exclude Undisclosed Opinions Of Plaintiffs' Expert Witnesses was e-filed, sent via e-mail and mailed, postage prepaid, to:

Kenneth M. Trombly, Esquire
Daniel Singer, Esquire
Schultz & Trombly, PLLC
1050 17th Street, N.W., Suite 1250
Washington, D.C. 20036
*Counsel for Plaintiffs*

John P. Leader, Esquire
THE LEADER LAW FIRM
698 E. Wetmore Rd.
Suite 330
Tucson, Arizona 85705-1752
*Counsel for Plaintiffs*

Timothy J. Aiken, Esq.
Aiken & Scoptur, SC
2600 North Mayfair Road
Suite 1030
Milwaukee, WI 53226-1308
*Counsel for Plaintiffs*

                                         */s/ Gregory S. McKee*
                                         Gregory S. McKee, Esquire