# EXHIBIT A

**Affidavit of Robert Rosenheck, MD**

**I, Robert Rosenheck, offer the following sworn testimony, within a reasonable degree of medical and psychiatric certainty, in the case of Kay Patteson vs. John Maloney M.D., Case No. 10-CV-01760-JEB:**

## I. OPINIONS

I have been asked to comment whether the Clinical Antipsychotic Trial of Intervention Effectiveness (CATIE) studies and the published analyses from CATIE indicate that there is reliable scientific and medical knowledge demonstrating a causal connection between treatment with quetiapine and the onset of tardive dyskinesia.

My opinion is that the studies known as the Clinical Antipsychotic Trial of Intervention Effectiveness (CATIE) trials demonstrate the existence of a causal connection between treatment with quetiapine and the onset of tardive dyskinesia.

## II. GENERAL QUALIFICATIONS AND EXPERIENCE

I am currently a Professor of Psychiatry, and of Epidemiology, and Public Health at Yale University School of Medicine and the Yale Child Study Center. I completed my M.D. at the University of Pennsylvania in 1973 and my residency at Yale University in Psychiatry in 1976. I completed a Chief Residency, also at Yale University, in 1977 and became board certified in Psychiatry in 1978. I am licensed to practice medicine in the State of Connecticut and have been on the faculty of Yale University School of Medicine since 1977.

For 22 years, I served as the Director of the Department of Veterans Affairs ("VA") Northeast Program Evaluation Center ("NEPEC"), a national arm of the VA Central Office in Washington. I am now a Senior Investigator at the VA New England MIRECC. In these capacities, I have been responsible for monitoring and evaluating the effectiveness and cost of

1

mental health initiatives nationally in the U.S. Veterans Health Administration, the largest integrated healthcare system in the U.S., providing health services to over five million veterans and specialty mental health services to over 1,000,000 veterans annually. Through my VA work, I have gained extensive experience evaluating mental health and more specifically psychopharmacological interventions for severely mentally ill and homeless people (including people diagnosed with schizophrenia as well as other psychiatric disorders), and with conducting of outcomes studies and cost-effectiveness analyses of mental health programs. My area of special interest is mental health services research, which focuses on the evaluation of treatments as used in "real world" clinical settings and their implications for policy. I have published over 650 papers in peer-reviewed literature and authored over 100 VA program evaluation reports, including seven annual reports on the pharmacotherapy of schizophrenia in VA nationally.

I have published several major studies of the cost-effectiveness of atypical antipsychotic medications. I have also published numerous other studies of the effectiveness and cost of both medications and psycho-social treatments in multi-site clinical trials and in observational studies using administrative data from both VA and non-VA sources.

I have served on numerous VA national committees, including the Under Secretary for Health's Special Committee on Seriously Mentally Ill Veterans, for which I chaired the subcommittee on Research and Evaluation. I have received several national awards for my research, including the William C. Porter Award of the Association of Military Surgeons of the United States for Contributions to Psychiatry (1998); the Senior Scholar in Health Services Research Award of the American Psychiatric Association (2000); the Carl Taube Award for Career Contributions to Mental Health Services Research from the American Public Health Association (2000); and the Emily Mumford Medal for distinguished contributions to social

science and medicine from the Department of Psychiatry at Columbia College of Physicians and Surgeons (2004). I was invited to give the Inaugural Ari Querido Lecture in Public Mental Health at the University of Amsterdam, the Netherlands in 2003.

I have been Associate Editor of the Journal of Mental Health Services Research and served for eight years on the editorial board of Psychiatric Services and have served on the Board of the Schizophrenia Bulletin. I currently serve on the Editorial Board of Mental Health Policy and Economics, the American Journal of Psychiatric Rehabilitation, and Health Services Research.

From 1977 to 1988, I was actively involved in the administration and delivery of clinical services at the West Haven VA hospital, where I was Director of General Psychiatry Clinical Services and Associate Director of Education. During that time, I also had a part-time private practice. I have not been involved extensively in direct clinical services since 1988, when I turned full-time to program evaluation and research.

In forming the opinions expressed herein, I have drawn upon and considered my own studies and research in the field as well as the scientific literature related to antipsychotic medications and the methodological literature on clinical trials, epidemiology, and cost-effectiveness evaluation. I have served as an expert witness in two legal cases in Canada and two in the U.S. I provided expert testimony for the plaintiffs in *UFCW Local 1776 and Participating Employers Health and Welfare Fund, et al. v. Eli Lilly and Company*; for the respondent in *Eli Lilly Canada Inc. v. Novapharm Ltd. and Minister of Health*,; for the Patent Medicines Prices Review Board, Canada, in the matter of Johnson and Johnson Ortho Inc. and "Risperdal Consta," and was testifying expert in Jones ex rel. the State of Texas v. Janssen Phamaceutica et al. for the Attorney General of Texas' Office.

### III. SPECIFIC EXPERTISE IN RESEARCH ON SECOND GENERATION ANTIPSYCHOTICS (SGA) AND QUETIAPINE

I have conducted five major randomized clinical trials on the cost, effectiveness and side effects of antipsychotic medications and have published the results in the world's leading medical and psychiatric journals including the New England Journal of Medicine, JAMA, the Archives of General Psychiatry and the American Journal of Psychiatry among many others. I also have published reviews of the medical literature in the area of antipsychotic medication effectiveness and specifically on tardive dyskinesia. I was first author on the published report of VA Cooperative Study in Health Services 17, which demonstrated small but significant benefits and savings for clozapine and was published in the New England Journal of Medicine (Rosenheck et al., 1997). VA Cooperative Study 451, which I led, was the first to cast doubt on the conclusion of greater effectiveness or cost savings of olanzapine, a leading SGA, as compared to haloperidol, published in the Journal of the American Medical Association (JAMA)(Rosenheck et al., 2003). I was also responsible for the cost-effectiveness component of Clinical Antipsychotic Trials for Intervention Effectiveness (CATIE), which found that none of four second generation antipsychotics (SGAs) (one of which was quetiapine) were more effective or less costly as compared to the intermediate potency first generation antipsychotic perphenazine, with results published in numerous journals including the New England Journal of Medicine (NEJM), Archives of General Psychiatry and the American Journal of Psychiatry. These results were summarized in a recent article in Health Affairs (Rosenheck and Sernyak, 2009) which found no advantages for SGAs as compared to perphenazine on symptom measures, quality of life, neurological side effects, violence, neurocognition, employment, family burden, drugs costs or total health care costs. I also recently published a cost-effectiveness study of

4

Risperdal Consta ® in the treatment of Schizoprenia in the New England Journal of Medicine (Rosenheck et al., 2011) and a study of risperidone in the treatment of PTSD in JAMA (Krystal et al, 2012). One other recent study on which I was asked to make public comment in Lancet, the EUFEST trial, was an unblinded open trial of antipsychotic medication (one of which was quetiapine) in early onset schizophrenia patients that found no greater effectiveness for atypical antipsychotics as compared to haloperidol on objective symptoms, quality of life measures, or re-hospitalization, although doctors kept patients in the treatment longer in this open trial conducted in 2002 (Rosenheck, 2008). I thus have extensive experience in research on SGAs including quetiapine.

## IV. INVOLVEMENT IN AND PRIMARY GOALS OF THE CATIE STUDIES

In 1998, Dr. Jeffrey Lieberman, then Professor of Psychiatry at the University of North Carolina (now Professor and Chairman of Psychiatry at Columbia University and President of the American Psychiatric Association), invited me to write the cost-effectiveness section of the proposal for what became the Clinical Antipsychotic Trials of Intervention Effectiveness ("CATIE"). CATIE was a multi-site comparative effectiveness study of FDA approved SGAs and remains the largest study ever funded by the National Institutes of Mental Health ("NIMH"). It stands as the longest, largest comparative effectiveness study of atypical antipsychotics including risperidone and conventional or first generation antipsychotics ever conducted. It is unlikely that there will ever be a more definitive study of these medications, and, thus, it bears careful review for the questions posed above.

The CATIE study actually involved two separate studies of antipsychotic therapy in two different illnesses: schizophrenia and Alzheimer's disease. It was initiated by the NIMH to

5

determine the comparative effectiveness, side effects, and costs of expensive second generation antipsychotic drugs in treating chronic schizophrenia and Alzheimer's disease. The schizophrenia trial compared olanzapine, risperidone, quetiapine and ziprasidone (all second generation or atypical antipsychotics), and perphenazine, an older, first generation medication with less side-effect risk than haloperidol, the drug used in most other comparative SGA studies -- a drug at the extremely high end of the high potency-low potency spectrum and thus especially likely to cause extrapyramidal side effects. Perphenazine is, in my view, a more representative first generation antipsychotic because it falls in the midrange of antipsychotic drug potency – lower than high potency drugs like haloperidol, but higher than more sedating drugs like chlorpromazine (Thorazine). The Alzheimer's trial compared olanzapine, risperidone, quetiapine and placebo in the treatment of agitation and psychosis in early stage Alzheimer's disease. The primary outcome was also time to all cause discontinuation. The rationale, design, and methods used in these CATIE trials were based on input from dozens of experts from government, academia, and industry and were made available to the public for comment before the study began. The schizophrenia trial was conducted between January 2001 and December 2004 at fifty-seven U.S. clinical sites, 1,493 patients were initially randomized to receive flexible-dose treatment with olanzapine (7.5-30mg/day), perphenazine (8-32mg/day)[1], quetiapine (200-800mg/day), risperidone (1.5-6mg/day), or ziprasidone (40-160mg/day)[2] under double-blind conditions (to assure unbiased ratings). Actual mean modal doses were olanzapine (20.1 mg/day), perphenazine (20.8 mg/day)[3], quetiapine (56.5 mg/day), risperidone (3.9 mg/day), and

---

[1] Patients with tardive dyskinesia were excluded from randomization involving perphenazine at the request of the study advisory board.

[2] Ziprasidone was included subsequent to its approval by the FDA, when approximately 40% of the study population had already been randomized.

[3] Patients with tardive dyskinesia were excluded from randomization involving perphenazine at the request of the study advisory board.

ziprasidone (112.8mg/day). During Phase I of the study, patients were followed for up to eighteen months or until treatment had to be discontinued for reasons of efficacy, tolerability, or patient decision. Patients whose initial assigned treatment was discontinued could be re-randomized to other atypical antipsychotic treatments in Phases II and given open treatment in III.

The Alzheimer's Disease trial was conducted between 2001 and 2004 and involved 421 patients who were treated in Phase 1 of the study with olanzapine (mean dose=5.5 mg), quetiapine (mean dose=56.5 mg), risperidone (mean dose=1.0 mg) and placebo for up to 12 weeks.

The principal analyses of the schizophrenia trial involved 1,460 subjects as the data from one site, involving thirty-three subjects, was excluded prior to analysis due to concerns about its integrity. All CATIE analyses have been conducted with subsamples in which all patients had an equal chance of receiving the randomly assigned medicines.

The Phase I results of the schizophrenia trial were published in the New England Journal of Medicine (Lieberman et al., 2005). Phase II results (McEvoy et al., 2006; Stroup et al., 2006) and, cost-effectiveness analyses (Rosenheck et. al., 2006) were published in the American Journal of Psychiatry. The cost effectiveness results for the Alzheimer's trial were published in the Archives of General Psychiatry (Rosenheck et al., 2007).

Because CATIE was a large, costly and prominent study that challenged the validity of previous research findings, we have carefully and thoroughly considered whether the findings could have resulted from some unusual features of its design or implementation. Neither the choice of outcome measures, follow-up rates, distinctive patient characteristics, exclusion of patients with tardive dyskinesia from the random assignment that included perphenazine, dosing,

nor use of intention-to-treat analysis explain the findings or weaken the validity of the conclusions (a detailed and comprehensive refutation of these potential limitations is presented in Rosenheck et al. Changing Perspectives On Second Generation Antipsychotics: Reviewing The Cost-Effectiveness Component Of The CATIE Trial [*Expert Review Of Pharmacoeconomics And Outcomes Research* 2007; 7(2):103-111]).

Since the initial NEJM report on CATIE, an extensive series of papers from this landmark, 18-month trial have shown that none of the four SGAs used in the study (olanzapine, Risperdal, quetiapine or ziprasidone) showed any statistically significant advantage over the FGA perphenazine on measures of neurologic side effects (Miller et al., 2008), quality of life (Swartz et al., 2007), employment (Resnick et al., 2008), violent behavior (Swanson et al., 2008), or neuropsychological/cognitive functioning (Keefe et al., 2007). I was actively involved in the design and writing of an extensive paper on the neurologic side effects (including tardive dyskinesia) in the CATIE study (Miller et al., 2008) and another study that used data from CATIE and other sources to examine the cost-effectiveness of SGAs as compared to perphenazine with specific regard to the incidence of Tardive Dyskinesia (Rosenheck, 2007). I thus approach the questions addressed in detail below with extensive expertise and experience in psychiatric research and in research on antipsychotic medications and the findings of CATIE in particular.

## V. CATIE DATA ON QUETIAPINE AND TARDIVE DYSKINESIA

An American Psychiatric Association Task Force on Tardive Dyskinesia or "Late Neurological Effects of Antipsychotic Drugs" (Am J Psychiatry. 1980 Oct;137(10):1163-72) determined that choreiform, athetoid, or rhythmic abnormal involuntary movements of at least "moderate" severity in one or more body areas or "mild" severity in two or more body areas

8

should have been present for at least four weeks to make the diagnosis of TD and that determination of the presence of these movements should be made using a standardized examination procedure and rating scale. The Abnormal Involuntary Movement Scale (AIMS) is the tool most often used to make this assessment in both research and clinical practice and operational criteria for moderate and mild severity based on specific AIMS ratings have been established that require that the criteria be met on at least two successive occasions (Schooler NR, Kane JM. Research diagnoses for tardive dyskinesia, Arch Gen Psychiatry. 1982 Apr;39(4):486–487). A history should be present, it notes, of *at least three months* of total cumulative neuroleptic exposure which may be continuous or discontinuous. Patients who fail to meet the criterion for duration of neuroleptic exposure should receive the appropriate diagnosis with the qualification "less than three months of neuroleptic exposure." It also notes that the onset of the dyskinesia should be either while the patient is on neuroleptics or within a few weeks of discontinuing neuroleptics, although in the case of withdrawal dyskinesia the cause is presumably treatment with the discontinued drug not any currently taken drug.

### a. CATIE Schizophrenia Trial

Taking these long established criteria into consideration it is clear that any highly credible study of TD must be relatively long term because it must include multiple standardized assessments with a standard measure such as the AIMS. In the CATIE schizophrenia trial the AIMS was administered by trained research assistants at baseline (before starting on study drug) and at 1, 3, 6, 9, 12, 15, and 18 months later if the patient was still participating in the study. The first publication of results from the CATIE schizophrenia trial (Lieberman et al., 2005) presented data on the primary outcome, time to all cause discontinuation of the initial (Phase 1) study drug. While all patients were offered a chance to continue on the study drug for 18 months,

9

those assigned to olanzapine continued on the drug for a median of 9.2 (95% CI 6.9-12.1) months and those on quetiapine for 4.6 (95% CI 3.9-5.5) months, a statistically significantly shorter time (p<.001) than olanzapine, with patients assigned to other drugs continuing for a median of 3.5 months (ziprasidone), 4.8 months risperidone or 5.6 months (perphenazine). The analysis of tardive dyskinesia assessments using AIMS data presented in this initial paper only considered patients who had global severity scores on the AIMS of less than 2 (indicating less than mild indications of TD)(See Table 3 of Lieberman et al., 2005).[4] Of patients with less that mild rating of TD at the time of entry into the study, 30/236 (13%) patients on quetiapine had at least mild symptoms of TD at least once during their time of participation in the study as compared to 32/236 (14%) of those on olanzapine, 38/238 (16%) of those on risperidone, 41/237 (17%) of those on perphenazine, and 18/126 (14%) of those on ziprasidone (Table 3 of Lieberman et al., 2005).

A further analysis of these data did apply the full Kane-Schooler criteria and several other measures of TD based on the AIMS (Miller et al., British Journal of Psychiatry, 2008;193: 279-288). One analysis examined the probability of meeting full Kane-Schooler criteria among patients with less than mild ratings of TD at baseline who also had at least two ratings while on the initial study drug during the CATIE trial. This rigorous analysis included 179-182 patients in each treatment group, and used Poisson regression analysis to control for potentially confounding baseline factors. While it found no significant difference between drugs in the estimated annualized probability of having TD by Kane-Schooler criteria, it found the estimated risk of TD for quetiapine to be 2% (95% CI=.1%-6%: N=183) as compared to olanzapine 1% (95%CI=.2%-3%: N=182); perphenazine 3% (95%CI 1%-7%:N=179); risperidone 1% (95%

---

[4] The fact that patients with mild tardive dyskinesia were excluded from the randomization that included perphenazine, thus has no impact on this analysis.

CI=.4%-4%:N=179) and ziprasidone 2% (95% CI.5%-9%). Thus of the five drugs quetiapine had the second highest estimated risk (Table 3 in Miller at al., 2008) and the highest risk among the SGAs. Using modified Kane Schooler criteria, requiring only 1 rating of mild TD the annualized estimated risk for quetiapine, controlling for potentially confounding factors, was 13% as compared to 13%-15% for the other atypical antipsychotic medications and 22% for perphenazine, with, again, no statistically significant differences between agents (p=.22).

Two further analyses of TD events are presented in Table DS4 of Miller et al., 2008, in the supplemental on-line data. These data present the raw, unadjusted rate of TD events for people with no TD at baseline, first using the full Kane Schooler criteria for TD events and then using the modified Kane Schooler criteria which requires only one positive assessment of mild TD. On the first measure in Table DS4 of Miller et al., 2008, Quetiapine had the highest rate of all the drugs at 4.5% on this TD indicator (as compared to 1.1%-3,3% for the other drugs) while on the second measure quetiapine scored 8.6% as compared to 8.3%-11.8% for the other drugs. There were no statistically significant differences between the different drugs on any of these measures all of which show the development of carefully evaluated cases of TD over a 3-9 month period of drug exposure with each. Quetiapine was in the middle to high end of the range of TD events.

These data, to reasonable degree of medical and scientific probability establish a causal connection between quetiapine and the development of TD.

### b. *CATIE Alzheimer's Disease Trial*

We shall next discuss data on TD from the CATIE Alzheimer's Disease (AD) trial which compared three SGAs (olanzapine, quetiapine and risperidone) with each other and with placebo

11

in AD outpatients with agitation and/or psychotic symptoms as part of their clinical presentation. Like the schizophrenia trial the primary outcome in the AD trial was time to all cause discontinuation. The CATIE AD trial was shorter by design, with a maximum time of participation of only 12 weeks. As in the schizophrenia trial there was no difference between any of the treatment conditions on the primary outcome, even though one of the conditions was placebo. This is not entirely surprising as there is no FDA approved indication for any antipsychotic in AD, however, it is notable that patients assigned to quetiapine participated for a median of only 5.3 weeks, as compared to 8.1, 7.4 and 8.0 for olanzapine, risperidone and placebo respectively (Table 2 in Schneider et al., 2006). Among the quetiapine patients 53% were judged by their clinician to have discontinued the drug for lack of efficacy and 16% due to intolerability, adverse events or death. It is notable in this respect that the quetiapine patients in the Alzheimer's disease trial received 10.4% of the dose they received in the schizophrenia trial while olanzapine patients received 27.3% of the dose and risperidone patients received 25.6% of the dose they received in the schizophrenia trial. Thus quetiapine patients may have been relatively underdosed (hence the large proportion who discontinued for lack of efficacy) which could also have resulted in an *underestimation* of the rate at which various side effects would have occurred at more therapeutic dosing.

Data on AIMS ratings were not as thoroughly examined in the AD trial as compared to the schizophrenia trial, perhaps because the trial was of shorter duration and doses used were much lower than in the schizophrenia trial, although it has generally been thought that elderly people have a higher risk of TD than younger people. Using the modified Kane Schooler criteria, requiring just one instance of mild TD, TD rates were 4% for quetiapine, as compared to 1%, 3% and 1% for olanzapine, risperidone and placebo respectively in the AD trial (Schneider et al,

2006, Table 3), with no statistically significant difference between groups (p=.62). Thus, although the TD indicator was numerically higher for quetiapine than for the other three conditions, including placebo, overall rates were considerably lower than in the schizophrenia trial, most likely because the duration of participation was so much shorter (TD is a delayed onset side effect), and perhaps because medication doses were relatively lower, especially in the case of quetiapine, which nevertheless had the highest numerical rate of TD.

These data, to reasonable degree of medical and scientific probability are consistent with a causal connection between quetiapine and the development of TD and in no way undermine other, stronger evidence of such a connection.

## VI. CAUTIONS AND DATA PRESENTED ON QUETIAPINE AND TARDIVE DYSKINESIA IN THE 2013 SEROQUEL PACKAGE INSERT

*Warnings about tardive dyskinesia in the package insert.* The 2013 package insert for quetiapine includes two sections that warn of the dangers of TD with quetiapine use, consistent with the data presented above from the CATIE schizophrenia trial. Section 5.6 of the package insert (p. 5) asserts that "A syndrome of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with antipsychotic drugs, including quetiapine." This section later states "Whether antipsychotic drug products differ in their potential to cause part of dyskinesia is unknown" a statement that is also supported by the data presented from the CATIE schizophrenia trial. The section continues, "The risk of developing tardive dyskinesia and the likelihood that it will become irreversible are believed to increase as the duration of treatment and the total cumulative dose of antipsychotic drugs administered to the patient increase." In recognition of the seriousness of this risk, the package insert goes on to state that in view of "these considerations, Seroquel, should be prescribed in a manner that is most likely to minimize the occurrence of tardive dyskinesia. Chronic antipsychotic treatment should generally be

13

reserved for patients who appear to suffer from a chronic illness that (1) is known to respond to antipsychotic drugs, and (2) for whom alternative, equally effective, potentially less harmful treatments are not available or appropriate."

In a subsequent section of the package insert, entitled "medication guide" (p. 16) there is a subsection entitled "What are possible side effects of Seroquel?". The seventh bullet, in the adjacent column, draws attention to "movement you cannot control in your face, tongue, or other body parts (tardive dyskinesia). They may be signs of a serious condition. Part of dyskinesia may not go away, even if you stop taking Seroquel. Tardive dyskinesia may also start after you stop taking Seroquel."

These statements in the package insert all represent vigorous warnings about serious side effects of Seroquel, and specifically tardive dyskinesia and are consistent with the empirical conclusion of our review of data from the CATIE trial showing substantial rates of TD with quetiapine, similar to rates with other antipsychotics, as well as with well-known published clinical and epidemiological research demonstrating the well-established risk of TD in patients treated with antipsychotics for schizophrenia (including both first and second generation antipsychotics)[5] and the even greater risk in older patients treated with antipsychotics for AD.[6] In

---

[5] Tarsy, Daniel; Lungu, Codrin; Baldessarini, Ross J. (2011). "Epidemiology of tardive dyskinesia before and during the era of modern antipsychotic drugs. In Vinken, P. J.; Bruyn, G. W. *Handbook of Clinical Neurology*. Hyperkinetic Movement Disorders 100. pp. 601–16.

Scott W. Woods, M.D., Hal Morgenstern, Ph.D., John R. Saksa, Psy.D., Barbara C. Walsh, Ph.D., Michelle C. Sullivan, R.N., Roy Money, M.S., Keith A. Hawkins, Psy.D., Ralitza V. Gueorguieva, Ph.D., and William M. Glazer, M.D. Incidence of Tardive Dyskinesia with Atypical and Conventional Antipsychotic Medications: Prospective Cohort Study J Clin Psychiatry. 2010 April; 71(4): 463–474.

Correll CU, Leucht S, Kane JM: Lower risk for tardive dyskinesia associated with second-generation antipsychotics: a systematic review of 1-year studies. Am J Psychiatry 2004; 161:414–425

14

fact at least two case studies have been published specifically reporting TD among patients on Seroquel [Quetiapine-Related Tardive Dyskinesia. S. Nassir Ghaemi, M.D.; James Y. Ko, A.B. Am J Psychiatry 2001;158:1737-1737; and Rizos E, Douzenis A, Gournellis R, Christodoulou C, Lykouras LP. Tardive dyskinesia in a patient treated with quetiapine. World J Biol Psychiatry 2009;10(1):54-7.].

*Empirical Data Presented in the Package insert.*

The package insert presents several tables of data on EPS and dyskinesia events experienced in short-term trials of Seroquel at various doses in comparison to placebo, in various populations. While rates of dyskinesia events are generally low, this most likely reflects the fact that these were short-term trials and that no standard measures of tardive dyskinesia of the type

---

Correll, Christoph U; Schenk, Eva M Tardive dyskinesia and new antipsychotics Current Opinion in Psychiatry: March 2008 - Volume 21 - Issue 2 - p 151–156

Kane J. Tardive Dyskinesia: Epidemiological and Clinical Presentation in Floyd E. Bloom, MD David J. Kupfer, MD (Eds.) Psychopharmacology - 4th Generation of Progress Raven Press, New York, New York, 1995

[6] Jeste DV, Caligiuri MP, Paulsen JS, Heaton RK, Lacro JP, Harris MJ, Bailey A, Fell RL and McAdams LA: Risk of tardive dyskinesia in older patients: A prospective longitudinal study of 266 outpatients. Archives of General Psychiatry, 52:756-765, 1995.

Dilip V. Jeste , Michael P. Caligiuri. Tardive Dyskinesia Schizophrenia Bulletin 1993; 19 (2): 303-315

Michael P. Caligiuri, Dilip V. Jeste, and Jonathan P. Lacro (2000). Antipsychotic-Induced Movement Disorders in the Elderly Epidemiology and Treatment Recommendations. Drugs & Aging 2000 Nov; 17 (5): 363-384

Margaret G Woerner, Christoph U Correll, Jose Ma J Alvir, Blaine Greenwald, Howard Delman, and John M Kane Incidence of Tardive Dyskinesia with Risperidone or Olanzapine in the Elderly: Results from a 2-Year, Prospective Study in Antipsychotic-Naïve Patients Neuropsychopharmacology. 2011 July; 36(8): 1738–1746.

recommended by the APA task force were used. No interpretation is offered as to the importance of the differences reported (although it is suggested that there is no EPS effect attributable to Seroquel) or how these data relate to the high level of concern about tardive dyskinesia expressed elsewhere in the package insert. The discrepancy between the high degree of concern about TD expressed in Section 5.6 and in the "Medication Guide," and the failure to even measure TD in the reported research studies, along with claims that Seroquel has no relationship to EPS is jarring. Although some unpublished studies relied on by the manufacturer appear to find no side effects of TD, these studies are inconsistent with other longer-term studies of TD and antipsychotic medication and most likely result from the fact that these studies were conducted with too short of a period of exposure. The data presented are from short term trials, while the sense of concern is based on longer term studies of other drugs in studies like those listed in footnotes 6 and 7 on p. 15, above. The statement that "Whether antipsychotic drug products differ in their potential to cause part of dyskinesia is unknown," implies that all these drugs cause TD and stands in contrast to the data presented in the package insert, and the lack of data on TD. The studies conducted for the package insert do not appear to have seriously attempted to address the issue of TD risk, but this risk is so prominent in the published clinical and epidemiologic literature on antipsychotic medication that it could not be minimized as reflected section 5.6 and in the medication guide.

## VII. FINAL OPINIONS

We now turn to whether the data from the Clinical Antipsychotic Trial of Intervention Effectiveness (CATIE) trials provide reliable scientific and medical knowledge of a causal connection between treatment with quetiapine and the onset of tardive dyskinesia. In my opinion, the data show, on multiple measures based on diverse calculations of the standard AIMS

16

assessment, that the association of quetiapine with TD in the longer term CATIE schizophrenia trial is firmly within the range of other antipsychotics which are widely accepted to cause TD. Published estimates of the annual proportion of patients who get TD on antipsychotics are about 1.0%-3.9% of patients per year on SGAs and about 5.0 % of those on FGAs (Correl et al., 2004. 2008). The absence of a placebo control group in the CATIE schizophrenia trial precludes conclusively proving causality but the data show that within standard statistical levels of uncertainty that TD risk is numerically higher with quetiapine than with no antipsychotic drug treatment. Nevertheless the numerous studies cite previously (see note 5 and 6 on pages 14 and 15) and the statement that "Whether antipsychotic drug products differ in their potential to cause part of dyskinesia is unknown" presented in the package insert of quetiapine (and every other antipsychotic) reveal a strong consensus of opinion that all of these drugs cause TD on occasion. A long-term placebo-controlled study would be needed to provide definitive causal proof and since it would require keeping severely ill patients with ambulatory schizophrenia on placebo for an extensive period of time, such a study is not likely to be approved by any ethical human investigations committee because of safety risks from the underlying illness. The CATIE schizophrenia trial thus gives us the best data we are likely to get on this question and firmly shows, even without offering the highest level of placebo-controlled proof, that there is a causal connection between treatment with quetiapine and the onset of tardive dyskinesia.

The CATIE AD trial uses a better study design for answering this question because it includes a placebo-control arm, but the duration of the trial (especially for quetiapine) was too short to evaluate TD outcomes (which, by definition, emerge later in treatment), and the medication doses were generally kept low (especially in the case of quetiapine) to minimize the risk of neurological side effects in a vulnerable elderly population. The data from the two CATIE

schizophrenia thus support the existence of a medical and scientifically causal connection between treatment with quetiapine and the onset of tardive dyskinesia (TD) and offer as good data on this question as we are ever likely to get since most patient safety and data review committees are unlikely to allow a long term placebo controlled trial to evaluate this question.

Based on the CATIE data reviewed here and the clinical and epidemiological studies cited above, studies published in highly respected and widely disseminated medical journals, it is generally accepted in the medical community that all antipsychotics, quetiapine (Seroquel) among them, can and in some instances do cause Tardive dyskinesia.

Sworn to this _16th_ day of August, 2013, by Robert Rosenheck, M.D., who swears and affirms under penalty of perjury, that the above is true and correct to the best of her knowledge and belief.

_8/16/13_
DATED

ROBERT ROSENHECK, M.D.