# EXHIBIT B

## Affidavit of Steven E. Lo, M.D.

**I, Steven E. Lo, offer the following sworn testimony, within a reasonable degree of medical and neurologic certainty, in the case of Kay Patteson vs. John Maloney M.D., Case No. 10-CV-01760-JEB:**

1. I am over 21 years of age and provide the following affirmations to the best of my knowledge and recollection, and based upon my personal knowledge, education, experience and analysis.

2. I make this affidavit to rebut allegations made by Defendant John Maloney that there is no reliable medical evidence or basis demonstrating that Seroquel (*quetiapine fumarate*) can, does cause, and in numerous instances has caused a tardive syndrome.

*Affiant's Background/Qualifications*

3. I received a Bachelor of Arts degree from Harvard University in 1996 and my medical degree from SUNY Buffalo in 2000.

4. I did my four year neurology residency at the University of Chicago, Department of Neurology.

5. I did my two year fellowship at Columbia University, Department of Neurology.

6. I am presently employed as Associate Professor of Neurology at Medstar Georgetown University Hospital (part of MedStar Health), Department of Neurology.

7. My current day-to-day clinical and non-clinical activities include serving as one of the movement disorders specialists within the department, seeing patients in movement disorders specialty clinic (evaluation and management of Parkinson's disease & parkinsonism, dystonias, tremors, choreas, myoclonus, tic disorders, etc), performing botulinum toxin injections, and deep brain stimulation programming.

    As an attending neurologist, I supervise and train neurology residents and movement disorders fellows in the clinical setting (inpatient and outpatient clinical care), and supervise and train rotating 3rd and 4th year medical students at the Georgetown University School of Medicine during their clinical clerkships and selective/electives.

8. I continue to teach neurology, publish in Movement Disorders journals and practice in clinical care, taking care of individuals with movement disorders.

9. My Curriculum Vitae, which sets forth additional qualifications and lists my publications and writings, is attached.

*Facts/Data Supporting Conclusions*

10. I saw and treated Kay Patteson on numerous occasions, on referral from Dr. Michael Cohen, who is also a Neurologist.

11. When I first saw Kay, she was a 53 year-old woman who developed involuntary, choreic movements in her lower extremities and trunk after taking Seroquel (quetiapine) (100-150 mg) for more than a year, for insomnia. She reported involuntary non-suppressible slow rocking repetitive movements of her legs and trunk. She had no prior history of abnormal involuntary movements prior to Spring 2007, and no family history of similar movement disorders.

12. Kay took quetiapine (Seroquel) beginning in June 2006, through August of 2007. There was no prior history of psychiatric disorders or exposure to other dopamine receptor blockers. This is significant because Seroquel is a dopamine receptor blocker and because there is a well- known association between dopamine receptor blockers and tardive syndromes.

13. Kay has no family history of similar abnormal movements. She had no symptoms or medical history to suggest an autoimmune condition or cancer. Her brain MRI from June 2007 was independently reviewed by me, and there were no abnormal signals noted in her brain parenchyma (including the basal ganglia), no abnormal atrophy (shrinkage) of the brain, and no abnormal enhancement after contrast was administered.

*Principles & Methods Used to Make Diagnosis*

14. I used a differential diagnosis approach in making my diagnosis.

15. The differential diagnosis methodology is long accepted and universally applied way for physicians to diagnose and treat patients. It involves the creation of a list of possible and/or most likely causes for a patient's signs and symptoms, based on his/her medical history, examination findings, and ancillary testing. Because chorea was the primary movement disorder on her examination, I considered the most important causes of new adult-onset chorea in my differential diagnosis.

16. Based on my initial evaluation of Kay, my differential included four (4) medically possible explanations for her choreic/dyskinetic movements: a) Huntington's disease; b) Wilson's disease, c) neuroacanthocytosis, and; d) tardive syndome.

*How I applied the differential diagnosis method to Mrs. Patteson*

17. Three of the four possible explanations for Kay's symptoms - Huntington's disease, Wilson's disease and neuroacanthocytosis - can be definitively ruled in or out through blood testing.

18. I then recommended blood testing regarding a) Huntington's disease; b) Wilson's disease and c) neuroacanthocytosis.

19. Through this testing, I definitively ruled out Huntington's disease, Wilson's disease and neuroacanthocytosis, the other three (3) possible explanations for Kay's symptoms. Mrs. Patteson does not have any of these conditions, leaving tardive syndrome as the only remaining possible explanation.

20. Tardive syndromes encompass a group of delayed-onset movement disorders induced by dopamine receptor blocking agents (DRBA). Current criteria include a history of at least 3 months' total cumulative exposure to a DRBA. It was first described in the 1950s, within 5 years after the first DRBA, chlorpromazine, became widely available. The abnormal involuntary movements most commonly affect the lower face (commonly referred to as tardive dyskinesia), but have been reported to affect the limbs and trunk as well. In Kay's case, she used Seroquel for approximately 14 months.

21. The medical literature and studies have long documented a connection between dopamine receptor blocker medications and tardive syndromes. For example, Sigwald et al provided the first detailed description of tardive dyskinesia in 1959, although the actual term tardive dyskinesia was coined first by Faurbye et al in 1964. DRBAs are a well known cause of drug-induced movement disorders, and psychiatrists commonly refer to these movement disorders collectively as "extrapyramidal symptoms." Tardive syndromes are well-published in both neurology and psychiatry journals. Well cited references and good reviews include:

    a. Fahn S. Tardive dyskinesias. In: Matthews WB, Glaser GH, eds. *Recent Advances in Clinical Neurology*, Vol 4, Edinburgh: Churchill Livingstone; 1984: 229-260.
    b. Stacy M, Jankovic J. Tardive dyskinesia. *Curr Opin Neurol Neurosurg*, 1991; 4: 343-349.
    c. Jankovic J. Tardive syndromes and other drug-induced movement disorders. *Clin Neuropharmacol*, 1995: 18: 197-214.
    d. Fernandez HH, Friedman JH. Classification and treatment of tardive syndromes. *The Neurologist*, 2003; 9: 16-27.

    Although the pathophysiology of tardive syndromes are not fully understood, factors that appear to play a role include age, duration of exposure, and potency of the dopamine receptor blockade. Tardive dyskinesias remain a common and relevant neurological disorder. In fact, the American Academy of Neurology recently published a special report, "Evidence-based guideline: Treatment of tardive syndromes" (*Neurology* 2013; 81: 463-469.).

22. It was and is my diagnosis that Kay Patteson suffers from a tardive syndrome (i.e. tardive chorea) that was caused by her use of the medication Seroquel (quetiapine).

23. The literature and studies tying quetiapine to tardive syndromes typically involved doses higher than those Kay took. From 2006 to 2007, Kay took relatively low doses of

quetiapine (in comparison to those doses frequently used to treat primary psychosis such as schizophrenia by psychiatrists).

24. Notwithstanding the fact that Kay's quetiapine doses were relatively low, I nonetheless concluded and continue to believe that her choreic movements were caused by quetiapine, for the reasons discussed above.

25. I prepared a case study regarding Ms. Patteson, as I believed her development of tardive chorea from relatively low doses of quetiapine to be medically significant.

26. As part of this case study, I authored a poster abstract entitled "Tardive Chorea Secondary to Low Dose Quetiapine," which I presented at the 2009 Movement Disorder Society International Conference in Paris.

27. As part of this case study, I conducted research regarding published cases of tardive dyskinesias related to exposure to quetiapine. I used our most widely used internet-based medical literature search site, PubMed, using keywords such as "tardive dyskinesia", "quetiapine", "Seroquel", "chorea", "tardive chorea".

28. I developed my diagnoses, conclusions and opinions regarding Kay Patteson solely in my role as her treating physician. My conclusions about Ms. Patteson grew directly out of my assessment and evaluation of her and my conclusions were not developed for purposes of litigation.

29. The differential diagnosis methodology I used is reliable and well accepted in the medical field. I was very comfortable with the manner in which I applied this methodology and well known medical principles to Kay's medical history and other known facts.

30. To a reasonable degree of medical probability, Mrs. Patteson suffers from tardive chorea caused by her ingestion of the medication quetiapine (Seroquel).

Sworn to this 14th day of August, 2013, by Steven E. Lo, M.D., who swears and affirms under penalty of perjury, that the above is true and correct to the best of her knowledge and belief.

8/14/13
DATED

STEVEN. E. LO, M.D.

SUBSCRIBED AND SWORN TO before me this 14 day of August, 2013.

Notary Public

My Commission Expires: 01-14-2017



# GEORGETOWN UNIVERSITY SCHOOL OF MEDICINE

## CURRICULUM VITAE

### Steven E. Lo, MD

| | | |
|---|---|---|
| **PERSONAL INFORMATION:** | Home Address: | 5320 Wapakoneta Rd<br>Bethesda, MD 20816<br>571-345-4101 |
| | Office Address: | Department of Neurology<br>Georgetown University Hospital<br>3800 Reservoir Road, N.W., 7 PHC<br>Washington, DC 20007 |
| | | Office: 202-444-7235<br>Direct: 202-444-6231<br>Fax: 877-245-1499<br>Email: SEL107@gunet.georgetown.edu |
| | Place of birth:<br>Date of birth:<br>Citizenship:<br>SSN:<br>Foreign language: | Pennsylvania, USA<br>3/1/74<br>USA<br>--<br>Mandarin Chinese (conversational level) |
| **LICENSURE:** | State: District of Columbia<br>License No: MD036039<br>Initial Date: 4/06<br>Renewal/Expiration Date: 12/31/14 | |
| | State: Virginia<br>License No: 0101243521 (issued 4/24/08, expires 3/31/14)<br>Initial Date: 4/24/08<br>Renewal/Expiration Date: 3/31/14 | |
| | Previous/Inactive Medical Licenses:<br>Illinois: 125-041111 (issued 2000)<br>New York: 232025 (issued 2004) | |
| **CERTIFICATION:** | Board Certification: American Board of Psychiatry & Neurology<br>Date of Certification: April 2005<br>Date of Expiration: 12/31/15 | |
| **EDUCATION:** | Undergraduate: | Harvard University<br>86 Brattle Street, Cambridge, MA 02138<br>Dates of Attendance: 9/1992- 6/1996<br>Degree: BA, Biology |

|  |  |
|---|---|
| Medical Education: | State University of New York at Buffalo School of Medicine<br>131 Biomedical Bldg, Buffalo, NY 14214<br>Dates of Attendance: 8/1996-5/2000<br>Degree: MD |
| Internship: | University of Illinois at Chicago Medical Center<br>Department of Internal Medicine<br>1740 W. Taylor St, Chicago, IL 60612<br>Dates of Attendance: 6/2000-6/2001<br>Internal Medicine Preliminary Year<br>Program Director: Linda Lesky, MD |
| Residency: | University of Chicago Hospital<br>Department of Neurology<br>5841 S. Maryland Ave, MC 2030<br>Chicago, IL 60637<br>Dates: 7/2000-6/2004<br>Residency in Neurology<br>Dept. Chair: Raymond Roos, MD |
| Fellowship: | Columbia University Medical Center<br>Department of Neurology<br>710 W. 168th St. NI-3, New York, NY 10032<br>Dates: 7/2004-6/2006<br>Fellowship in Movement Disorders<br>Chief of Service: Stanley Fahn, MD |

**PROFESSIONAL EXPERIENCE:**

Title: Associate Professor of Neurology
Institution: Georgetown University Hospital, Dept of Neurology
Address: 3800 Reservoir Road, 7 PHC, Washington, DC 20007
Dates of Service: 7/2012 - current

Title: Assistant Professor of Neurology
Institution: Georgetown University Hospital, Dept of Neurology
Address: 3800 Reservoir Road, 7 PHC, Washington, DC 20007
Dates of Service: 7/2006 – 7/2012

**HONORS & AWARDS:**

Super Doctors® Rising Stars$^{SM}$
- April 2013, published in *The Washington Post Magazine*

Top Rated Doctors 2010, Northern Virginia Magazine
- January 2010

AAN 2004 Annual Meeting Resident Scholarship
- April 2004

Parkinson's Disease Foundation Summer Research Fellowship
- July 1998

Dean's Letter of Commendation, SUNY at Buffalo School of Medicine
- 1997, 1998

James A. Gibson Anatomical Society
- 1997

John Harvard Scholarship (honorary)
- 1995

**PROFESSIONAL SOCIETIES:**

Society Name: American Academy of Neurology
Dates of Membership: 2002 - present

Society Name: Movement Disorders Society
Dates of Membership: 2005 - present

**PUBLIC SERVICE:**

*"Medical Management of Parkinson's Disease"*
- Lecture series for PD patients and caregivers in the DC metropolitan area
- 9/29/12, 10/22/11, 10/30/10, 10/09

Invited Moderator for Foxhall Internal Medicine Neurology Board Review (invited by Thomas Sacks, MD)
- 6/22/10

Schools Committee, Harvard-Radcliffe Club of Western New York
Role/Status: Alumnus interviewer for prospective high school students applying to Harvard College.
Dates of Service: 1997 – 2000

Appeals Committee, SUNY at Buffalo School of Medicine
Dates of Service: 1998 - 1999

Various Service Activities, SUNY at Buffalo School of Medicine
Dates of Service: 1997-1998
- Students Teaching AIDS To Students (STATS) - educated middle school students about AIDS and the prevention of HIV infection.
- Heart Smart - taught elementary school students about heart disease prevention.
- Friends of the Night People Health Clinic - provided health care to the homeless.
- Medical School Orientation Big Sib

**INVITED LECTURES:** *"#$@!&#@! Get My Name Right! An Overview of Gilles de la Tourette's Syndrome and Tic Disorders"*
- Presented at VA Medical Center of Washington, DC, Neurology Grand Rounds
- 1/9/13

*"Clinical Pearls in the Management of Parkinson's Disease"*
- Presented at VA Medical Center of Washington, DC, Neurology Grand Rounds
- 4/18/12

*"Shakes, Shuffles, and Twists: A Clinical Review of Selected Movement Disorders"*
- Presented to Department of Neurosurgery, Georgetown University Hospital
- 11/10/11

*"Traditional Treatments: Medications and Botulinum Toxins"*
- Presented at the Dystonia Medical Research Foundation Mid-Atlantic Regional Conference, Holy Cross Hospital, Silver Spring, Maryland
- 11/14/10

*"A Whirlwind Tour of Dystonia"*
- Presented to Department of Neurology, VA Medical Center, Washington, DC
- 9/15/10

*"A Review of Parkinson's Disease"*
- Presented at Department of General Internal Medicine Grand Rounds, Georgetown University Hospital
- 8/17/10

*"A Review of Parkinson's Disease"*
- Presented at Medical Staff Conference, The Jeri Carr Memorial Lecture, at Potomac Hospital, Woodbridge, VA
- 2/24/10

*"A Team Approach for Treating Dystonia"*
- Presented at Dystonia Support Group of Greater Washington DC, Holy Cross Hospital, Silver Spring, MD
- 5/3/09

*"A Whirlwind Tour of Dystonia"*
- Presented at Grand Rounds, Sibley Hospital, Washington, DC
- 5/9/08

*"A Review and Update on Myoclonus"*
- Presented at Department of General Internal Medicine

- Grand Rounds, Georgetown University Hospital
- 1/07

*"Focal Task-specific Dystonias"*
- Presented at Department of Neurology Grand Rounds, Georgetown University, Washington, DC
- 2/9/06

- Presented at Department of Neurology/Neurosurgery Grand Rounds, University of Arizona
- 1/20/06

- Presented at Department of Neurology Grand Rounds, Albany Medical Center
- 7/28/05

*"Cervical and Oromandibular Dystonia in Acute Brain-Injured Patients: A Demographic Study and a Pilot Trial Using Botulinum Toxin"*
- Presented at Department of Neurology Grand Rounds, University of Chicago, Chicago, IL
- 5/13/04

**UNIVERSITY SERVICE:**

Assistant Residency Director, Neurology Residency
Georgetown University Hospital, Department of Neurology
- 7/13 - current

Chair, Neurosciences Grand Rounds Committee
Georgetown University Hospital, Department of Neurology
- 12/11 – 6/13

Director of Parkinson's Disease Interdisciplinary Care
Georgetown University Hospital, Movement Disorders Division
- 10/11 – current

Director, Neurosciences Grand Rounds Lecture Series
Georgetown University Hospital, Department of Neurology
- 7/09 – 6/13

Interim Clinical Support Staff for Memory Disorders Program
Georgetown University Medical Center
- 4/08 – 8/08

**TEACHING ACTIVITIES:**

<u>Movement Disorders Fellowship</u>
Georgetown University Hospital, Movement Disorders Program

Fellows trained:
Ricardo Gonzalez, MD                     2007-2008

| | |
|---|---|
| Laxman Bahroo, DO | 2007-2009 |
| Rita Gandhy, MD | 2007-2009 |
| Kristin Appleby, MD | 2008-2010 |
| Fahd Amjad, MD | 2008-2010 |
| Alexandra Landen, DO | 2009-2010 |
| Michelle Lavallee, MD | 2009-2010 |
| Nisha Chhabria, MD | 2010-2011 |
| Jill Giordano Farmer, DO | 2010-2011 |
| Ishita Arya Gambhir, MD | 2011-2013 |
| Nicole Dietz, MD | 2011-2013 |
| Mindy Bixby, DO | 2012-2013 |
| Reversa Mills, MD | 2013-current |
| Peter Sumner, DO | 2013-current |

### Georgetown University Medical School

3rd Year Clerkship Medical Student Neurology Review
- Bi-weekly review sessions on textbook chapter – "Equilibrium"
- 2006-2007 academic year

3rd Year Clerkship Medical Student Neurology Rotation
- Directly work with MS3 students on inpatient wards/consults & outpatient clinics (bedside teaching)
- 2006-current
- approximately 10 weeks inpatient per year, in 2 week blocks, ranging from 1-2 medical students at a time; approximately 40 weeks outpatient per year

### Georgetown University Hospital Neurology Residency Program

Neurology Residency Inpatient Ward/Consult Service Supervision
- Direct clinical supervision of PGY2-4 residents on inpatient wards/consult services
- approximately 10 weeks inpatient per year, in 2 week blocks, ranging from 2-4 residents at a time
- 2006-current

Board Review/Lectures for Neurology Residents
- noontime/morning lecture series
- topics include: dystonia, Parkinson's disease, neurodegenerative disorders, autonomic disorders, primary brain tumors
- approximately 3-4 lectures per year (from 2008-2011)
- monthly from 2011 - current

Movement Disorders elective rotation for interested neurology residents (bedside teaching, clinical supervision)
- Approximately 3-6 residents per year, in 2 week blocks
- 2007 – present

Regional Botulinum Toxin Injections Lecture Series
- Lectures for regional neurology and PM&R residents
"Focal Task-Specific Hand Dystonias"
June 2007
"Cervical Dystonia: Evaluation & Management"
September 2007
"Focal Task-Specific Hand Dystonias"
March 2009

**COLLABORATIVE ACTIVITIES:**

<u>Georgetown University Medical School</u>

"Implicit Sequence Learning in Parkinson's Disease"
- Collaboration with Darlene Howard, PhD (Georgetown Univesity Department of Psychology) and Thomas Cummings, MD (Medstar GUH Department of Psychiatry)

May 2012 - present

Name of Mentee: Michael Davenport (GU medical student)
Dates of Mentorship: Summer 2013 - current
Outcomes: data being analyzed

Name of Mentee: Phil Zhang (GU medical student)
Dates of Mentorship: Summer 2009 - present
Outcomes: abstract presented at Movement Disorders Society International Meeting (Dublin, Ireland; June 2012)

Name of Mentee: Ryan Shanahan, Vernard Fennell (GU med students)
Dates of Mentorship: Summer 2008
Outcomes: abstract presented at Movement Disorders Society International Meeting (Dublin, Ireland; June 2012)

<u>Georgetown University Hospital</u>

Name of Mentee: Harmanjot Singh, MD (visiting physician from India)
Supervisor for Visiting Clinical Observership in Neurologyy
Dates of Mentorship: May 2011

Georgetown University Hospital, Department of Neurology
Neurology CME Conference Moderator/Chief Organizer
- Primary organizer for *Update on Therapeutics in Neurology* CME conferences
- June 2010, June 2011, June 2012

### National/Local Academic Participation

Peer reviewer for *Movement Disorders* journal
- 2011 - current

Maryland-Washington Regional Movement Disorders Meetings
- Presented various video cases of unusual or unknown movement disorders to regional group of movement disorders specialists. Served as organizing host institution (rotating basis)
- Meetings occur quarterly
- Fall 2006 - present

External Examiner on Oral Examination Committee for doctoral (PhD) candidate Muslimah 'Ali Najee-ullah, from the Department of Anatomy, Graduate School, Howard University.
- April 9, 2009

**SCHOLARSHIP AND RESEARCH:**

### RESEARCH GRANTS
### Past Grants

Allergan, Inc. Drug vial grant (60 vials of Botox botulinum toxin type A, approximately $36,000.00).
Project: Cranial Dystonia in Patients with Acute Brain Injury: A Demographic Study and a Pilot Trial Botulinum Toxin. Co-Principal Investigator.
University of Chicago Hospitals, 2003 - 2004

### Current Research

" Implicit Sequence Learning in Parkinson's Disease"
- Co-Principal Investigator
- Joint collaboration with Department of Psychiatry and GU Department of Psychology
- May 2012 - present

"A Double-Blind, Placebo Controlled (Sham Surgery), Randomized, Multicenter Study Evaluating CERE-110 Gene Delivery in Subjects with Mild to Moderate Alzheimer's Disease"
- Sub-Investigator
- August 2009 - present

"Cervical Dystonia Patient Registry for Observation of OnaBotulinumtoxinA Efficacy" (CD-PROBE Study)
- Sponsored by Allergan, Inc (no grant)
- Primary investigator
- Fall 2009 – Spring 2013

Implantable Systems Performance Registry (ISPR) and RECHARGE Deep Brain Stimulation Clinical Studies

- Sponsored by Medtronic, Inc (no grant)
- Sub-investigator
- Spring 2011 – present

## PUBLICATIONS
### Original Papers in Refereed Journals

Edgerton M, **Lo S**, Scannapieco F. "Experimental Salivary Pellicles Formed on Titanium Surfaces Mediate Adhesion of Streptococci." *International Journal of Oral & Maxillofacial Implants* 1996; 11: 443 - 449.

Kholodilov N, Neystat M, Oo T, **Lo S**, Larsen K, Sulzer D, Burke R. "Increased Expression of Rat Synuclein 1 in the Substantia Nigra Pars Compacta Identified by mRNA Differential Display in a Model of Developmental Target Injury." *Journal of Neurochemistry* 1999; 73: 2586 – 2599.

**Lo SE**, Rosengart AJ, Novakovic RA, et al. "Identification and Treatment of Cervical and Oromandibular Dystonia in Acutely Brain-Injured Patients: A Pilot Study Using Botulinum Toxin." *Neurocritical Care* 2005; 3: 139 - 145.

Jain S, **Lo SE**, Louis ED. "Common misdiagnosis of a common neurological disorder: how are we misdiagnosing essential tremor?" *Arch Neurol* 2006; 63:1100 - 1104.

**Lo SE**, Gelb M, Frucht SJ. "Geste Antagoniste Device Therapy: A Novel Treatment for Idiopathic Lower Cranial Dystonia." *Movement Disorders* 2007; 22: 1012-1017.

**Lo SE**, Frucht SJ. "Is Focal Task-Specific Dystonia Limited to the Hand and Face?" *Movement Disorders* 2007; 22: 1009-1011.

### Reviews or Editorials in Refereed Journals

**Lo SE**, Jain S. "Slowing Down a "Slow" Movement Disorder: Selegiline's Benefit in Treating Parkinson's Disease." *Neurology* 2006; 66, No. 8, E28-29.

### Books or Chapters in Books, and Publications in Other Journals

**Lo SE**, Frucht SJ. "Pharmacologic Options in Parkinson's Disease: A Treatment Guide." *Geriatrics and Aging* 2005; 8: 41-47.

**Lo SE,** Frucht SJ. "Embouchure and Other Task-Specific Musician's Dystonia." *Handbook of Dystonia*, edited by Mark

Stacy, MD. Informa Healthcare, 2007.

**Lo SE**, Pagan FL, Shamim EA. "Propriospinal Myoclonus" entry for *Encyclopedia of Movement Disorders*, edited by Leo Verhagen, MD and Katie Kompoliti, MD. 2010.

**Lo SE**, Shamim EA. "Spinal Segmental Myoclonus" entry for *Encyclopedia of Movement Disorders*, edited by Leo Verhagen, MD and Katie Kompoliti, MD. 2010.

**Lo SE**, Frucht SJ. "Myoclonus" chapter for *Hyperkinetic Movement Disorders* textbook, edited by Cynthia Comella, MD and Oksana Suchowersky, MD. 2012.

**Lo SE**, Frucht SJ. "Embouchure and Other Task-Specific Musician's Dystonia." *Handbook of Dystonia*, 2nd edition. Edited by Mark Stacy, MD. Informa Healthcare. In Press, 2013.

### Abstracts/Posters:

**Lo SE**, Rosengart AJ, Frank JI, et al. "Cranial Dystonia in Patients with Acute Brain Injury: A Demographic Study and a Pilot Trial Botulinum Toxin."
- Abstract presented in poster session, AAN 56th Annual Meeting
- April 2004; *Neurology* 2004; 62 (Suppl 5): A368.

**Lo SE**, Rosengart AJ, Novakovic RL, et al. "Identification and Treatment of Cervical and Oromandibular Dystonia in Acutely Brain-Injured Patients: A Pilot Study Using Botulinum Toxin."
- Abstract presented in poster session, MDS 9th International Congress of Parkinson's Disease and Movement Disorders
- March 2005; *Movement Disorders* 2005; 20 (Suppl 10): S31.

**Lo SE**, Gelb M, Frucht SJ. "Geste Antagoniste Device Therapy: A Novel Treatment for Idiopathic Lower Cranial Dystonia."
- Abstract presented in poster session, AAN 57th Annual Meeting
- April 2005; *Neurology* 2005; 64 (Suppl 1, A380).

**Lo SE**, Frucht SJ. "Is Focal Task-Specific Dystonia Limited to the Hand and Face?"
- Abstract presented in poster session, 19th Annual Symposia on Etiology, Pathogenesis, and Treatment of Parkinson's Disease and other Movement Disorders, at the 130th ANA

- Annual Meeting
- September 2005

Jain S, **Lo SE**, Louis ED. "Essential Tremor May Be the Most Commonly Mis-Diagnosed Movement Disorder: Identification of Factors Associated with Diagnostic Errors."
- Abstract presented in poster session, AAN 58th Annual Meeting
- April 2006

Hu SC, **Lo SE**, Fahn S. "Diphasic Offs" – A New Pattern of Levodopa-Related Motor Fluctuations in Parkinson's disease."
- Abstract presented in poster session, 10th International Congress of Parkinson's Disease and Movement Disorders
- November 2006

Amjad FA, **Lo SE**. "Tardive Chorea Secondary to Low Dose Quetiapine"
- Abstract presented in poster session, 13th International Congress of Parkinson's Disease and Movement Disorders
- June 2009

Zhang P, Shanahan R, Fennel V, Kalhorn CG, Pagan FL, **Lo SE**. "Morbidity and mortality of deep brain stimulation surgery patients ≥ age 70: a single center review"
- Abstract presented in poster session, 16th International Congress of Parkinson's Disease and Movement Disorders
- June 2012

## **Summary of Role Responsibilities in the Department of Neurology**

I currently serve as one of the movement disorders specialists within the department, seeing patients in movement disorders specialty clinic (evaluation and management of Parkinson's disease & parkinsonism, dystonias, tremors, choreas, myoclonus, tic disorders, etc), performing botulinum toxin injections, and deep brain stimulation programming.

As an attending neurologist, I supervise and train neurology residents and movement disorders fellows in the clinical setting (inpatient and outpatient clinical care), and supervise and train rotating 3rd and 4th year medical students at the Georgetown University School of Medicine during their clinical clerkships and selective/electives.

From June 2009 to June 2013, I served as director and primary organizer for the combined Neurosciences Grand Rounds lecture series, and was the primary organizer for the department's first ever neurology CME courses, *Update on Therapeutics in Neurology* (June 2010, June 2011, June 2012). I have recently been selected to serve as an Assistant Residency Director for the Department's Neurology Residency program.

As part of my responsibilities for the Department of Neurology, I have assisted on multiple occasions in interviewing potential faculty candidates, and annually interview neurology residency candidates.