# EXHIBIT E

# JOHNS HOPKINS
## INSTITUTIONS

### School of Medicine
Halsted 503/600 N. Wolfe Street
Baltimore, MD 21287-5554

October 9, 2012

Gregory McKee, Esq.
Wharton, Levin, Ehrmantraut & Klein
104 West Street
Annapolis, MD 21401

Re: Patteson v. Maloney, et al.

Dear Mr. McKee:

I have reviewed the materials sent from your office, which include office records of Dr. John Maloney, office records of Dr. Amy Friedenthal, records from Georgetown University Hospital, records from CVS Pharmacy, records from Athena Diagnostics, and records from Dr. Peter Bernad, Dr. Michael Cohen, and Dr. Louis Levitt.

Further, my educational and professional background is contained within my curriculum vitae, which is attached. My rate sheet and testimonial history are also attached.

It is my opinion that the side effect profile of a second generation anti-psychotic medication such as quetiapine (Seroquel), is generally safer than the medications in the first generation of anti-psychotics. Data show that the development of tardive dyskinesia in adults with second-generation anti-psychotics such as quetiapine is less than 5% annually, and this rate is less than that of first-generation anti-psychotics, which rate is over 2.5 times higher. Further, the medical records indicate that this medication had been very helpful for this patient over many months. Based on the relatively low incidence of movement disorders with this medication, the development of tardive dyskinesia could not be predicted in advance, but its regrettable development does not mean that the use of this medication was improper. Quetiapine was less likely than other psychotropic medications to cause this problem.

I hold these opinions to a reasonable degree of medical certainty. If you obtain additional information that relates to this matter, I will be happy to review it and, if necessary, supplement my opinions accordingly. Also, I will make myself available for a deposition to further elaborate on these opinions at the request of the Plaintiff and the convenience of all involved. Please let me know if you have any questions regarding my views.

Sincerely yours,

Brent G. Petty, M.D.