

Richard J. Lurito, Ph.D.
*President*

July 31, 2012

Kenneth M. Trombly, Esq.
Schultz & Trombly, P.L.L.C
1050 17th Street N.W.
Suite 1250
Washington, D.C. 20036

Re: Kay N. Patteson Case

Dear Mr. Trombly:

The purpose of this report is to set out the economic loss suffered by Ms. Kay N. Patteson due to the allegedly wrongful injuries she has sustained. These injuries, I am advised, have rendered her unemployable. According to information provided to me, it is reasonable to expect that Ms. Patteson was unable to work beyond the end of May, 2009. At that point in time she was 54.54 years old, having been born on November 16, 1954. According to the 2007 Life Tables, published by the U.S. Department of Health and Human Services, a white female, age 54, has 29.2 years of remaining life expectancy. I am asked to assume that, absent injury, Ms. Patteson would have worked until age 65 or 70, or 10.46 or 15.46 years beyond May, 2009.

Ms. Patteson was employed as a legal secretary by the law firm of Kirkpatrick & Lockhart Preston. She had worked there at least since 2005. Over the three calendar years prior to May, 2009 Ms. Patteson earned $66,529 on average. This is taken to be her earning capacity absent injury. As far as pay advance is concerned, U.S. Department of Labor data indicate that over the 1983-2011 period, the median weekly earnings of secretaries increased by 3.47% a year.[1] Over the same time period, inflation in our economy advanced at 2.95% a year. If inflation proceeds at 3% a year in the future, and this is the current expectation, then Ms. Patteson's pay would likely have risen by 3.5% a year in the future. Based on the foregoing, Column 2 of Tables 1 and 2 shows that absent injury Ms. Patteson had the capacity to earn $823,647 or $1,334,994 in total dollars over the 10.46 or 15.46 years of working life she had remaining at the end of May, 2009.

Given these projected earnings streams in total dollars (Tables 1 and 2, Column 2), we must now determine their economic value today. As indicated, Tables 1 and 2, Column 2, show a total of

---

[1] U.S. Department of Labor, Handbook of Labor Statistics, Bulletin 2340, August, 1989, p. 170 and U.S. Department of Labor, "Employment and Earnings", January, 2012, p. 6.

1491 Chain Bridge Road, Suite 300
McLean, VA 22101

Telephone: 703/442-4528
Telecopier: 703/893-1674

$823,647 or $1,334,994 in expected future earnings for Ms. Patteson from her 54th year through her anticipated working life. The question then is, "what lump-sum payment today would be equal to these projected earnings?"

The answer depends on (1) how the income stream is spread over time, and (2) what sort of interest the lump-sum could earn if invested. The final answer, called the present value of the future income stream, is obtained by the technique of discounting each year of the future income stream at whatever interest rate is deemed appropriate for investing funds and then summing across all years.

The choice of an appropriate discount rate (interest rate) is to some extent a matter of opinion. One can invest funds in assets yielding various interest rates, and the differences in rates among such assets is usually related to the degree of risk associated with holding them. Over the 2001-2011 period, long-term, taxable U.S. Government bonds have yielded, on the average, 4.05% per year (see Table 3, Column 3). On the other hand, Aaa corporate bonds, being somewhat riskier, have yielded 5.62% per year over this same period (see Column 2). In view of these differences in interest rates, which rate is appropriate?

One way to put the question of interest rate choice is to ask, "what sort of rate can be earned today on the kind of asset a prudent person would choose if he/she were trustee of a sum of money for someone else?" Because there is no universally accepted rate for this purpose, calculations of the present value of Ms. Patteson's future income have been made on the basis of a 2.50% after-tax interest (discount) rate. This constitutes a rate of return which a prudent trustee might aim for. Higher rates would require that higher levels of risk be taken and would seem to go beyond risk levels a prudent trustee might want to accept in current, troubled financial markets.

Tables 1 and 2, Column 3, present the discounted value of Ms. Patteson's future earnings using the 2.50% interest rate indicated for each year until her expected working life is ended. (The footnotes of these tables detail the steps necessary to derive the figures shown.) The present value of Ms. Patteson's earnings is $785,047 had she worked until age 65 and it is $1,189,377 had she worked until age 70. Hence, absent injury, in my opinion, Ms. Patteson had the capacity to earn a gross income of $785,047 or $1,189,377 over her working life in present value terms had she not been injured. However, income taxes need to be considered.

Had Ms. Patteson earned the income shown on Tables 1 and 2, Column 2, she would have paid a portion of it for federal and Virginia income taxes. To determine how much tax she likely would have paid, it is necessary to compute her average yearly income in 2012 dollars. Based on a 3.0% inflation factor, had she not been injured Ms. Patteson would have earned $74,395 or $75,309 per year on average in 2012 dollars over her working life.[1] Had she taken the standard deduction and one exemption, her federal income tax (married, filing separately) would have been $9,299 or $9,436.[2] The Virginia tax is $3,641 or $3,693.[3] Hence, the total tax is $12,940 or $13,129 or 17.4% or 17.4% of her $74,395 or $75,309 average yearly income. These are the tax factors to apply to Ms. Patteson's future income, absent injury.

As seen, the present value of her gross income absent injury is $785,047 or $1,189,377; at a 17.4% tax rate, the tax is $136,598 or $206,952. Hence, Ms. Patteson's net income absent injury is

---

[1] The figures in Tables 1 and 2, Column 2, were deescalated at 3% per year -- our assumed rate of future inflation -- and summed. This is $778,169 and $1,164,277. These sums are then divided by 10.46 or 15.46 years.

[2] $74,395 - $5,800 - $3,700 = $64,895 taxable income; federal tax is $9,299; $75,309 - $5,800 - $3,700 = $65,809 taxable income; tax is $9,436.

[3] $74,395 - $5,800 - $800 = $67,795 taxable income; tax is $720 + 5.75% over $17,000. $75,309 - $5,800 - $800 = $68,709 taxable income; tax is $3,693.

$648,449 or $982,425.[1] Because, as mentioned, Ms. Patteson has been rendered unemployable due to injury, this figure also represents the earnings loss she has suffered as a result thereof.

According to Ms. Valerie V. Parisi, a registered nurse and life care planner, Ms. Patteson requires the following care regimen due to injury, if she is cared for at home for life:

| | Aspect of Need | Duration of Need | Current Cost |
|---|---|---|---|
| 1 | Physical therapy | for life | $    750 |
| 2 | Psychological counseling | over life | 16,000 |
| 3 | Case management | over life | 5,400 |
| 4 | Neurologist | for life | 360 |
| 5 | Medications | for life | 4,669 |
| 6 | Diagnostics | for life | 400 |
| 7 | Cane | every 5.0 years for life | 25 |
| 8 | Walker | every 5.0 years for life | 150 |
| 9 | Bath bench | every 5.0 years for life | 60 |
| 10 | Handheld shower | every 5.0 years for life | 30 |
| 11 | Grab bars | every 10.0 years for life | 100 |
| 12 | Wheelchair (power) | every 5.0 years for life | 3,500 |
| 13 | Wheelchair maintenance | for life | 350 |
| 14 | Lift for scooter | every 7.0 years for life | 1,200 |
| 15 | Homemaker assistance | for life | 43,800 |

Based on my evaluation of the historical increase in the costs related to the needs indicated above, the present value cost each of these needs, based on the use of a 2.50% after-tax discount rate and the cost escalation factors set out below is as follows, over a current, normal life expectancy for Ms. Patteson of 26.6 more years:

| | Aspect of Need | Annual Cost Escalation Rate | Present Value Cost |
|---|---|---|---|
| 1 | Physical therapy | 3.50% | $   22,657 |
| 2 | Psychological counseling | - | 16,000 |
| 3 | Case management | - | 5,400 |
| 4 | Neurologist | 3.75% | 11,234 |
| 5 | Medications | 4.25% | 155,564 |
| 6 | Diagnostics | 4.25% | 13,327 |
| 7 | Cane | 3.00% | 160 |
| 8 | Walker | 3.00% | 958 |
| 9 | Bath bench | 3.00% | 383 |
| 10 | Handheld shower | 3.00% | 191 |
| 11 | Grab bars | 3.00% | 315 |
| 12 | Wheelchair (power) | 3.00% | 22,337 |
| 13 | Wheelchair maintenance | 3.50% | 10,570 |
| 14 | Lift for scooter | 3.50% | 5,330 |
| 15 | Homemaker assistance | 4.00% | 1,412,039 |
| | Total | | $1,676,465 |

Nurse Parisi also prepared a life care plan for Ms. Patteson were she placed in an assisted living facility. It is as follows:

[1] $785,047 - $136,598; $1,189,377 - $206,952.

| | Aspect of Need | Duration of Need | Current Cost |
|---|---|---|---|
| 1 | Physical therapy | for life | $ 750 |
| 2 | Psychological counseling | over life | 16,000 |
| 3 | Case management | over life | 5,400 |
| 4 | Neurologist | for life | 360 |
| 5 | Medications | for life | 4,669 |
| 6 | Diagnostics | for life | 400 |
| 7 | Medical equipment/adaptive aids | every 5.0 years for life | 35 |
| 8 | Wheelchair (power) | every 5.0 years for life | 3,500 |
| 9 | Wheelchair maintenance | for life | 350 |
| 10 | Lift for scooter | every 7.0 years for life | 1,200 |
| 11 | Assisted living facility | for life | 35,688 |

Again, based on my evaluation of the historical increase in the costs related to the needs indicated above, the present value cost each of these needs, based on the use of a 2.50% after-tax discount rate and the cost escalation factors set out below is as follows, over a current, normal life expectancy for Ms. Patteson of 26.6 more years:

| | Aspect of Need | Annual Cost Escalation Rate | Present Value Cost |
|---|---|---|---|
| 1 | Physical therapy | 3.50% | $ 22,657 |
| 2 | Psychological counseling | - | 16,000 |
| 3 | Case management | - | 5,400 |
| 4 | Neurologist | 3.75% | 11,234 |
| 5 | Medications | 4.25% | 155,564 |
| 6 | Diagnostics | 4.25% | 13,327 |
| 7 | Medical equipment/adaptive aids | 3.00% | 223 |
| 8 | Wheelchair (power) | 3.00% | 22,337 |
| 9 | Wheelchair maintenance | 3.50% | 10,570 |
| 10 | Lift for scooter | 3.50% | 5,330 |
| 11 | Assisted living facility | 5.00% | 1,314,694 |
| | Total | | $1,577,336 |

As seen, Ms. Patteson has suffered at least two types of pecuniary loss as a result of the injuries she sustained. They are as follows:

| | | Pecuniary Loss If Ms. Patteson Had Worked | |
|---|---|---|---|
| | Aspect Of Loss | Until Age 65 | Until Age 70 |
| 1. | Lost Net Income | $ 648,449 | $ 982,425 |
| 2. | Future Care Costs | | |
| | (a) At Home For Life | 1,676,465 | 1,676,465 |
| | (b) Assisted Living Facility For Life | 1,577,336 | 1,577,336 |
| 3. | Total | | |
| | (a) At Home For Life | $ 2,324,914 | $ 2,658,890 |
| | (b) Assisted Living Facility For Life | $ 2,225,785 | $ 2,559,761 |

Hence, in my opinion, a lump-sum payment of at least $2,225,785 to $2,658,890 needs to be made to Ms. Patteson today to compensate her for the pecuniary loss she has suffered. Her loss is at least in this range because it does not include the medical and medical-related costs that she has had to incur to date due to the injuries she sustained.

Very truly yours,

Richard J. Lurito

Richard J. Lurito, Ph.D.

TABLE 1

Future Earnings Of Ms. Kay N. Patteson

Over Her Working Life, Absent Injury

And The Present Value Of Those Earnings
(Works Until Age 65)

| Year Of Remaining Work Life Expectancy a/ (1) | Future Earnings, Absent Injury (2) | Present Value Of Future Earnings d/ (3) |
|---|---|---|
| 1 | $ 66,529 b/ | $ 71,644 |
| 2 | 68,858 | 72,343 |
| 3 | 71,268 | 73,049 |
| 4 | 73,762 | 73,762 |
| 5 | 76,344 | 74,482 |
| 6 | 79,016 | 75,208 |
| 7 | 81,781 | 75,942 |
| 8 | 84,643 | 76,683 |
| 9 | 87,606 | 77,431 |
| 10 | 90,672 | 78,186 |
| 11 | 43,169 c/ | 36,317 |
| Total: | $ 823,647 | $ 785,047 |

a/ At the time her economic loss began, Ms. Patteson had an expected working life of 10.46 more years.

b/ From 6/1/2009 to 5/31/2010 Ms. Patteson would likely have earned $66,529 (per text). This $66,529 figure is escalated at 3.5% per year into the future.

c/ 46% of $93,846.

d/ The figures in Column 2 discounted at 2.5% per year.

Future Earnings Of Ms. Kay N. Patteson

Over Her Working Life, Absent Injury

And The Present Value Of Those Earnings
(Works Until Age 70)

| Year Of Remaining Work Life Expectancy a/ (1) | Future Earnings, Absent Injury (2) | Present Value Of Future Earnings d/ (3) |
|---|---|---|
| 1 | $ 66,529 b/ | $ 71,644 |
| 2 | 68,858 | 72,343 |
| 3 | 71,268 | 73,049 |
| 4 | 73,762 | 73,762 |
| 5 | 76,344 | 74,482 |
| 6 | 79,016 | 75,208 |
| 7 | 81,781 | 75,942 |
| 8 | 84,643 | 76,683 |
| 9 | 87,606 | 77,431 |
| 10 | 90,672 | 78,186 |
| 11 | 93,846 | 78,949 |
| 12 | 97,130 | 79,719 |
| 13 | 100,530 | 80,497 |
| 14 | 104,048 | 81,282 |
| 15 | 107,690 | 82,075 |
| 16 | 51,271 c/ | 38,123 |
| Total: | $ 1,334,994 | $ 1,189,377 |

a/ At the time her economic loss began, Ms. Patteson had an expected working life of 15.46 more years.
b/ From 6/1/2009 to 5/31/2010 Ms. Patteson would likely have earned $66,529 (per text). This $66,529 figure is escalated at 3.5% per year into the future.
c/ 46% of $111,459.
d/ The figures in Column 2 discounted at 2.5% per year.

TABLE 3

Interest Rates

2001 - 2011

| Year (1) | Moody's Aaa Corporate Bonds (Percent Yield) (2) | U.S. Government Bonds Percent Yield) * (3) |
|---|---|---|
| 2001 | 7.08 | 5.02 |
| 2002 | 6.49 | 4.61 |
| 2003 | 5.67 | 4.01 |
| 2004 | 5.63 | 4.27 |
| 2005 | 5.23 | 4.29 |
| 2006 | 5.59 | 4.80 |
| 2007 | 5.56 | 4.63 |
| 2008 | 5.63 | 3.66 |
| 2009 | 5.31 | 3.26 |
| 2010 | 4.94 | 3.22 |
| 2011 | 4.64 | 2.78 |
| Average | 5.62% | 4.05% |

* U.S. Treasury securities of 10-year maturities.

SOURCE: Economic Report of the President, 2012. Washington,
         D.C.:  U.S. Government Printing Office, 2012.