VALPAR CONSULTANTS, INC.

# Life Care Plan

## For Kay Patteson

Valerie V. Parisi RN CRRN CLCP

7/12/12

109 Windsong Drive
Doylestown, PA 18901

215-230-0141
215-230-9913 FAX
vvparisi@valpar.com

July 20, 2012

Mr. Timothy J. Aiken

Aiken and Scoptur, S.C.

Personal Injury Attorneys

2600 North Mayfair Road

Suite 1030

Milwaukee, WI 53226

                      RE: Kay Patteson

                      DOB: 11/16/54

                      DOI: 2006/2007

**LIFE CARE PLAN**

**INTRODUCTION:**

Kay Patteson is a 56 year old female who was prescribed Seroquel for insomnia between 2006 and 2007 who developed tardive dyskinesia. She now requires medication for this condition which has caused Parkinsonism or Parkinson's disease like syndrome in addition to tardive dyskinesia symptoms. She has disabling and distressing abnormal movement of her whole body which has progressed and has affected her ability to perform daily activities. Prior to the development of tardive dyskinesia, Ms. Patteson was independent in all activities of daily living and was working full time as a legal secretary. She is now dependent on others for household and personal care assistance. She requires multiple medications to control symptoms and to function. Ms. Patteson was referred for a telephonic rehabilitation nursing assessment and life care plan. The purpose of this report was to discuss the extent to which medical and disability status related to Ms. Patteson's neurological conditions affect this individual's future medical, rehabilitation, independent living and activities of daily living.

A life care plan is a comprehensive report and dynamic document based upon published standards of practice, comprehensive assessment, data analysis, and research which provides an organized, concise plan for current and future care needs with associated cost for individuals who have experienced catastrophic injury or chronic health care needs. These costs also include replacement schedules and frequency of treatments. This life care plan is a preventive plan intended to minimize complications and maximize functional potential. Services necessary to meet the needs dictated by the onset of neurological conditions are outlined in the appendices section of this report.

This life care plan was prepared by a review of the medical records provided, a telephonic nursing assessment interview on May 6, 2011, information from treating providers as available, clinical practice guidelines, and rehabilitation nursing knowledge and experience. Every effort has been made to assess the current and projected needs of Kay Patteson based on this information.

**RECORDS REVIEWED:**

1. Records of Amy L. Friedenthal, MD
2. Records of Michael Cohen, MD
3. Records of CVS Pharmacy
4. Records of Donald Sargent, MD
5. Records of the Department of Neurology at Georgetown
6. Records of Georgetown Finance
7. Report of Georgetown Hospital Radiology
8. Records of Jeff Jacobson, MD
9. Records of Louis E. Levitt MD
10. Records of Dr. Maloney
11. Records of Peter Bernard, MD
12. Records of Potomac Hospital
13. Records of Quest Diagnostic
14. Records of Safeway Pharmacy
15. Records of Sudeshna Bose MD
16. Records of Zachary Kaye MD

**MEDICAL BACKGROUND:**

The following information was taken directly from the available medical records:

On April 17, 2007, Ms. Patteson was seen by Dr. Levitt for orthopedic evaluation as a 52 year old female with a history of weakness to the lower extremities that had been present for the past two months. Her extremities were not painful. She had no history of trauma and no other

3

concurrent medical problems such as diabetes or thyroid disease. There was concern for central nervous system disorder. MRI of the lumbar spine was ordered and she was to be seen by a neurologist.

On May 5, 2007, Ms. Patteson was seen by Dr. Bernard in neurological consultation. She had weakness involving the proximal muscles of both feet. This was limb girdle involvement with the lower extremities. She used a cane. She was admitted to Potomac Hospital two weeks ago and was evaluated with nothing specific found except some degenerative joint disease. She was on Lisinopril for hypertension and Motrin. She was married and had three children. She worked long hours in DC. MRI of the lumbar spine and CT of the brain were reviewed. EMG and nerve conduction was ordered. MRI of the brain was recommended to further evaluate the calcification found on CT scan.

On June 26, 2007, Ms. Patteson was seen by Dr. Bernard for neurological follow-up. She had problems with weakness in her lower extremities and in the muscles of her back. She was having trouble walking to the bus stop and trouble walking from the subway when coming home. She was using a cane. She was taking Lisinopril for high blood pressure and Motrin for pain as needed. She was on Cyclobenzaprine and Seroquel which was helping with sleep. Her brain MRI showed no significant abnormality. She had a bone spur on the right side of the right big toe. She has focal weakness involving the left side. She had one son with Asperger disease and another with autism and a daughter with bipolar disease. She was to continue current medications and have EEG. The sleep study did show sleep apnea.

On July 9, 2007, Ms. Patteson was seen by Dr. Levitt for orthopedic evaluation. She had been hospitalized for weakness of the legs. She was seen by a neurologist and had an extensive work up which was negative. MRI of the lumbar spine showed mild degenerative changes. She still had an unusual gait pattern. She was to be treated symptomatically with an aggressive physical therapy program to build strength and endurance.

On July 31, 2007, EEG report of Dr. Bernard was normal.

On August 5, 2007, Ms. Patteson was seen by Dr. Bernard for neurological follow-up. She had constant movement of the arms and legs and difficulty walking. There was concern about alcohol. She was crying, depressed and anxious for years according to her husband. Psychiatric consultation was recommended. She had sleep problems and was started on Rozerem. Ms. Patteson asked if her problems could be due to Seroquel and Dr. Bernard was unsure.

On August 17, 2007, Ms. Patteson was seen by Dr. Bernard for neurological follow-up for muscles in her back and in the left buttocks. She had weakness involving the proximal muscles of both feet. She had constant movements of the arms and legs. She had a great deal of anxiety and nervousness. She had no actual pain and no paralysis. She had difficulty walking and was using a cane. She had a great deal of anxiety and possible generalized anxiety disorder with lots

4

of hand movements and constantly touching her face. She was to avoid alcohol. She was referred to Dr. Belikes for psychiatric consultation.

On August 31, 2007, Ms. Patteson was seen by Dr. Bernard for neurological follow-up. She had problems with muscle spasm in her low back and on the left side in the left hip area and in the low back. The muscle spasm caused her to walk with a cane. She was admitted to Potomac Hospital a few months ago. A full work up was essentially negative. She had mild small vessel disease and calcification of the tentorium but no significant abnormalities. She underwent physical therapy at Potomac Hospital and was found to have problems with the left side which improved with therapy. Her anxiety and nervousness were noted. She was placed on Rozerem for sleep. She was on CPAP for sleep apnea. She was given a trigger point injection for the lower back.

On September 19, 2007, Ms. Patteson was seen by Dr. Bernard for neurological follow-up. She had pain in the left pelvic area. She had muscle spasm which caused her to walk with a cane. This interfered with quality of life and working as she was afraid of walking from the parking lot to the bus stop. She had physical therapy at Potomac Hospital. Her anxiety and nervousness was noted and treated. MRI of the pelvis was ordered. Benztropine was discontinued as there was no difference in subtle movements which appeared to have the quality of tardive dyskinesia.

On September 25, 2007, Ms. Patteson was seen by Dr. Bernard for neurological follow-up. She was seen in the ER for constant movements in the pelvic area on the left side. She had pain in the lateral left side of the leg, hamstring area, left hip and towards the pelvic area. She had difficulty walking due to muscle spasm. The left leg was giving out on her. She was not able to focus due to constant pain. Dr. Bernard felt she may have a movement disorder. She was on lorazepam and Rozerem because she could not sleep. She had difficulty walking. She was given trigger point injections.

On October 16, 2007, Ms. Patteson was seen by Dr. Bernard for neurological follow-up. She had almost constant movements and severe pain in the lumbar area and left hip. She was seen in the ER for constant movements of the pelvis on the left side. She had difficulty walking because of muscle spasm. She was using a cane. She had difficulty walking to the subway and bus stop to get to her job in a DC law firm. She was having difficulty focusing on things. She was given trigger points and nerve blocks involving the left sciatic area.

On December 5, 2007, Ms. Patteson was seen by Dr. Jacobs for a neurosurgical consultation. She was a 53 year old female who developed progressive weakness of both legs, more so on the left than the right. She started walking with a stiff gait and started using a cane for assistance. She has been followed by a neurologist and testing including MRI of the brain and lumbar spine and EMG were performed. Her past medical history was positive for high blood pressure, asthma, arthritis, and anxiety and she has had three C sections. There was no structural pathology in the

brain or lumbar spine would account for this degree of dysfunction and further recommendations were to be made following review of films.

On December 29, 2007, Ms. Patteson was seen in neurological consultation by Dr. Bernard while an inpatient at Potomac Hospital. She had extreme anxiety and back pain. She had constant movements that she could not control. When her anxiety increased, her movements increased. She was restless. She was brought to the ER by her husband. She had constant movements which she had before. She was worried about losing her job. She was unable to sit still and was constantly moving. She was to be evaluated by the psychiatric nurses for inpatient unit stay and intense psychotherapy. She has had MR, CT scan, lumbar puncture, and all other evaluations. She has been tried on medications. She was worked up for Wilson's disease and other movement disorders. She had high anxiety and Valium was recommended. She was to take Klonopin for anxiety and Seroquel was to be prescribed to calm her down. Blood work was ordered.

Ms. Patteson presented to Dr. Cohen for a neurology evaluation on January 28, 2008 for evaluation and treatment of involuntary movements in the lower extremities with occasional weakness and gait disturbance. She was a 53 year old female with involuntary movements since March 2007. This was initially like muscle spasms but this was now more like continual movement when she was at rest. She was hospitalized twice because "my quality of life was such that I asked my husband to kill me". This bothered her most at night and kept her awake. She was put on Requip ten days ago by her psychiatrist that helped significantly but made her drowsy. She had a history of anemia. She was on Klonopin which helped. Hand movements were noted and had been present for several weeks. She was on Seroquel for about a year until one year ago. She saw Dr. Bernard who did EMG/NCS, evoked potentials, sleep study, EEG, 24 hour EEG, sleep study, and autonomic testing. Her father had died at age 62 and his mother was alive at age 77 and neither had neurological problems. She had one sister who was bipolar and had fibromyalgia. She had three children, one with severe autism and one with Aspergers. Her past medical history was significant for hypertension, asthma, C sections x 3, and hospitalizations for depression and muscle spasms. She was married and worked as a legal secretary.

The assessment was hyperkinetic movement disorder with chorea, akathisia, and athetosis and one thinks about Huntingdon's chorea, tardive dyskinesia, or Wilson's disease initially. This was not RLS. She was to have her MRI reviewed as well as studies by Dr. Bernard. She was to stop Requip and increase Klonopin.

On February 4, 2008, Ms. Patteson was seen by Dr. Cohen for neurological follow-up. The Klonopin was helping with sleep and her movements were less prominent off of the Dopamine agonist. She was on Seroquel 100-150 mg at bedtime for a year or so. The most likely diagnosis was tardive dyskinesia. Tetrabenazine was the most effective treatment and was just FDA approved. She was to have further work up and was placed on Keppra 250 mg twice per day.

On February 13, 2008, Ms. Patteson was seen by Dr. Cohen for neurological follow-up. She was missing work due to fatigue from attacks of twitching which will go on for two days at a time. The assessment was probable tardive dyskinesia and she was referred to movement disorders clinic and started on Tetrabenazine.

On March 19, 2008, Ms. Patteson was evaluated by Dr. Lo at the movement disorders clinic at Georgetown. She was a 53 year old with complaints of involuntary movements of her trunk and lower extremities. She took Seroquel for one year for insomnia. After her movements began, the Seroquel was tapered down and discontinued. However, the movements persisted. The abnormal movements involve the extremities and trunk and there were slow rocking movements of the trunk and extremities and foot movements consist of dorsiflexion on both sides which was greater on the right side than the left. She appeared restless but reported the movements as involuntary. The movements could be suppressed for seconds but then she feels tense. The movements were worsening over the past year and were worse with stress. She first saw a neurologist, Dr. Bernard, who tried Klonopin and thought her movements were psychogenic. She was seen by Dr. Cohen who prescribed tetrabenazine.

MRI of the lumbar spine in 2008 showed a bone spur but she did not have enough degeneration to account for the difficulty walking. She had EMG ordered by Dr. Bernard. She had a sleep study on March 26, 2007 which showed sleep apnea. MRI of the brain showed calcification of the blood vessels with no other significant findings. She was doing physical therapy in 2007. She had EEG performed by Dr. Bernard. She was seen by a neurosurgeon, Dr. Jacobson in 2007 for follow-up of the MRI of her spine and pelvis. In 2007, she also saw a neurologist and psychiatrist who felt her problems were of a psychiatric nature. She has been treated for depression since January 2008 until the present by psychiatry. She was married with three children. She was to have a full work up to rule out other causes of her chorea such as Huntingdon's Disease, Wilson's disease, and neurocanthocytosis. She was to continue with Klonopin and Keppra. TBZ (tetrabenazine) could be tried but there are side effects of Parkinson's and severe depression. Depakote may also be of benefit.

On April 7, 2008, Ms. Patteson was seen by Dr. Cohen for neurological follow-up. She was seen by Dr. Lo at Georgetown at the movement disorder clinic. He agreed that she had a hyperkinetic movement disorder and recommended to continue Clonazepam and Keppra and that Tetrabenazine could be tried. She was to have further work up.

On May 16, 2008, Ms. Patteson was seen by Dr. Cohen for neurological follow-up. She was up to Tetrabenazine 25 mg tablets ½ five times daily but was having difficulty standing due to the tremor in her legs so she cut to three half tablets daily. She had probable tardive dyskinesia and was back on Zoloft for depression.

7

On May 28, 2008, Ms. Patteson was seen by Dr. Lo at the movement disorders clinic at Georgetown. She was a 53 year old female with a history of truncal choreiform movements that have improved since starting tetrabenazine but the movements were still present. She has developed medication induced Parkinsonism. Her posture has been more stooped with decreased facial expression and she appeared to have TBZ (tetrabenazine) induced akathisia. Her most likely diagnosis was tardive dyskinesia. TBZ dosage was decreased to lessen Parkinsonism and she was to try klonopin. Physical therapy was recommended.

On July 16, 2008, Ms. Patteson was seen by Dr. Cohen for neurological follow-up. She was having problems with chorea and could not go lower on her tetrabenazine dosage. Her Parkinsonian symptoms had not remitted and her walking was poor with akathisia. Her medications were to be adjusted.

On September 10, 2008, Ms. Patteson was seen by Dr. Lo in the movement disorders clinic at Georgetown. She was a 53 year old woman with a history of tardive choreic dyskinesia primarily of the trunk and lower extremities since the spring of 2007. She was previously on Seroquel. An attempt was made to decrease the tetrabenazine however this resulted in worsening of her hyperkinetic movements and this was subsequently increased. Since her last visit, she started using a walker. Prior to that she was using a cane. The walker was used primarily because of her posture and she found it difficult to walk without it. Her posture had continued to worsen and had increased significantly since May 2008. She developed a cramping of her calves, primarily at night. She also noted deterioration in her speech and found her voice to be more hypophonic. The akathisia had continued but had not worsened significantly. These occurred several times per day. She also developed an intermittent right upper extremity tremor. She had a progressive increase in bradykinesia and rigidity over the last several weeks. She noticed that she started drooling one week ago primarily with eating. Medication options for tardive dyskinesia were discussed including Amantadine, Depakote, and Clozaril which would require weekly blood counts. Deep brain stimulation was to be considered. Myobloc injections for sialorrhea were to be considered. She was to be referred for physical therapy for gait training and balance training. She was to keep her tetrabenazine dose the same.

On November 12, 2008, Ms. Patteson was seen by Dr. Lo in the movement disorders clinic at Georgetown for her symptoms of tardive dyskinesia and subsequent medication induced Parkinsonism. She was a 53 year old woman with a history or tardive choreic movements, primarily of the trunk and lower extremity since the spring of 2007. Her last visit was in September 2008 and Amantadine was added and slowly titrated up to 100 mg four times per day to be taken with tetrabenazine. Since the addition of Amantadine there has been significant improvement in her choreic movements and this also helped her Parkinsonian symptoms. The drooling continued to be a problem. Her hypophonia had not changed. The akathisia had decreased and now only occurred twice per week. The tremor in the right upper extremity also decreased in frequency and now only occurred a couple times per week. There was no change in

8

the bradykinesia and rigidity that she was experiencing and there was no change in her position or her gait. Since the additional of Amantadine, she developed a dry mouth and sleep maintenance continued to be a problem. She continued to ambulate with a walker. She was not receiving physical therapy. The Klonopin was helping her fall asleep and she continued to have difficulty with sleep maintenance and was waking up 4-6 times per night. She would like to proceed with Myobloc injections for sialorrhea. She did note her mood was more flat than it used to be. Constipation continued to be a problem.

She was to have the tetrabenazine decreased and was to continue Amantadine. She was to have Myobloc injections. She was referred for physical therapy.

On January 13, 2009, Ms. Patteson was seen by Dr. Amjad in the Botox Clinic with tardive chorea secondary to exposure to Seroquel that was refractory to discontinuation of Seroquel. She did respond to tetrabenazine but subsequently developed a profound Parkinsonism state particularly affecting her gait. Amantadine was subsequently added that alleviated the Parkinsonian symptoms to a mild degree and she did try to decrease the TBZ (tetrabenazine) down as the Amantadine was titrated up however any decrease of TBZ below 75 mg per day resulted in re-emergence of the chorea. More recently she developed sialorrhea, possibly related to drug induced Parkinsonism. She was to have a set of Myobloc injections to be repeated every three months.

On February 18, 2009, Ms. Patteson was seen by Dr. Lo at the movement disorders clinic at Georgetown. She had tardive dyskinesia and subsequent medication induced Parkinsonism. She was a 54 year old woman with a history of tardive choreiform movements primarily of the trunk and lower extremities since spring of 2007. She was treated with Seroquel for insomnia and when the medication was discontinued, these movements appeared. Her choreic movements were finally controlled with tetrabenazine but this induced a profound Parkinsonian state primarily affecting her ability to ambulate. Any attempt to decrease tetrabenazine below 75 mg per day resulted in reemergence of the hyperkinetic movements. Amantadine was prescribed to help with breakthrough choreic movements and Parkinsonian state. Since her last visit, physical therapy has helped her gait to a moderate degree. She had Myobloc injections in January 2009 for drooling. She also had dry mouth due to the Amantadine. Constipation was well controlled with Colace. She continued to have sleep difficulties and only slept two hours at a time. Clozaril was to be considered. A trial of Sinemet was to be tried for Parkinsonism. Deep brain stimulation may be of benefit.

On July 15, 2009, Ms. Patteson was seen by Dr. Lo at the movement disorders clinic at Georgetown. She had a history of tardive dyskinesia syndrome and subsequent medication induced Parkinsonism. A trial of Sinemet was to be considered or Clozaril for the tardive syndrome. She was on Sinemet for two to three weeks. Her choreic movements had gotten significantly worse than her previous evaluations and movements improved when the patient was

reclined or laying down and were worst in the seated position and can also occur with standing. Her walking had worsened significantly. She was continuing her Amantadine and Tetrabenazine. She was using a walker to walk. She had difficulty sitting in her chair with the degree of truncal movements and when she walked she had much more pronounced repetitive truncal flexion. Her Parkinsonism had improved and her face was brighter and her voice looked better. Clozaril was recommended as a balance has to be maintained between chorea control by tetrabenazine and drug induced Parkinsonism though it was felt this would be difficult if not impossible to achieve. She was to have regular blood draws to monitor for agranulocytosis. If medications fail, deep brain stimulation was to be considered.

On November 11, 2009, Ms. Patteson was seen by Dr. Lo at the movement disorders clinic at Georgetown. She was a 54 year old woman with a history of tardive dyskinesia syndrome and subsequent medication induced Parkinsonism. She was on Clozaril which was prescribed by Dr. Cohen and was taking 300 mg twice per day. She had overall increased choreiform movements which were why her gait had declined. She was moving to Tucson, Arizona where her mother lives and asked for a referral to a movement disorder specialist. She was to continue Amantadine 100 mg four times per day, Tetrabenazine 25 mg three times per day, Cloraril 300 mg twice per day and to consider deep brain stimulation in the future.

On March 29, 2010, Ms. Patteson was seen by Dr. Bose for movement disorder clinic evaluation. She was a 55 year old woman with a 1-2 year history of dyskinesia. The problem started insidiously and was described as abnormal movements involving her whole body after exposure to Seroquel. There was progression of symptoms which were affecting her daily activities. Tetrabenazine was helping but she had axial dyskinesia which was exhausting her. She developed akathisia and was on Klonopin for it. She was taking Amantadine for drug induced Parkinsonism and noted worsening shakiness off of medications.

The impression was a 55 year old woman with intractable dyskinesia. The abnormal movements were mainly of her body, diaphragm, and oromandibular region. By history, tetrabenazine had helped significantly but she continued to have abnormal movements. Dr. Bose was in agreement that she likely had tardive dyskinesia induced by Seroquel. She had severe akathisia and difficulty sitting still without Klonopin. She was to continue the medication. She was to take Amantadine twice per day due to difficulty sleeping and Benztropine if Parkinson's tremors become a problem. This will also help her drooling. She was fairly high risk given her abnormal movements as well as drug induced Parkinsonism. She denied any evidence of depression. She was to continue all medications and try Benztropine 1 mg twice daily. She was to have lab work for potential serious side effects of medications.

On July 7, 2010, Ms. Patteson was seen by Dr. Bose for movement disorder clinic evaluation. She was to continue all medications. She had concerns for depression and was to see psychiatrist. Her lab work was reviewed and disability due to tardive dyskinesia was discussed.

**CURRENT STATUS:**

The following information was obtained during a nursing assessment telephonic interview on May 6, 2011:

- Ms. Patteson was born on 11/16/54. She currently lives in Tucson, Arizona. Her husband is Gary Patteson who remains in the Washington DC area. The couple has three children who are in their 20's. One lives on a group home due to severe autism. One child lives in Mississippi and one lives with Mr. Patteson in DC.

- Ms. Patteson now lives with her mother and sister in Tucson in Arizona.

- Ms. Patteson has a Bachelors degree in Information Technology and was working as a legal secretary while in DC. She is now on disability due to tardive dyskinesia.

- Ms. Patteson is seen by Dr. Bose at the movement disorders clinic every three months for medical management including medication prescription and lab work to monitor medications. She is also followed by a primary care physician for hypertension.

- Ms. Patteson is on the following medications for tardive dyskinesia:

    1. Amantadine HCL 100 mg twice per day
    2. Benztropine Mesylate 1 mg twice per day
    3. Clonazepam 2 mg three times per day
    4. Xenazine 25 mg four times per day
    5. Trazodone for depression and sleep.
    6. Docusate as stool softener

- She is also on medications for hypertension

- Ms. Patteson uses a walker or cane and wheelchair while in the community. She had no other durable medical equipment at this time.

- Ms. Patteson reported that she was 5 feet 5 inches tall and weighs 180 pounds.

- Ms. Patteson reports that she does not smoke or drink alcohol. She does not take illegal drugs.

- Ms. Patteson has involuntary movements of her left pelvis and left leg as well as the rest of her body including her mouth and tongue which is distressing to her. Medications help

but do not stop the movements. She does have neck rigidity and gait dysfunction due to Parkinsonism. She also had drooling which was distressing to her.

- She has difficulty with lifting. She had shakiness with her grip by report. She can only walk short distances without her cane and uses a wheelchair in the community. Bending, twisting, kneeling, stooping and squatting are all difficult to do and are limited.

- She is currently living in a one story ranch home which is owned by her mother and does not have to climb stairs at home.

- Ms. Patteson reports no recent falls. She does report easy fatigue with activities. She is independent with dressing, grooming, bathing, and toileting however these activities take more time.

- She is dependent on her mother who is in her 70's for most housework, driving, and laundry as well as shopping and errands.

- Ms. Patteson reports no vision issues. She does report that her hearing in her right ear is not as good as it once was. Her swallowing is good with no difficulties. She was noted to have slow speech which was weaker in quality and hesitant but she was able to provide nursing assessment information. She reports her concentration is not as it was and she has short term memory issues which she did not have previously.

- Ms. Patteson reports that her appetite is normal. Her sleep pattern continues to be disturbed and she is on sleep medication.

- Ms. Patteson reports that a typical day consists of getting up to read, watch TV, sit outside, or go to the store with her mother and sister during which one of them has to push her wheelchair as she needs it. She is considering power mobility such as a scooter but hates to give up on walking.

- Ms. Patteson reports that she has depression which she had before but it is worse now due to her disability status. She has concerns about her future and becoming more frail and needing assistance as she ages.

**CASE CONSIDERATIONS REGARDING FUTURE CARE NEEDS:**

Kay Patteson is a 56 year old female who was prescribed Seroquel for insomnia between 2006 and 2007 who developed tardive dyskinesia. She now requires medication for this condition which has caused Parkinsonism or Parkinson's disease like syndrome in addition to tardive dyskinesia symptoms. She has disabling and distressing abnormal movement of her whole body which has progressed and has affected her ability to perform daily activities. Prior to the development of tardive dyskinesia, Ms. Patteson was independent in all activities of daily living

12

and was working full time as a legal secretary. She is now dependent on others for household and personal care assistance. She requires multiple medications to control symptoms and to function. Ms. Patteson was referred for a telephonic rehabilitation nursing assessment and life care plan.

The following recommendations are made based on telephonic nursing assessment, current treatment plan of Dr. Bose, clinical practice guidelines and rehabilitation nursing knowledge and experience.

**Projected Therapeutic Modalities:** Ms. Patteson has required intermittent physical therapy related to gait dysfunction and movement disorder. It is likely that she will continue to require physical therapy as age combines with disability. An annual allocation of five sessions per year is given as an annualized average and actual therapy prescriptions may well exceed these allocations. This allocation can also be used for maintenance supervised exercise programs as recommended by her physician. Ms. Patteson did have a history of depression prior to the onset of tardive dyskinesia, however, this has worsened since the onset of this distressing disorder and an allocation is given for counseling sessions to be used as needed. The notes of Dr. Bose indicate the need for psychological referral. Three lifetime occurrences of nursing case management is included in this life care plan to coordinate care and services as needed, particularly at times of transition with aging.

**Future Medical Care/Medications/Diagnostic Testing/Surgical Care:** Ms. Patteson is seen by the movement disorders clinic and Dr. Bose four times per year. Dr. Bose orders lab work related to medications to monitor for side effects. Ms. Patteson's current medication regimen is included in this life care plan. Xenazine (tetrabenazine) at this time is purchased through a Canadian pharmacy due to availability issues and costs reflect Canadian pricing for generic medication. Ms. Patteson may require deep brain stimulation therapy according to the records of Dr. Lo, her prior movement disorder specialist at Georgetown Medical Center in Washington, DC. The cost of this procedure including device costs, surgeon's fees, hospital charges, post procedure MRI as recommended, and post procedure programming are included for information purposes. Should this procedure be successful, the device would need to be replaced every five years. Ms. Patteson may also require hospital days related to complications of the disease process such as falls, swallowing difficulties, or respiratory issues and those costs could add significantly to these allocations.

**Medical Equipment/Mobility:** Ms. Patteson requires durable medical equipment for safety and mobility. A power scooter is recommended to replace her manual wheelchair to improve community access and lessen dependence on family members who presently need to push her wheelchair.

**Home Care:** Ms. Patteson is presently in a one floor ranch home and is assisted by family members with all household activities including meals, shopping and errands, housework,

transportation, and assistance as needed with personal care for her safety. It is anticipated that the need for personal care will increase with age. For this reason, an allocation of 4-8 hours per day of homemaker assistance is allocated in this life care plan. An alternative would be a move to an assisted living community where those services would also be provided. Should Ms. Patteson's condition deteriorate further than anticipated as noted in the potential complications section of the appendices, she may well require around the clock home care assistance.

These options are presented in an effort to ensure that Ms. Patteson's current and projected needs are met based on what is known at the time of this report both from assessment data and the current literature. Should further information become available which further clarifies these needs, this report may be supplemented. The attached appendices list services and costs specifically related to the decreased functional level and medical needs resulting from Ms. Patteson's neurological conditions. For information purposes only, a cost summary page in today's dollars details costs. Kay Patteson is 56 years old and a normal life expectancy for a 56 year old female is 27 (27.2) years remaining according to the National Center for Vital Statistics Life Tables, 2006 published in 2010. All opinions have been stated with a reasonable degree of professional certainty. Should further information be obtained this report may be supplemented.

Sincerely,

*Valerie V. Parisi*

Valerie V. Parisi RN CRRN CLCP

Certified Life Care Planner