UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAY PATTESON,<br><br>    Plaintiff,<br><br>        v.<br><br>JOHN MALONEY,<br><br>    Defendant. | Civil Action No. 10-1760 (JEB) |

## PROPOSED VOIR DIRE

1. In this case the Plaintiff is Kay Patteson. She now lives in Tucson, Arizona. The Defendant is Dr. John Maloney, who is a psychiatrist practicing in the District of Columbia. In 2006-07, Dr. Maloney, who was treating Ms. Patteson, prescribed her the medication Seroquel as a sleep aid. Ms. Patteson subsequently developed tardive dyskinesia, which is a disorder that affects the nervous system and causes involuntary muscle movement. She has brought this suit against Dr. Maloney, alleging that he was negligent in prescribing Seroquel and that he did not obtain her informed consent before doing so. She seeks money damages. Dr. Maloney contends that the Seroquel did not cause the tardive dyskinesia, that he acted appropriately in prescribing Seroquel, and that he did obtain her informed consent. Do any of you know anything about this case?

2. Ms. Patteson is represented by Timothy Aiken of Aiken, Scoptur, John Leader of the Leader Law Firm, and Kenneth Trombly of Schultz & Trombly, which is located in downtown Washington. Do you know these lawyers or the firms I have mentioned?

3. Dr. Maloney is represented by Gregory McKee and Andrew Vernick of the firm of Vernick & Associates, located in Annapolis, Maryland. Do any of you know either of these lawyers or that firm?

4. Plaintiff's attorney will now list the witnesses whom Plaintiff may call to testify in this case and the names of others about whom you may hear during trial. They will be introduced by their name and where they work. [Plaintiff's attorney gives names and descriptions.] Do you know or have any familiarity with any of these people?

5. Defendant's attorney will now list the witnesses whom Defendant may call to testify in this case and the names of others about whom you may hear during trial. They will also be introduced by name and where they work. [Defendant's attorney gives names and descriptions.] Do you know or have any familiarity with any of these people?

6. Have you or a family member or a close personal friend ever been employed as a lawyer, a doctor, or a claims representative or claims adjuster?

7. Have you or a family member or a close personal friend ever worked in a doctor's office, a hospital, a lawyer's office, or for an insurance company?

8. Have you or a family member ever had medical training, including training as a nurse or paramedic?

9. Have you or a family member ever worked in the pharmaceutical industry, for a drug manufacturer, or for the Food & Drug Administration?

10. Have you or a family member or close personal friend ever brought a lawsuit or been sued in relation to a personal injury?

11. Have you or a family member ever brought a claim against a doctor or hospital for medical malpractice?

12. Have any of you ever been a witness in such a case?

13. The plaintiff in this case is bringing a suit for negligence, which is a form of medical malpractice. Do any of you have such strong feelings, either positive or negative, about medical-malpractice suits or doctors in general that might make it difficult for you to be a fair juror?

14. Do any of you have such strong feelings, positive or negative, about personal-injury suits in general that might make it difficult for you to be a fair juror?

15. Had any of you ever heard of the drug Seroquel before today?

16. Have any of you ever suffered a serious side effect of taking any medication?

17. Have you or a family member or close friend ever suffered from or been diagnosed with depression, anxiety, insomnia, or alcohol dependence?

18. Have you or a family member or close friend ever been diagnosed with a neuromuscular condition or movement disorder such as tardive dyskinesia?

19. You will likely hear evidence in this case that the plaintiff had a problem with alcohol. Would that affect your ability to judge the case fairly?

20. Do any of you have a hearing problem that it would make it difficult for you to hear testimony, or an eyesight problem, or any other medical condition that would make it difficult for you to view or read evidence?

21. Are any of you presently taking any medication that might cause drowsiness, or are you experiencing any other physical or mental conditions that might in any way affect your ability to give your full attention to this case?

22. Do you have any difficulty understanding the English language?

23. This trial is expected to last 2 weeks.  Given this schedule, does anyone believe that serving as a juror on this case would constitute an extreme hardship?

24. Do you know any other reason that I have not mentioned that might make it difficult for you to sit fairly, impartially, and attentively as a juror in this case?