UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT - 8 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

KAY PATTESON,

Plaintiff,

v.                                    Civil Action No. 10-1760 (JEB)

JOHN MALONEY,

Defendant.

## VERDICT FORM

1. Has the Plaintiff proved by a preponderance of the evidence that the Defendant violated the applicable standard of care by prescribing Seroquel and that such negligence proximately caused the Plaintiff's injuries?

   _____ YES      ____✓____ NO

If your answer to this question is YES, then go to Question 2. If your answer to this question is NO, then go to Question 3.

2. Has the Defendant proved by a preponderance of the evidence that the Plaintiff was negligent and that such negligence proximately caused Plaintiff's own injuries?

   _____ YES      _____ NO

Go to Question 3.

3. Has the Plaintiff proved by a preponderance of the evidence that the Defendant did not exercise reasonable care in advising the Plaintiff of all material risks connected with Seroquel?

   _____ YES      ____✓____ NO

1

If your answer to Question 2 is NO <u>or</u> your answer to Question 3 is YES, then go to Question 4.  If not, then stop here.

4. What amount of non-economic damages, if any, has the Plaintiff proven were proximately caused by the Defendant's actions?

    $_____